**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 7____

☑ Check if this is an amended filing

Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's full name**

Robert
First name

Francis Xavier
Middle name

Sillerman
Last name

_____
Suffix (Sr., Jr., II, III)

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed, married, maiden, or trade names, or *doing business as* names.

Robert F. X. Sillerman
Robert F. Sillerman
Robert X. Sillerman

**4. Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 1 9 8 7     OR     9 xx – xx – ___ ___ ___ ___

**5. Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

Official Form 105                Involuntary Petition Against an Individual                page **1**

Debtor    Robert F. X. Sillerman                           Case number (if known)_____

| | | |
|---|---|---|
| **6. Debtor's address** | **Principal residence** | **Mailing address, if different from residence** |
| | 151 E. 72nd St. <br> Number    Street <br> <br> New York          NY    10021 <br> City              State  ZIP Code <br> <br> New York County <br> County | Number    Street <br> <br> City              State  ZIP Code |
| | **Principal place of business** | |
| | Number    Street <br> <br> City              State  ZIP Code <br> <br> County | |

**7. Type of business**

☑ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**8. Type of debt**

**Each petitioner believes:**

☐ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____  Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

         Debtor _____  Relationship _____
         District _____ Date filed _____ Case number, if known _____
                                       MM / DD / YYYY

Debtor     Robert F. X. Sillerman                              Case number *(if known)*_____

| Part 3: | Report About the Case |

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| React Presents, Inc. | Judgment | $ 7360126.93 |
| Clubtix, Inc. | Judgment | $ 7360126.93 |
| Lucas King | Judgment | $ 7360126.93 |
| Jeffery Callahan | Judgment | $ 7360126.93 |
| | Total | $ 7360126.93 |

**If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.**

| | | | |
|---|---|---|---|
| Debtor | Robert F. X. Sillerman | Case number (*if known*) | |

## Part 4: Request for Relief

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

**Petitioners or Petitioners' Representative**

X __[signature]__ **Owner**
Signature of petitioner or representative, including representative's title

React Presents, Inc.
Printed name of petitioner

Date signed  12/26/2017
MM / DD / YYYY

**Mailing address of petitioner**

1719 S. Clinton Ave., Suite 202
Number    Street

Chicago         IL       60622
City            State    ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone  _____
Email          _____

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

**Attorneys**

X /s/ Michael J. Edelman
Signature of attorney

Michael J. Edelman
Printed name

Vedder Price P.C.
Firm name, if any

1633 Broadway, 31st Floor
Number    Street

New York        NY       10019
City            State    ZIP Code

Date signed  12/26/2017
MM / DD / YYYY

Contact phone (212) 407-6970   Email mjedelman@vedderpr

Debtor    Robert F. X. Sillerman                             Case number (*if known*)_____

| | |
|---|---|
| ✗ _____**Owner**_____<br>Signature of petitioner or representative, including representative's title<br><br>Clubtix, Inc.<br>Printed name of petitioner<br><br>Date signed  12/26/2017<br>                        MM / DD / YYYY<br><br>**Mailing address of petitioner**<br>1719 S. Clinton Ave., Suite 202<br>Number    Street<br><br>Chicago              IL      60622<br>City                  State    ZIP Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State ZIP Code | ✗ /s/ Michael J. Edelman<br>Signature of Attorney<br><br>Michael J. Edelman<br>Printed name<br><br>Vedder Price P.C.<br>Firm name, if any<br><br>1633 Broadway, 31st Floor<br>Number    Street<br><br>New York          NY    10019<br>City              State  ZIP Code<br><br>Date signed  12/26/2017<br>                        MM / DD / YYYY<br><br>Contact phone (212) 407-6970  Email mjedelman@vedderpr |
| ✗ _____<br>Signature of petitioner or representative, including representative's title<br><br>Lucas King<br>Printed name of petitioner<br><br>Date signed  12/26/2017<br>                        MM / DD / YYYY<br><br>**Mailing address of petitioner**<br>1719 S. Clinton Ave., Suite 202<br>Number    Street<br><br>Chicago              IL      60622<br>City                  State    ZIP Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>_____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | ✗ /s/ Michael J. Edelman<br>Signature of Attorney<br><br>Michael J. Edelman<br>Printed name<br><br>Vedder Price P.C.<br>Firm name, if any<br><br>1633 Broadway, 31st Floor<br>Number    Street<br><br>New York          NY    10019<br>City              State  ZIP Code<br><br>Date signed  12/26/2017<br>                        MM / DD / YYYY<br><br>Contact phone (212) 407-6970   Email mjedelman@vedderpr |

Debtor  Robert F. X. Sillerman                              Case number (*if known*)_____

✘ _____ **Owner**                               ✘ /s/ Michael J. Edelman
Signature of petitioner or representative, including representative's title    Signature of Attorney

Jeffery Callahan                                             Michael J. Edelman
Printed name of petitioner                                   Printed name

Date signed  12/26/2017                                      Vedder Price P.C.
             MM / DD / YYYY                                  Firm name, if any

                                                             1633 Broadway, 31st Floor
                                                             Number    Street

**Mailing address of petitioner**                            New York                NY      10019
                                                             City                    State   ZIP Code
1719 S. Clinton Ave., Suite 202
Number    Street                                             Date signed  12/26/2017
                                                                          MM / DD / YYYY
Chicago                 IL        60622
City                    State     ZIP Code                   Contact phone (212) 407-6970   Email mjedelman@vedderpr

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State ZIP Code

Official Form 105                Involuntary Petition Against an Individual                page 6