ROSEN & ASSOCIATES, P.C.
Proposed Counsel for the Alleged Debtor
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re

| | |
|---|---|
| Robert Francis Xavier Sillerman aka Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman, | Chapter 11<br><br>Case No. 17-13633 (MKV) |

       Alleged Debtor.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rules 9010 and 2002 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rosen & Associates, P.C. hereby appears as proposed counsel for Robert F.X. Sillerman, the alleged debtor herein, and hereby requests, pursuant to Bankruptcy Rules 2002, 3018, and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in this case, or required to be given or filed in this case, be given and served upon counsel at the following address:

      Sanford P. Rosen, Esq.
      Rosen & Associates, P.C.
      747 Third Avenue
      New York, NY 10017-2803
      Tel.: (212) 223-1100
      Fax: (212) 223-1102
      E-mail: srosen@rosenpc.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the provisions of the Bankruptcy Code and Bankruptcy Rules specified above but also, without limitation, any notice, hearing date, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, delivery, telephone, facsimile or otherwise filed or given with regard to the referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that demand also is made that the undersigned be added to the notice list for notice of all contested matters, adversary proceedings, and other proceedings in the referenced case.

Dated: New York, New York
       January 24, 2018

ROSEN & ASSOCIATES, P.C.
Proposed Counsel for Robert F.X. Sillerman

By: /s/ Sanford P. Rosen
      Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100