ROSEN & ASSOCIATES, P.C.
Proposed Attorneys for the Alleged Debtor
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re

| | |
|---|---|
| Robert Francis Xavier Sillerman | Chapter 11 |
| aka Robert F.X. Sillerman, | |
| aka Robert F. Sillerman, | Case No. 17-13633 (MKV) |
| aka Robert X. Sillerman, | |

                          Alleged Debtor.
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF**
**MOTION OF ROBERT FRANCIS XAVIER SILLERMAN**
**FOR ENTRY OF ORDER CONVERTING INVOLUNTARY**
**<u>CHAPTER 7 CASE TO A VOLUNTARY CASE UNDER CHAPTER 11</u>**

      The undersigned, under penalty of perjury, hereby certifies as follows:

      I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

      On February 2, 2018 and February 5, 2018, I served the Notice of Motion (and Motion) of Robert Francis Xavier Sillerman for Entry of Order Converting Involuntary Chapter 7 Case to a Voluntary Case Under Chapter 11 (Docket No. 6), upon the parties whose names and addresses are set forth on the service lists annexed hereto as Exhibits "A" and "B," respectively, by regular first-class mail by depositing true copies of the same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States

Postal Service within the state of New York.

Dated:  New York, New York
        February 5, 2018

                                                  /s/ Carrie L. Manganiello
                                                  Carrie L. Manganiello

**Exhibit "A"**

ESFX Holdings LLC
c/o
Brian D. Glueckstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004-2498

Altimeo Investissement, Altimeo Optimum, Edward S. Gutman, The Merger Fund, The Merger Fund Vl, WCM Alternatives, Event Driven Fund and WCM Master Trust
c/o
Arthur N. Abbey, Esq.
Abbey Spanier, LLP
212 East 39th Street
New York, NY 10016

Bespoke Real Estate, LLC
c/o
Greg M. Kohn, Esq.
Nagel Rice, LLP
230 Park Avenue
New York, NY 10169

Deutsche Bank Trust Company Americas Judgment
c/o
William M. Hawkins, Esq.
Loeb & Loeb LLP
345 Park Avenue, 24th Floor
New York, NY 10154

Subscribers to 12% Secured Convertible Promissory Notes of Function(X) Inc.
c/o
Grushco & Mittman, P.C.
15 Rockaway Ave.
Valley Stream, NY 11581

Subscribers to 12% Secured Convertible Promissory Notes of Function(X) Inc.
c/o
Barry Honig, as Collateral Agent
555 South Federal Highway, Suite 450
Boca Raton, FL 33432

Subscribers to Series G Stock of Function(X) Inc.
c/o
Grushco & Mittman, P.C.
15 Rockaway Ave.
Valley Stream, NY 11581

C Barton Gullong
9266 Oak Hammock Lane
Jupiter, FL 33478

C Barton Gullong
c/o
Alan D. Fox, Esq.
Robinson & Cole LLP
666 Third Avenue, 20th Floor
New York, NY 10017

Brad Eric Scheler, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Guevoura Fund Ltd., as Lead Plaintiff
c/o
Daniel Kuznicki, Esq.
Brower Piven
475 Park Avenue
New York, NY 10016

Richard Schaeffer, Esq.
Schaeffer Venaglia Handler & Fitzsimmons, LLP
1001 Avenue of the Americas, 10th Floor
New York, NY 10018

Stout Risius Ross, Inc.
One South Wacker Drive, 38th Floor
Chicago, IL 60606

Mitchell J. Slater
c/o
Matthew Solum, P.C.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

React Presents, Inc., Clubtix, Inc.,
  Lucas King, and Jeffrey Callahan
c/o
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 31st Floor
New York, NY 10019

Dean Ziehl, as Litigation Trustee of the
  SFX Litigation Trust
c/o
Reid Collins & Tsai LLP
Thanksgiving Tower
1601 Elm Street, 42nd Floor
Dallas, TX 75201

Williams Montgomery & John Ltd.
233 South Wacker Drive, Suite 6100
Chicago, IL 60606

ID Wheel (FL) LLC
c/o
W.P. Carey Inc.
50 Rockefeller Center, 2nd Floor
New York, NY 10020

Iliad Research and Trading, L.P.
Attn: John M. Fife
303 East Wacker Drive, Suite 1040
Chicago, IL 60601

Iliad Research and Trading, L.P.
c/o
Hansen Black Anderson Ashcraft PLLC
Attn: Jonathan K. Hansen, Esq.
3051 West Maple Loop Drive, Suite 325
Lehi, UT 84043

Chancery Lane
P.O. Box 1567 Ste 2
Auckland House
Anguilla BWI

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Wheels Up
220 West 42nd Street, 9th Floor
New York, NY 10036

Citizens Bank
P.O. Box 7000
Providence, RI 02940

Chaleff & Rogers
P.O. Box 990
Water Mill, NY 11976

BridgeCare Maintenance
P.O. Box 1797
Bridgehampton, NY 11932-1797

MJX Theatrical LLC
902 Broadway, 11 Floor
New York, NY 10010

Aircraft Acquisition Corp.
902 Broadway, 11th Floor
New York, NY 10010

Elderberry X LLC
902 Broadway, 11th Floor
New York, NY 10010

Mass Mutual
Policy Loans
P.O. Box 75045
Charlotte, NC 28275-0045

FXM Investment Corporation
902 Broadway, 11th Floor
New York, NY 10010

## Exhibit "B"

Guevoura Fund Ltd., on Behalf of Itself
  and All Others Similarly Situated
c/o
Nancy Kaboolian, Esq.
Abbey Spanier Rodd Abrams & Paradis, LLP
212 East 39th Street
New York, NY 10016