**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-13633 (MKV)** |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

| | |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B..................... | $ 11,157,500.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B.................. | $ 540,055,686.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B......................... | $ 551,213,186.00 |

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

| | |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 57,094,587.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $ 60,940,882.99 |
| **Your total liabilities** | $ 118,035,469.99 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................... | $ 192,299.85 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................ | $ 172,408.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7. **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Robert F.X. Sillerman**                                      Case number *(if known)* **17-13633 (MKV)**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____1,358,559.67

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | 17-13633 (MKV) |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

| | | |
|---|---|---|
| **1.1** | | |

**151 East 72 St**
Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**New York          NY    10021-0000**
City          State    ZIP Code

**New York**
County

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,200,000.00** | **$10,100,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ Check if this is community property
(see instructions)

---

Debtor 1    **Robert F.X. Sillerman**                                    Case number *(if known)*    **17-13633 (MKV)**

### 1.2

**If you own or have more than one, list here:**

**352 Plain  Road**
**Parcel 78**
Street address, if available, or other description

**What is the property?** Check all that apply

- ☑ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Hinsdale        NH    03451-0000**
City                State        ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,057,500.00** | **$1,057,500.00** |

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Cheshire**
County

☐ **Check if this is community property**
(see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................................=>**

| |
|---|
| **$11,157,500.00** |

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

### 3.1

Make:    **Toyota**
Model:   **Tundra**
Year:    **2008**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$15,000.00** | **$15,000.00** |

### 3.2

Make:    **Toyota**
Model:   **Prius**
Year:    **2008**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$8,239.00** | **$8,239.00** |

---

Debtor 1   **Robert F.X. Sillerman**                                   Case number *(if known)*   **17-13633 (MKV)**

---

| 3.3 | Make: | **Toyota** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Prius** | ■ Debtor 1 only | |
| | Year: | **2012** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$15,301.00** / **$15,301.00** |

| 3.4 | Make: | **Fiat** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **500** | ■ Debtor 1 only | |
| | Year: | **2012** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$8,720.00** / **$8,720.00** |

| 3.5 | Make: | **Chevrolet** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | **Silverado** | ■ Debtor 1 only | |
| | Year: | **2011** | ☐ Debtor 2 only | |
| | Approximate mileage: | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$21,480.00** / **$21,480.00** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
■ Yes

| 4.1 | Make: | **ATVs** | Who has an interest in the property? *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Model: | | ■ Debtor 1 only | |
| | Year: | | ☐ Debtor 2 only | |
| | | | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property *(see instructions)* | **$15,000.00** / **$15,000.00** |

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................=>   **$83,740.00**

---

| **Part 3:** | **Describe Your Personal and Household Items** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

| Household goods and furnishings | **$50,000.00** |
|---|---|

---

Debtor 1    **Robert F.X. Sillerman**                                          Case number *(if known)*    **17-13633 (MKV)**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
            including cell phones, cameras, media players, games

   ☐ No
   ■ Yes. Describe.....

   | Computers, IPad, cellphone, miscellaneous home electronics | $25,000.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
            other collections, memorabilia, collectibles

   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
            musical instruments

   ☐ No
   ■ Yes. Describe.....

   | Golf equipment, bicycles, exercise equipment | $50,000.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes. Describe.....

    | Everyday clothes, shoes, suits, jackets | $15,000.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes. Describe.....

    | Jewelry, watches | $25,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ■ Yes. Describe.....

    | 3 dogs, 1 cat | $1,000.00 |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ■ Yes. Give specific information.....

    | Medical Equipment | $10,000.00 |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
    **for Part 3. Write that number here** ..............................................................................

    | $176,000.00 |

Debtor 1    **Robert F.X. Sillerman**                                    Case number *(if known)*    **17-13633 (MKV)**

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ☒ Yes....................................................................................................................

|  | Cash | $2,500.00 |
|---|---|---|

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ☒ Yes........................                    Institution name:

| 17.1. | **Deutsche Bank** | $223.00 |
|---|---|---|
| 17.2. | **Deutsche Bank** | $10,359.00 |
| 17.3. | **Merill Lynch** | $1,011.00 |
| 17.4. | **Chase Bank** | $64,120.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☒ Yes.................                    Institution or issuer name:

| **FunctionX, Inc. - 1863 shares of common stock** | $84.00 |
|---|---|

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.  Give specific information about them...................
                    Name of entity:                                    % of ownership:

| **SEE ATTACHED ATTACHMENT FOR SCHEDULE 19** | % | $474,184,377.00 |
|---|---|---|

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ☒ No
   ☐ Yes. Give specific information about them
                    Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ☒ Yes. List each account separately.
                    Type of account:                    Institution name:

Official Form 106A/B                              Schedule A/B: Property                                    page 5

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Robert F.X. Sillerman**                                      Case number *(if known)*   **17-13633 (MKV)**

| Fidelity | $3,000.00 |
|---|---|

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. ...................                                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
■ No
☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| **South Carolina Tax Year 2016 Return** | **State** | **$1,228.00** |
| **New York State Tax Year 2016  Return (under review)** | **State** | **$739,256.00** |
| **Internal Revenue Service, Tax Year 2016 Return (under review)** | | **$1,706,515.00** |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor 1    **Robert F.X. Sillerman**                                    Case number *(if known)*    **17-13633 (MKV)**

---

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
    benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes.  Give specific information..

| | |
|---|---|
| Notes owing to Debtor.  SEE SCHEDULE A/B No. 30 ATTACHMENT | $6,773,384.00 |
| Deferred income from Fintech Co. $242,000 per month. | $1,210,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Massachusetts Mutual** | **Laura Sillerman** | **$235,310.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
    someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes.  Describe each claim.........

| | |
|---|---|
| Debtor has indemnity from FunctionX, Inc., and right of subrogation,  in connection with any amounts Debtor pays under his guaranty of amounts owing by FunctionX, Inc. to Rant, Inc. | $2,875,000.00 |
| Debtor has indemnity from FunctionX, Inc., and right of subrogation,  in connection with any amounts  Debtor pays under his guaranty of settlement amounts owing by FunctionX, Inc. to Series G Investors of FunctionX, Inc. | $3,047,124.00 |
| Debtor has indemnity from FunctionX, Inc., and right of subrogation,  in connection with any amounts Debtor pays under his guaranty of amounts owing by FunctionX, Inc. to Iliad Research & Trading, L.P. under loan agreement. | $5,700,000.00 |
| Debtor has indemnity from FunctionX, Inc., and right of subrogation,  in connection with any amounts Debtor pays under his guaranty of amounts owing by FunctionX, Inc. to American Express. | $45,580.00 |

---

Debtor 1    **Robert F.X. Sillerman**                                             Case number *(if known)*    **17-13633 (MKV)**

| | |
|---|---|
| Debtor has indemnity from LBSX, LLC, and right of subrogation, in connection with any amounts Debtor pays under Debtor's guaranty of LBSX LLC's obligation to purchase C. Barton Gullong's interests pursuant to Put Option. | **Unknown** |
| Debtor has indemnity from LBSX, LLC, and right of subrogation, in connection with any amounts Debtor pays under Debtor's guaranty of LBSX LLC's obligation to purchase Ryan Seacrest Revocable Trust's interests pursuant to Put Option. | **$2,100,000.00** |
| Debtor has indemnity from LBSX, LLC, and right of subrogation, in connection with any amounts Debtor pays under Debtor's guaranty of LBSX LLC's obligation to purchase John Howard's interests pursuant to Put Option. | **$1,000,000.00** |
| Debtor has indemnities from Brett Torino and Paul C. Kavanos in connection withn any amounts Debtor pays under the Debtor's $35 million guarantee. | **$35,000,000.00** |
| Debtor is the beneficiary under a Director and Officer Insurance Policies for claims asserted against him in actions, including legal fees, expenses and other costs. | **Unknown** |
| Debtor has indemnity from IDL Mezz, LLC, and right of subrogation, in connection with any amounts Debtor pays under Debtor's guaranty of IDL Mezz, LLC's obligations under loan agreement with IDrive Mezz Lender (FL) LLC. | **$2,730,000.00** |

35.  **Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................    **$537,429,071.00**

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37.  **Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1   **Robert F.X. Sillerman**                                    Case number *(if known)*   **17-13633 (MKV)**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☐ No
    ☒ Yes. Give specific information.........

| | |
|---|---:|
| **Golf Memberships:**<br>**The Bridge Membership-$500,000**<br>**Liberty National Membership-$400,000**<br>**Sebonack Golf Membership- $1,066.875**<br>**Trump National Golf Club, Bedminster, NJ-$400,000** | **$2,366,875.00** |

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   | **$2,366,875.00** |

**Part 8:**   List the Totals of Each Part of this Form

| | | |
|---|---|---:|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................ | **$11,157,500.00** |
| 56. | **Part 2: Total vehicles, line 5**                                      $83,740.00 | |
| 57. | **Part 3: Total personal and household items, line 15**              $176,000.00 | |
| 58. | **Part 4: Total financial assets, line 36**                         $537,429,071.00 | |
| 59. | **Part 5: Total business-related property, line 45**                       $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52**              $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54**          +      $2,366,875.00 | |
| 62. | **Total personal property.** Add lines 56 through 61...        $540,055,686.00     Copy personal property total | **$540,055,686.00** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | **$551,213,186.00** |

**ATTACHMENT TO SCHEDULE 19**

**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| Abbey Normal, LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Aircraft Acquisition Corp. | Debtor-100% | Cash<br><br>Helicopters (2)<br><br>**TOTAL: $4,003,123** | $3,123<br><br>$4,000,000 | $1,154,000 unsecured loan from Debtor outstanding.<br><br>$2,900,000 secured loan outstanding.<br><br>**TOTAL: $4,054,000** | **($50,877)** |
| DigiDollars, LLC | Debtor-100% | NA | $0.00 | $14,639,614 (ESFX Holdings, LLC judgment - joint and several liability of Entity, Debtor, Sillerman Sports Holdings, LLC, and MJX, LLC; not reflected as deduction in value of Debtor's equity). | **$0.00** |
| Digital Media Investors, LLC | Debtor-100% | 30% interest in DGTLX, LLC[1]<br><br>30% interest in Subscription Media Investors[2]<br><br>30% Interest in Cryptocurrency Investors[3]<br><br>**TOTAL: $206,000,000 - $250,000** | $165-195,000,000<br><br>$25-35,000,000<br><br>$16-20,000,000 | None | **$228,000,000[4]** |
|  |  |  |  |  |  |

---

[1] Range of pending public registration.
[2] Range of pending public registration.
[3] Range of pending public registration.
[4] Based on midpoint of range.

**ATTACHMENT TO SCHEDULE 19**
**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| Elderberry X, LLC | Debtor -50% Spouse-50% | 100% interest in Elderberry 5, LLC | $225,000 (Vacant land located at 5 Montauk Hwy, Southampton NY 11968) | None | |
| | | 100% interest in Elderberry 7, LLC | $535,000 (Unfinished home at 7 Southway Dr., Southampton NY 11968) | $4,000,000 - 1st mortgage - C. Barton Gullong[5] | |
| | | Single family home under construction at 520 Montauk Hwy, Southampton, NY 11968 | $17,250,000 | $6,300,000 - 1st mortgage - Deutsche Bank[6] | |
| | | Single family home at 52 Westway, Southampton, NY 11968 | $6,500,000 | | |
| | | | | $1,900,000 - unsecured loan from Debtor | |

---

[5] $4,000,000 mortgage note held by C. Barton Gullong is secured by a first mortgage on 7 Southway Drive and a second mortgage on each of 520 Montauk Hwy and 52 Westway.

[6] $6,300,000 1st mortgage note held by Deutsche Bank is secured by first mortgage on 520 Montauk Hwy and 52 Westway.

**ATTACHMENT TO SCHEDULE 19**
**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| | | Cash<br><br>**TOTAL: $24,520,801** | $10,801<br><br>**TOTAL: $24,520,801** | **TOTAL: $12,200,000** | **$18** |
| 18+Flag Anguilla LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Flag Anguilla Management LLC | Debtor-100% | Cash | $4,241 | None | **$4,241** |
| Flag HM, LLC - INACTIVE | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Flag Leisure Group LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Flag Luxury Properties LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| FLPH Nominee LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| FS, LLC | Debtor-100% | 15% interest in MJX Capital Investors | $0.00 | None | **$0.00** |
| FXM Investment Corp. | Debtor-60% | Mortgages on 5 parcels located on Plain RD, Hinsdale, New Hampshire | $796,730 | None | **$478,038** |
| LB Sillerman Company LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |

3

**ATTACHMENT TO SCHEDULE 19**
**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| LBSX, LLC | Debtor-22.9% | 100% interest in Fintech Co., LLC | $750,000,000 | None | **$171,750,000** |
| MJX CDO, LLC INACTIVE | Debtor-100% | NA | $88.00 | NA | **$88.00** |
| MJX Equity Fund Investments, LLC- INACTIVE | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| MJX Flag Associates, LLC | Debtor-100% | 26.058% interest in Flag Luxury Properties, LLC | $0.00 | None | **$0.00** |
| MJX Golf, LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| MJX Investors, LLC | Debtor-95% | 99% interest in MJX Plus, LLC | $19,054.53 | None | **$18,102** |
| MJX, LLC | Debtor-100% | Cash<br><br>Private Equity Investments – SEE ATTACHMENT<br><br>Notes Receivable<br><br>50% interest in DBFX, LLC<br><br>85% interest in MJX Capital Advisors, LLC<br><br>90% interest in MJX Tour, LLC | $25,058<br><br>$22,371,452<br><br>$680,375<br><br>$0.00<br><br>$0.00<br><br>$0.00<br>**TOTAL: $23,076,895** | $14,639,614 (ESFX Holdings, LLC judgment - joint and several liability of Entity, Debtor, Sillerman Sports Holdings, LLC, and DigiDollars, LLC; not reflected as deduction in value of Debtor's equity). | **$23,076,895** |

**ATTACHMENT TO SCHEDULE 19**
**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| MJX Managing Member, LLC | Debtor-85% | 1% interest in MJX Plus, LLC | $192.47 | None | **$164** |
| MJX Private Equities Investors, LLC | Debtor-100% | Investment in Tom Darling Advisors | $457,500 | None | **$457,500** |
| MJX Real Estate Ventures, LLC | Debtor-100% | Cash<br><br>33.333% interest in Flag Leisure Group, LLC | $288<br><br>$0.00 | None | **$288** |
| MJX Theatrical, LLC | Debtor-100% | 32.98% interest in The Young Frankenstein Equipment Co. | $37,556 | None | **$37,556** |
| MJX Ventures, LLC | Debtor-100% | Single Family Home-351 Plain Rd, Parcel 74, Hinsdale, NH 03451<br><br>Vacant Land-352 Plain Rd, Parcel 79, Hinsdale, NH 03451<br><br>100% interest in Flag Temenos, LLC-INACTIVE<br><br>75% interest in Flag Pelican LLC, which holds through Pelican Development, LLC development property in Anguilla | $423,000<br><br>$305,500<br><br>$0.00<br><br>$37,500,000 | $140,828 - 1st mortgage - FXM Investment Corp.<br><br>$103,202 - 1st mortgage - FXM Investment Corp. | |

**ATTACHMENT TO SCHEDULE 19**

**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| | | 29.7% interest in Temenos Villas, LLC | $0.00 | | |
| | | | TOTAL: $38,228,500 | TOTAL: $244,030 | $37,984,470 |
| MJX Wheel Company, LLC | Debtor-100% | NA | $0.00 | NA | $0.00 |
| Pelican Lease Owner LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | $0.00 |
| RFX Acquisition, LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | $0.00 |
| RFXS, LLC-INACTIVE | Debtor-100% | NA | $0.00 | NA | $0.00 |
| Sillerman 2006 GP Trust | Debtor-100% | Sillerman Residential Properties, Inc. | $0.00 | NA | $0.00 |
| Sillerman Commercial Holding Partnership LP | Debtor-62.14437% | Vacant Land-351 Plain Rd, Parcel 51, Hinsdale, NH 03451 | $117,500 | $39,148 - 1st mortgage - FXM Investment Corp. | |
| | | Vacant Land-352 Plain Rd, Parcel 77, Hinsdale, NH 03451 | $446,500 | $153,187 - 1st mortgage - FXM Investment Corp. | |
| | | | TOTAL: $564,000 | TOTAL: $192,335 | $230,969 |

6

**ATTACHMENT TO SCHEDULE 19**
**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| Sillerman Investment Co. II, LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Sillerman Investment Co. III, LLC | Debtor-51% | Cash<br><br>Function(X) Inc. common stock -14,195,680 shares<br><br>Function(X) Inc. preferred stock-3285.72 shares<br><br>Notes Receivable | $376<br><br>$638,805<br><br>$3,450,000<br><br>$352,216<br><br>**TOTAL: $4,441,397** | $16,909,211 (Deutsche Bank judgment - joint and several liability of Entity, Debtor and Sillerman Investment Company IV, LLC; not reflected as deduction in value of Debtor's equity). | **$2,437,698** |
| Sillerman Investment Co. IV, LLC | Debtor-100% | Function(X) Inc. common stock -1,431,883 shares | $64,435 | $16,909,211 (Deutsche Bank judgment - joint and several liability of Entity, Debtor, and Sillerman Investment Company III, LLC; not reflected as deduction in value of Debtor's equity). | **$64,435** |
| Sillerman Investment Co. V, LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Sillerman Investment Co. VI, LLC | Debtor-100% | Function(X) Inc. common stock -2,146,989 shares | $96,615 | None | **$96,615** |
| Sillerman Investment Co., LLC | Debtor-100% | NA | $0.00 | $0.00 | **$0.00** |

ATTACHMENT TO SCHEDULE 19
DEBTOR'S BUSINESS INTERESTS

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| Sillerman Investment Corporation | Debtor-100% | NA | $0.00 | $0.00 | **$0.00** |
| Sillerman Residential Properties, LP | Debtor-99% (limited partner) | Cash<br><br>Notes Receivable | $11,460<br><br>$621,433<br><br>**TOTAL: $632,893** | None<br><br>None | <br><br><br>**$626,565** |
| Sillerman Sports Holdings, LLC | Debtor-100% | Approximately .4% interest in Yankees/Nets | $8,955,960 | $14,639,614 (ESFX Holdings, LLC judgment - joint and several liability of Entity, Debtor, DigiDollars, LLC, and MJX, LLC; not reflected as deduction in value of Debtor's equity). | **$8,955,960** |
| Sillerman/SFXE Manager, LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| SYNCX LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |
| Temenos Partners LLC | Debtor-100% | | $0.00 | | |
| Temenos Villas, LLC | Debtor-59.4% | NA | $0.00 | NA | **$0.00** |
| The Checkie, LLC | Debtor-50% (limited partner) | Rights to the show "The Producers" | $31,304 | None | **$15,652** |
| XJM Orlando, LLC | Debtor-100% | NA | $0.00 | NA | **$0.00** |

**ATTACHMENT TO SCHEDULE 19**
**DEBTOR'S BUSINESS INTERESTS**

| ENTITY | PERCENTAGE INTERESTS HELD | ASSETS | FAIR MARKET VALUE OF ENTITY ASSETS | LIABILITIES | VALUE OF DEBTOR'S EQUITY |
|---|---|---|---|---|---|
| | | | | **TOTAL VALUE OF DEBTOR'S EQUITY:** | **$474,184,377** |

| Private Equity Investments of MJX LLC - Exhibit to Schedule 19 Attachment | 12/31/2017 Market Value |
|---|---|
| Huff Alternative Fund | 3,075,822 |
| Huff Energy Fund | 11,940,332 |
| WI Harper Inc Fund VII | 3,322,944 |
| Formation 8 Partners | 2,532,765 |
| White Oak Discovery Holdings | 999,589 |
| TPATL (Colin Prepscious Investment) | 250,000 |
| POACH.IT | 250,000 |
| **Total** | **22,371,452** |

Attachment to Schedule A/B No. 30

| Notes Receivable by Debtor | Held Under | Balance Due | | Original Loan Balance | | Loan Date | Maturity Date |
|---|---|---|---|---|---|---|---|
| Maple Hill Companies | Robert FX Sillerman | $ | 25,000 | $ | 25,000.00 | 10/7/2011 | |
| William Pendergast | Robert FX Sillerman | $ | 453,408 | $ | 759,951.34 | 8/5/2013 | 12/31/2027 |
| White Oak | Robert FX Sillerman | $ | 339,281 | $ | 309,375.00 | 6/15/2015 | 7/31/2016 |
| Timothy Crowhurst | Robert FX Sillerman | $ | 241,952 | $ | 220,625.00 | 6/15/2015 | 7/31/2016 |
| James McNamee | Robert FX Sillerman | $ | 29,702 | $ | 25,000.00 | 6/24/2014 | 9/1/2019 |
| Avalon Associates | Robert FX Sillerman | $ | 85,270 | $ | 85,000.00 | 10/22/2012 | |
| Catherine Bishop | Robert FX Sillerman | $ | 128,750 | $ | 125,000.00 | 12/10/2014 | 12/10/2019 |
| Elisabeth Ryan | Robert FX Sillerman | $ | 209,650 | $ | 200,000.00 | 6/12/2015 | 8/20/2045 |
| Darren Borg | Robert FX Sillerman | $ | 41,220 | $ | 36,000.00 | 3/1/2011 | 3/1/2016 |
| Bryan McGowin | Robert FX Sillerman | $ | 154,125 | $ | 150,000.00 | 9/24/2015 | 12/31/2027 |
| Michael Sillerman | Robert FX Sillerman | $ | 101,020 | $ | 100,000.00 | 12/12/2014 | 12/31/2027 |
| Robert & Alice Flynn | Robert FX Sillerman | $ | 306,208 | $ | 200,000.00 | 7/20/2005 | 12/31/2027 |
| Abigail Flynn | Robert FX Sillerman | $ | 103,167 | $ | 100,000.00 | 11/4/2014 | 12/31/2027 |
| Aircraft Acqustion Corp. | Robert FX Sillerman | $ | 1,154,000 | | | 1/1/2017 | |
| Elderberry X, LLC | Robert FX Sillerman | $ | 1,909,755 | | | 9/3/2014 | |
| Function(X), Inc. | Robert FX Sillerman | $ | 1,453,114 | | | 10/3/2017 | 2/28/2019 |
| Brian Nedley | Robert FX Sillerman | $ | 45,688 | $ | 42,500.00 | 7/7/2016 | 12/31/2026 |
| | TOTAL | $ | 6,781,309 | | | | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Robert F.X. Sillerman** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | **17-13633 (MKV)** | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106C

# Schedule C: The Property You Claim as Exempt                        4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:     Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **151 East 72 St New York, NY 10021 New York County**<br>Line from *Schedule A/B*: **1.1** | **$10,100,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5206** |
| **2008 Toyota Tundra**<br>Line from *Schedule A/B*: **3.1** | **$15,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(8)** |
| **Computers, IPad, cellphone, miscellaneous home electronics**<br>Line from *Schedule A/B*: **7.1** | **$25,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Everyday clothes, shoes, suits, jackets**<br>Line from *Schedule A/B*: **11.1** | **$15,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(5)** |
| **Jewelry, watches**<br>Line from *Schedule A/B*: **12.1** | **$25,000.00** | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(a)(6)** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor 1 | **Robert F.X. Sillerman** | | Case number (if known) | **17-13633 (MKV)** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Medical Equipment**<br>Line from *Schedule A/B*: **14.1** | $10,000.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(h)(1)** |
| **Fidelity**<br>Line from *Schedule A/B*: **21.1** | $3,000.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Debtor & Creditor Law § 282(2)(e)** |
| **Massachusetts Mutual**<br>**Beneficiary: Laura Sillerman**<br>Line from *Schedule A/B*: **31.1** | $235,310.00 | ☐ _____<br>■ 100% of fair market value, up to any applicable statutory limit | **NYCPLR § 5205(i)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐  No

   ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ■  No

       ☐  Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **Robert F.X. Sillerman** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number | 17-13633 (MKV) | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A | Column B | Column C |
|---|---|---|---|---|---|
| | | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| **2.1** | **Deutsche Bank** | Describe the property that secures the claim: | $6,000,000.00 | $20,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Seward & Kissel. LLP
Attn:  John Ashmead
One Battery Park Plaza
New York, NY 10004**

Number, Street, City, State & Zip Code

**151 East 72 St New York, NY 10021
New York County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred    **8/21/2014**        Last 4 digits of account number _____

| **2.2** | **Deutsche Bank** | Describe the property that secures the claim: | $5,900,000.00 | $20,200,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Seward & Kissel LLP
Attn: John Ashmead
One Battery Park Plaza
New York, NY 10004**

Number, Street, City, State & Zip Code

**151 East 72nd St, New York, NY 10021**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

Date debt was incurred _____        Last 4 digits of account number _____

| Debtor 1 | Robert F.X. Sillerman | | | Case number (if know) | 17-13633 (MKV) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.3 | **Deutsche Bank** | Describe the property that secures the claim: | $16,909,211.00 | $20,200,000.00 | $16,909,211.00 |
|---|---|---|---|---|---|

Creditor's Name

**151 East 72 St, New York, NY**

**345 Park Avenue, 24th Floor**
**New York, NY 10154**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.4 | **ESFX Holdings LLC** | Describe the property that secures the claim: | $14,639,614.00 | $20,200,000.00 | $6,339,614.00 |
|---|---|---|---|---|---|

Creditor's Name

**151 East 72 Street, NY, NY**

**120 East End Avenue**
**New York, NY 10028**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

■ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number _____

| 2.5 | **FXM Investment Corporation** | Describe the property that secures the claim: | $360,635.00 | $1,057,500.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**352 Plain  Road Parcel 78 Hinsdale, NH 03451  Cheshire County**

**902 Broadway - 11th Fl**
**New York, NY 10010**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

■ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

☐ Other (including a right to offset) _____

Date debt was incurred  **10/6/2017**    Last 4 digits of account number _____

| Debtor 1 | **Robert F.X. Sillerman** | | Case number (if know) | **17-13633 (MKV)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

| 2.6 | **Iliad Research and Trading. L.P.** | Describe the property that secures the claim: | $5,700,000.00 | $23,076,895.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**c/o Hansen Black Anderson Ashcraft PLLC 3051 West Maple Loop Drive, Ste 325 Lehi, UT 84043**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Debtor's membership interests in MJX LLC**

As of the date you file, the claim is: Check all that apply.

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred   **7/3/2017**

Last 4 digits of account number _____

---

| 2.7 | **Massachusetts Mutual** | Describe the property that secures the claim: | $225,000.00 | $235,310.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**PO Box 75045 Charlotte, NC 28275-0045**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**Insurance Policy**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

| 2.8 | **React Presents, Inc. et al.** | Describe the property that secures the claim: | $7,360,127.00 | $20,200,000.00 | $7,360,127.00 |
|---|---|---|---|---|---|

Creditor's Name

**Vedder Price Attn:  J. Garvey, M. Eidelman 222 No. Salle St, Suite 2600 Chicago, IL 60601**

Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**151 East 72 St., New York, NY**

As of the date you file, the claim is: Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Nature of lien. Check all that apply.

**Who owes the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number _____

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 4

| Debtor 1 | **Robert F.X. Sillerman** | | Case number (if know) | **17-13633 (MKV)** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$57,094,587.00** |
| **If this is the last page of your form, add the dollar value totals from all pages.**<br>**Write that number here:** | **$57,094,587.00** |

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **17-13633 (MKV)** |

☐ Check if this is an amended filing

Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:      List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

  ■ No. Go to Part 2.

  ☐ Yes.

**Part 2:      List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

  ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Acquisition Group Ltd.** | Last 4 digits of account number _____ | **$114,863.73** |
| | Nonpriority Creditor's Name | | |
| | **Attn:  Adam Arviv, President** | When was the debt incurred? _____ | |
| | **118 Yorkville Ave, Suite 604** | | |
| | **Toronto, Ont, Canada M5R1C2** | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

Debtor 1   **Robert F.X. Sillerman**                              Case number (if know)   **17-13633 (MKV)**

---

| 4.2 | **Ahaka Acquisitions Inc.** | Last 4 digits of account number | | | $765,742.88 |

Nonpriority Creditor's Name

**Attn:  David Baazov**
**600-2000 McGill College Ave**
**Montreal, Quebec H3A 3H3**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.3 | **Alpha Capital Anstalt** | Last 4 digits of account number | | | $267,751.18 |

Nonpriority Creditor's Name

**Attn. Konrad Ackermann**
**Lettstrasse 32, 9490**
**Vaduz, Principality of Liechenstein**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.4 | **Altimeo Investissement, et al.** | Last 4 digits of account number | | | **Unknown** |

Nonpriority Creditor's Name

**c/o Abbey Spanier, LLP**
**212 East 39th St**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **State Court Action**

---

Debtor 1    **Robert F.X. Sillerman**                                    Case number *(if know)*    **17-13633 (MKV)**

| 4.5 | **American Express** | | Last 4 digits of account number | | | | $99,466.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101-1270**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community
debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit card purchases**

---

| 4.6 | **American Express** | | Last 4 digits of account number | | | | $45,580.00 |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101-1000**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

■ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community
debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guaranty of payment of American Express
account of FunctionX, Inc. up to $75,000**

---

| 4.7 | **Andrew Mule et al** | | Last 4 digits of account number | | | | Unknown |
|---|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o Abbey Spanier, LLP
Attn: A. Abbey, S. Rodd, N.
Kaboolian
212 East 39 St.
New York, NY 10016**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community
debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not
report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **State Court Action**

---

Debtor 1    **Robert F.X. Sillerman**                                                    Case number (if know)    **17-13633 (MKV)**

| 4.8 | **ATG Capital** | Last 4 digits of account number | $15,315.16 |

Nonpriority Creditor's Name
**Attn: John O'Rourke**
**808 Solar Isle Dr**
**Fort Lauderdale, FL 33301**
Number Street City State Zlp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

| 4.9 | **Bespoke Real Estate LLC** | Last 4 digits of account number | Unknown |

Nonpriority Creditor's Name
**903 Montauk Hwy**
**Water Mill, NY 11976**
Number Street City State Zlp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **State Court action for real estate brokerage commissions**

| 4.10 | **BridgeCare Maintenance** | Last 4 digits of account number | $26,613.00 |

Nonpriority Creditor's Name
**PO Box 1797**
**Bridgehampton, NY 11932**
Number Street City State Zlp Code

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Landscaping**

Debtor 1    **Robert F.X. Sillerman**                              Case number (if know)    **17-13633 (MKV)**

---

| 4.1 1 | **C. Barton Gullong** | Last 4 digits of account number _____ | **$4,000,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**9266 Oak Hammer Lane**
**Jupiter, FL 33478**
Number Street City State ZIp Code

**When was the debt incurred?**    **10/6/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guarantee of mortgage note of Elderberry X LLC in the amount of $4,000,000.**

---

| 4.1 2 | **C. Barton Gullong** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**9266 Oak Hammer Lane**
**Jupiter, FL 33478**
Number Street City State ZIp Code

**When was the debt incurred?**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debtor's guarantee of LBSX, LLC's obligations to purchase creditor's equity interests pursuant to Put Option.**

---

| 4.1 3 | **Chaleff & Rogers** | Last 4 digits of account number _____ | **$19,600.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 990**
**Water Mill, NY 11976**
Number Street City State ZIp Code

**When was the debt incurred?**

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Architectural Services**

---

Debtor 1  **Robert F.X. Sillerman**                                Case number (*if know*)  **17-13633 (MKV)**

---

| 4.1 4 | **Chancery Lane** | **Last 4 digits of account number** | | | **$23,447.00** |

Nonpriority Creditor's Name

 Auckland House, Ste. 2
P.O. Box 1567
Anguilla, BWI

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Legal fees**

---

| 4.1 5 | **Citizen's Bank** | **Last 4 digits of account number** | | | **$6,444.00** |

Nonpriority Creditor's Name

**PO Box 7000**
**Providence, RI 02940**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Cash advances**

---

| 4.1 6 | **Dean Ziehl, Litigation Trustee** | **Last 4 digits of account number** | | | **Unknown** |

Nonpriority Creditor's Name

**c/o Reil Collins TSAI LLP, Att-E. Madden**
**Thanksgiving Tower**
**1601 Elm St, 49th Fl.**
**Dallas, TX 75201**

**When was the debt incurred?**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Litigation Trustee's claims under trust created pursuant to confirmed plan of SFX Entertainment, Inc. et al.**

---

Debtor 1   **Robert F.X. Sillerman**

Case number (if know)   **17-13633 (MKV)**

---

| 4.17 | | | |
|---|---|---|---|

**Deutsche Bank**

Nonpriority Creditor's Name

**345 Park Avenue, 24th Floor
New York, NY 10154**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**$6,300,000.00**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guarantee of morgage note to Elderberry X LLC of $6,300,000**

---

| 4.18 | | | |
|---|---|---|---|

**Fried Frank**

Nonpriority Creditor's Name

**One New York Plaza
New York, NY 10004**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**$1,245,342.00**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Legal fees**

---

| 4.19 | | | |
|---|---|---|---|

**FXM Investment Corporation**

Nonpriority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**$436,365.00**

**As of the date you file, the claim is:** Check all that apply

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guarantee of 4 mortgage notes of various entities in connection with 4 parcels of property located on Plains Road, Hinsdale, NH**

---

Debtor 1    **Robert F.X. Sillerman**                                     Case number (if know)    **17-13633 (MKV)**

---

| 4.20 | **Guevoura Fund Ltd.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name

**c/o Brower Piven**
**488 Madison Ave**
**New York, NY 10022**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ☐ Contingent
☐ Debtor 2 only                              ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify    **Federal Securities Class Action**

---

| 4.21 | **Horberg Enterprises LP** | Last 4 digits of account number | **$88,062.19** |

Nonpriority Creditor's Name

**Attn: Howard Horberg**
**289 Propsect Ave**
**Highland Park, IL 60035**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ☐ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

                                             **Guarantee of payment of settlement**
                                             **amount owed by FunctionX, Inc. to Series**
☐ Yes                                        ■ Other. Specify **G Preferred Noteholder of FunctionX, Inc.**

---

| 4.22 | **IDL Wheel (FL) LLC** | Last 4 digits of account number | **$35,000,000.00** |

Nonpriority Creditor's Name

**c/o W.P. Carey Inc.**
**50 Rockefeller Plaza, Second Fl**
**Attn: Jason Fox**
**New York, NY 10020**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                              ■ Contingent
☐ Debtor 2 only                              ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                 ■ Disputed
☐ At least one of the debtors and another    Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                             ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**           report as priority claims

■ No                                         ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                        ■ Other. Specify    **Guarantee of Construction Loan**

---

Debtor 1   **Robert F.X. Sillerman**                                           Case number (if know)   **17-13633 (MKV)**

| 4.2 3 | **IDrive Mezz Lender (FL) LLC** | Last 4 digits of account number _____ | **$2,730,000.00** |

Nonpriority Creditor's Name
**W.P. Carey**
**50 Roekefeller Plaza, Second Floor**
**New York, NY 10007**

When was the debt incurred? _____

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guarantee of repayment of loan owing by IDL Mezz LLC.**

---

| 4.2 4 | **Iroquois Master Fund Ltd** | Last 4 digits of account number _____ | **$153,151.64** |

Nonpriority Creditor's Name
**Attn. Richard Abbe**
**205 East 42 St**
**New York, NY 10017**

When was the debt incurred? _____

Number Street City State Zlp Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ☑ No
- ☐ Yes

- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

Debtor 1    **Robert F.X. Sillerman**                                              Case number (if know)    **17-13633 (MKV)**

---

| 4.2 5 | **Jim Christodoulis** | Last 4 digits of account number _____ | $152,768.76 |
|---|---|---|---|

Nonpriority Creditor's Name
**35 Rochester Avenue**
**Toronto, Ontario  M4N 1N7**
 **Canada**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.2 6 | **John H. Ford** | Last 4 digits of account number _____ | $40,202.31 |
|---|---|---|---|

Nonpriority Creditor's Name
**90 Horseshoe Hill Road**
**Bolinas, CA 94924**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.2 7 | **John Howard** | Last 4 digits of account number _____ | $1,000,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**745 5th Ave, 7th Fl**
**New York, NY 10151**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Debtor's guarantee of LBSX LLC's obligations to purchase creditor's equity interests pursuant to Put Option.**

---

Debtor 1    **Robert F.X. Sillerman**                                      Case number (if know)    **17-13633 (MKV)**

---

| 4.2<br>8 | **John Lemak IRA** | Last 4 digits of account number _____ | **$76,384.38** |

Nonpriority Creditor's Name
**Attn: Ryan McGrew**
**2000 McKinney Ave, Suite 1600**
**Dallas, TX 75201**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.2<br>9 | **John O'Rourke** | Last 4 digits of account number _____ | **$38,287.91** |

Nonpriority Creditor's Name
**541 Revere Rd**
**Merion Station, PA 19066**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

■ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ At least one of the debtors and another

☐ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

Debtor 1    **Robert F.X. Sillerman**                                    Case number (if know)    **17-13633 (MKV)**

| 4.30 | | | |
|---|---|---|---|

**JSL Kids Partners**

Nonpriority Creditor's Name

**John Lemak, Manager**
**4410m Bordeaux Ave**
**Dallas, TX 75205**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$37,790.17**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.31 | | | |
|---|---|---|---|

**Kevin Poor**

Nonpriority Creditor's Name

**750 Beulahs Lane**
**Idaho Falls, ID 83401**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____                    **$305,537.52**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

Debtor 1    **Robert F.X. Sillerman**    Case number (if know)    **17-13633 (MKV)**

---

| 4.3 2 | **MH Investment Trust** | Last 4 digits of account number | $76,575.82 |

Nonpriority Creditor's Name
**Moishe Hartstein, Trustee**
**9 Dolson Rd**
**Monsey, NY 10952**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.3 3 | **Michael H. Ference** | Last 4 digits of account number | $80,404.61 |

Nonpriority Creditor's Name
**8 John St**
**Demarest, NJ 07627**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Guarantee of payment of settlement amount owed by FunctionX, Inc. to Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.3 4 | **Mitchell J. Slater** | Last 4 digits of account number | $1,575,900.00 |

Nonpriority Creditor's Name
**c/o Kirkland & Ellis LLP**
**Attn:  Matthew Solum, P.C.**
**601 Lexington Avenue**
**New York, NY 10022**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Promissory note**

---

Debtor 1   **Robert F.X. Sillerman**                                    Case number (if know)   **17-13633 (MKV)**

---

| 4.35 | **MJX Theatrical LLC** | Last 4 digits of account number | | | **$1,392.00** |

Nonpriority Creditor's Name

**902 Broadway, 11th Fl.**
**New York, NY 10010**                          **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                  ☐ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community       ☐ Student loans
debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Cash advance**

---

| 4.36 | **Osher Capital Partners, LLC** | Last 4 digits of account number | | | **$40,202.31** |

Nonpriority Creditor's Name

**Attn:  Ari Kluger**
**c/o LH Financial**
**510 Madison Ave, Suite 1400**
**New York, NY 10022**                           **When was the debt incurred?** _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.              **As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only                                  ■ Contingent
☐ Debtor 2 only                                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                     ☐ Disputed
☐ At least one of the debtors and another        **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community       ☐ Student loans
debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                 **Guarantee of payment of settlement**
                                                 **amount owed by FunctionX, Inc. to Series**
☐ Yes                                            ■ Other. Specify  **G Preferred Noteholder of FunctionX, Inc.**

---

Debtor 1   **Robert F.X. Sillerman**                                        Case number (if know)    **17-13633 (MKV)**

---

| 4.3 7 | | | |
|---|---|---|---|

**Paradox Capital Partners, LLC**
Nonpriority Creditor's Name

**Attn:  Harvey Kesner, Sole Manager
1151 North Ft. Lauderdale Beach
Blvd
#14D
Fort Lauderdale, FL 33304**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$80,404.61**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guarantee of payment of settlement amount owed by FunctionX, Inc. as Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.3 8 | | | |
|---|---|---|---|

**Rant, Inc.**
Nonpriority Creditor's Name

**4 Park Place, Suite 450
Irvine, CA**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number** _____                    **$2,875,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Guarantee of note owing by FunctionX, Inc. to Rant, Inc.**

---

Debtor 1   **Robert F.X. Sillerman**                                    Case number (if know)   **17-13633 (MKV)**

| 4.39 | **Rexford Capital LLC** | | Last 4 digits of account number | | | $765,758.20 |

Nonpriority Creditor's Name

**Attn:  Kimberly Langston, Managing Membe**
**78 SW 7th St**
**Miami, FL 33130**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

**Guarantee of payment of settlement amount owed by FunctionX, Inc. to creditor as Series G Preferred Noteholder of FunctionX, Inc.**

---

| 4.40 | **Richard Molinsky** | | Last 4 digits of account number | | | $80,404.61 |

Nonpriority Creditor's Name

**51 Lord's Hwy East**
**Weston, CT 06883**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

When was the debt incurred?

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

■ No

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify

**Guarantee of payment of settlement amount owed by FunctionX, Inc. to creditor as Series G Preferred Noteholder of FunctionX, Inc.**

---

Debtor 1    **Robert F.X. Sillerman**                              Case number (if know)    **17-13633 (MKV)**

---

| 4.4 1 | **Ryan Seacrest Revocable Trust** | Last 4 digits of account number | **$2,100,000.00** |

Nonpriority Creditor's Name
**Attn:  Jeff Refold**
**2400 Wilshire Blvd, Suite 1275**
**Los Angeles, CA 90025**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No

- ■ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

- □ Yes
- ■ Other. Specify   **Debtor's guarantee of LBSX, LLC's obligations to purchase creditor's equity interest pursuant to Put Option.**

---

| 4.4 2 | **Schaeffer Venaglia** | Last 4 digits of account number | **$95,262.00** |

Nonpriority Creditor's Name
**1001 Avenue of the Americas-10th Fl.**
**New York, NY 10018**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify   **Legal fees**

---

| 4.4 3 | **Stout LLP** | Last 4 digits of account number | **$107,778.00** |

Nonpriority Creditor's Name
**One South Wacker Dr., 38th FL**
**Chicago, IL 60606**

When was the debt incurred?

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a  community debt**

Is the claim subject to offset?

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

Type of NONPRIORITY unsecured claim:

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts

- ■ Other. Specify   **Financial Advisor Fees**

---

Debtor 1    **Robert F.X. Sillerman**                                    Case number (if know)    **17-13633 (MKV)**

---

| 4.4 4 | | | |
|---|---|---|---|

**The Bridge Golf Club Inc.**                                                    Last 4 digits of account number _____                    **$20,042.00**

Nonpriority Creditor's Name

**PO Box 1797**
**Bridgehampton, NY 11932**                                        When was the debt incurred? _____

Number Street City State Zip Code                                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                                        ☐ Contingent

☐ Debtor 2 only                                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims

■ No                                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                        ■ Other. Specify    **Membership dues**

---

| 4.4 5 | | | |
|---|---|---|---|

**Wheels Up**                                                                    Last 4 digits of account number _____                    **$25,952.00**

Nonpriority Creditor's Name

**220 West 42 St., 9th Floor**
**New York, NY 10036**                                              When was the debt incurred? _____

Number Street City State Zip Code                                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                                        ☐ Contingent

☐ Debtor 2 only                                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims

■ No                                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                        ■ Other. Specify    **Airplane flights**

---

| 4.4 6 | | | |
|---|---|---|---|

**Williams Montgomery**                                            Last 4 digits of account number _____                    **$27,092.00**

Nonpriority Creditor's Name

**233 South Wacker Drive, Ste 6100**
**Chicago, IL 60606**                                                  When was the debt incurred? _____

Number Street City State Zip Code                                As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                                                        ☐ Contingent

☐ Debtor 2 only                                                        ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                                ☐ Disputed

☐ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community**            ☐ Student loans
**debt**                                                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                              report as priority claims

■ No                                                                          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                                        ■ Other. Specify    **Legal fees**

---

**Part 3:** | **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address                                On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | **Robert F.X. Sillerman** | | Case number *(if know)* | **17-13633 (MKV)** |

---

**Barry Honig, Collateral Agent**
**555 South Federal Hwy, Suite 450**
**Boca Raton, FL 33432**

Line **4.38** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Golenbock Eisman Assor Bell &**
**Peskoe, LL**
**Attn:  Andrew Peskoe**
**711 Third Ave**
**New York, NY 10022**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.27** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Lowenstein Sandler LLP**
**Attn:  Michael S. Etkin and Gabriel**
**L. O**
**One Lowenstein Drive**
**Roseland, NJ 07068**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Reid Collins & Tsai LLP**
**Attn:  Yonah Jaffe**
**810 Seventh Avenue, Suite 410**
**New York, NY 10019**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Seward & Kissel, LLP**
**Attorneys for Deutsche Bank**
**Attn:  John Ashmead**
**One Battery Park Plaza**
**New York, NY 10004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Willkie Farr & Gallagher LLP**
**Attn:  Alan Lipkin**
**787 Seventh Ave**
**New York, NY 10019**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Willkie Farr & Gallagher LLP**
**Attn:  Alan Lipkin**
**787 Seventh Avenue**
**New York, NY 10019**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.23** of *(Check one):*

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| **Total claims** | 6f. | **Student loans** | 6f. | $ 0.00 |

Debtor 1    **Robert F.X. Sillerman**                                    Case number (*if know*)    **17-13633 (MKV)**

| from Part 2 | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | **60,940,882.99** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **60,940,882.99** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **17-13633 (MKV)** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct
information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any
additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for
    example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts
    and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1    **Lexus Financial**<br>**PO Box 4102**<br>**Carol Stream, IL 60197-4102** | **Lexus RX350** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **17-13633 (MKV)** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Laura Baudo Sillerman**<br>**151 East 72 Street**<br>**New York, NY 10021** | ■ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Deutsche Bank** |
| 3.2 | **Laura Baudo Sillerman** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.11___<br>☐ Schedule G _____<br>**C. Barton Gullong** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | **17-13633 (MKV)** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status* | ☑ Employed ☐ Not employed | ☐ Employed ☐ Not employed |
| | Occupation | **Chief Executive Officer** | |
| | Employer's name | **FunctionX, Inc.** | |
| | Employer's address | **902 Broadway, 11th Floor New York, NY 10010** | |
| | How long employed there? | **7 years** | |

*See Attachment for Additional Employment Information

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 244,917.00 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 244,917.00 | $ N/A |

Debtor 1    **Robert F.X. Sillerman**                                    Case number (*if known*)    **17-13633 (MKV)**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $    244,917.00 | $    N/A |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a.   **Tax, Medicare, and Social Security deductions** | 5a. | $    62,179.00 | $    N/A |
| 5b.   **Mandatory contributions for retirement plans** | 5b. | $    0.00 | $    N/A |
| 5c.   **Voluntary contributions for retirement plans** | 5c. | $    0.00 | $    N/A |
| 5d.   **Required repayments of retirement fund loans** | 5d. | $    0.00 | $    N/A |
| 5e.   **Insurance** | 5e. | $    0.00 | $    N/A |
| 5f.   **Domestic support obligations** | 5f. | $    0.00 | $    N/A |
| 5g.   **Union dues** | 5g. | $    0.00 | $    N/A |
| 5h.   **Other deductions. Specify:    SDI** | 5h.+ | $    87.50  + | $    N/A |
|        **FUTA** | | $    116.65 | $    N/A |
| 6.   **Add the payroll deductions.**  Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $    62,383.15 | $    N/A |
| 7.   **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $    182,533.85 | $    N/A |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a.   **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $    0.00 | $    N/A |
| 8b.   **Interest and dividends** | 8b. | $    0.00 | $    N/A |
| 8c.   **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $    0.00 | $    N/A |
| 8d.   **Unemployment compensation** | 8d. | $    0.00 | $    N/A |
| 8e.   **Social Security** | 8e. | $    3,103.00 | $    N/A |
| 8f.   **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: | 8f. | $    0.00 | $    N/A |
| 8g.   **Pension or retirement income** | 8g. | $    0.00 | $    N/A |
| 8h.   **Other monthly income. Specify:    Payments from Debtor's business interests** | 8h.+ | $    6,663.00  + | $    N/A |
| 9.   **Add all other income.**  Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $    9,766.00 | $    N/A |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10.   **Calculate monthly income.**  Add line 7 + line 9. <br> Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $    192,299.85 | + $ | N/A | = $ | 192,299.85 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:                                                                                    11.  + $    0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies

    12.   $    192,299.85

    **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
   ☒  No.
   ☐  Yes. Explain:

| Debtor 1 | **Robert F.X. Sillerman** | Case number (*if known*) | **17-13633 (MKV)** |

# Official Form B 6I
# Attachment for Additional Employment Information

| **Debtor** | |
|---|---|
| Occupation | |
| Name of Employer            **Fintech Co.** | **Income from Fintech Co. of $242,000 per month** |
| How long employed | **is effective April 15, 2018.** |
| Address of Employer | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (If known) | **17-13633 (MKV)** |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents names.

   ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Spouse** | **71** | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | *39,850.00 |
| If not included in line 4: | | |
| 4a.   Real estate taxes | 4a. $ | 0.00 |
| 4b.   Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c.   Home maintenance, repair, and upkeep expenses | 4c. $ | 47,343.00 |
| 4d.   Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

* Includes amounts paid for all monthly insurance costs.

Debtor 1    **Robert F.X. Sillerman**                     Case number (if known)    **17-13633 (MKV)**

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. Electricity, heat, natural gas | 6a. | $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $ | 0.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 0.00 |
| | 6d. Other. Specify: **Combined Utilities** | 6d. | $ | 11,501.00 |
| 7. | **Food and housekeeping supplies** | 7. | $ | 8,896.00 |
| 8. | **Childcare and children's education costs** | 8. | $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | 0.00 |
| 10. | **Personal care products and services** | 10. | $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. | $ | 34,632.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | 2,860.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. | $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. Life insurance | 15a. | $ | 0.00 |
| | 15b. Health insurance | 15b. | $ | 0.00 |
| | 15c. Vehicle insurance | 15c. | $ | 0.00 |
| | 15d. Other insurance. Specify: | 15d. | $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. Car payments for Vehicle 1 | 17a. | $ | 722.00 |
| | 17b. Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| | 17c. Other. Specify: | 17c. | $ | 0.00 |
| | 17d. Other. Specify: | 17d. | $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. Mortgages on other property | 20a. | $ | 19,558.00 |
| | 20b. Real estate taxes | 20b. | $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. | $ | 0.00 |
| 21. | **Other:** Specify: **miscellaneous expenses** | 21. | +$ | 6,271.00 |
| | **Manhattan Storage** | | +$ | 775.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 172,408.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 172,408.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 192,299.85 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 172,408.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 19,891.85 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.    Explain here: **Reduction in interest expense due to payoff of certain mortgage debt, elimination of certain elevated costs due to certain circumstances including reduction in medical expenses.**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Robert F.X. Sillerman** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number | **17-13633 (MKV)** |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| | |
|---|---|
| X **/s/ Robert F.X. Sillerman** | X _____ |
| **Robert F.X. Sillerman** | Signature of Debtor 2 |
| Signature of Debtor 1 | |
| Date **March 16, 2018** | Date _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy