| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Robert F.X. Sillerman** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | |
| Case number | **17-13633 (MKV)** | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$35,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Robert F.X. Sillerman**                                Case number *(if known)*    **17-13633 (MKV)**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| | ☐ Wages, commissions, bonuses, tips | $19,924,730.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | ■ Wages, commissions, bonuses, tips | $24,945.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $59,500,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | ■ Wages, commissions, bonuses, tips | $7,426.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips | $153,000,000.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **Social Security** | $37,236.00 | | |
| | **Interest / Dividends/IRA distributions/pensions and annuities** | **Unknown** | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | **Social Security** | $30,500.00 | | |
| | **Interest Income** | $2,074,543.00 | | |
| | **Dividends** | $53,510.00 | | |
| | **IRA Distributions** | $2,355,182.00 | | |

Debtor 1    **Robert F.X. Sillerman**                              Case number *(if known)*    **17-13633 (MKV)**

| | **Debtor 1**<br>**Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Debtor 2**<br>**Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
|---|---|---|---|---|
| | **Pensions and Annuities** | **$241,255.00** | | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | **Interest** | **$4,993,800.00** | | |
| | **Dividends** | **$36,372.00** | | |
| | **Pensions and Annuities** | **$1,294,293.00** | | |

**Part 3:**   **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.   Go to line 7.

■ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Deutsche Bank** | **10/16/2017;**<br>**11/16/2017;**<br>**12/5/2017; 12/6/20;**<br>**12/15/2017** | **$135,272.00** | **$11,900,000.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **C. Barton Gullong**<br>**9266 Oak Hammer Lane**<br>**Jupiter, FL 33478** | **11/6/17; 12/4/17** | **$50,740.00** | **$4,000,000.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | **Robert F.X. Sillerman** | | Case number *(if known)* | **17-13633 (MKV)** |
|---|---|---|---|---|

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Lexus Financial** | **10/15/17; 11/15/2017/12/15/2017** | **$4,256.00** | **$47,745.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No
■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **See Attachment** | | **$1,400,000.00** | **$0.00** | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Bespoke Real Estate LLC v. Robert F.X. Sillerman, et al.**<br>**651672/2017** | **Commissions claimed.** | **New York Supreme Court, New York County,** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Altimeo Investissement, et al. v. Robert F.X. Sillerman, et al.**<br>**651084/2016** | **State Court Action** | **New York Supreme Court-New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Guevoura Fund Ltd. v. Sillerman, et al.**<br>**15-cv-07912-CM** | **Federal Securities Class Action** | **District Court for the SDNY** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1    **Robert F.X. Sillerman**                              Case number *(if known)*    **17-13633 (MKV)**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Andrew Mule et al v. Sillerman et al**<br>**654984/2016** | **State Court Action** | **NY Supreme Court, New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Deutsche Bank Trust Company Americas v. Sillerman, et al.**<br>**159402/2017** | **Monies loaned.** | **NY Supreme Court, NY County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **React Presents, et al. v. Sillerman**<br>**16-CV-03790** | **Obligation of SFX Entertainment, Inc.** | **US District Court, E.D. Ill.** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **ESFX Holdings LLC v. Sillerman, et al.**<br>**654704/2017** | **Guarantee of obligations of DigiDollars, LLC for monies loaned.** | **NY Supreme Court, NY County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **SEC investigation with regard to FunctionX, Inc.** | | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
■ No
☐ Yes

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    **Robert F.X. Sillerman**                                    Case number *(if known)*    **17-13633 (MKV)**

---

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **See Attachment 14 to SOFA** | | | **$140,001,824.00** |

---

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Rosen & Associates, P.C.**<br>**747 Third Avenue**<br>**New York, NY 10017**<br>**rosenpc.com** | | **1/10/2018** | **$125,000.00** |

---

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                            Best Case Bankruptcy

Debtor 1    **Robert F.X. Sillerman**                          Case number *(if known)*    **17-13633 (MKV)**

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **OPW LLC**<br>**c/o Brett Torino**<br>**4455 Wagon Trail**<br>**Las Vegas, NV 89118** | **Pursuant to a 3/17/17 Amendment to Pledge and Security Agreement, the Debtor pledged to OPW, L.L.C., as assignee of Brett Torino, all of his right, title and interest in and to certain residential real property in Anguilla, and on or about 12/15/17, the Debtor sold such property and the proceeds thereof, together with the proceeds of contiguous property owned by affiliates of the Debtor, were remitted to OPW, L.L.C.** | **The property was pledged to secure the obligations of the Debtor and his wife to OPW, L.L.C. in the amounts $5,722,984.01 and $7,125,000, respectively, for monies loaned, and to secure the obligations of MJX Ventures, LLC, a wholly-owned affiliate of the Debtor, as guarantor of such repayment obligations. In exchange, the Debtor and his wife received, among other forms of consideration, the agreement of OPW to continue to forebear from exercising its remedies in respect of payment defaults.** | **Pledge of property 3/17/2017; transfer of property-12/15/2 017.** |
| **Brett Torino**<br>**4455 Wagon Trail**<br>**Las Vegas, NV 89118** | **Debtor's interests in IDL Wheel Tenant, LLC and IDL Mezz, LLC. .** | **The Debtor was relieved of obligations to reimburse Brett Torino for having made certain advances on the Debtor's behalf to IDL Wheel Tenant, LLC and/or IDL Mezz, LLC and released of his guarantee of certain loan obligations of IDL Wheel Tenant, LLC and/or IDL Mezz, LLC.** | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☑ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Robert F.X. Sillerman**    Case number *(if known)*    **17-13633 (MKV)**

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Morgan Manhattan Storage<br>1405 Jerome Avenue<br>Bronx, NY 10452** | **Robert X.F. Sillerman, Bethany Gilmore, Alison Muldoon** | **Off-site storage for Debtor's records.** | ☐ No<br>■ Yes |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Robert F.X. Sillerman**                    Case number *(if known)*   **17-13633 (MKV)**

---

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☑ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **See Attachment** | | EIN:<br><br>From-To |

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **Deutsche Bank**<br>**Atttn:  Terri Sohrab**<br>**345 Park Avenue, 27th Floor**<br>**New York, NY 10154** | |
| **UBS O'Connor**<br>**Attn:  Baxter Wasson**<br>**299 Park Avenue, 24th Floor**<br>**New York, NY 10171** | |
| **Brock Capital**<br>**Attn:  Storm Boswick**<br>**622 Third Avenue, 12th FLoor**<br>**New York, NY 10017** | |
| **Elliot Capital Management**<br>**Attn:  Brad Parish**<br>**40 West 57 Street**<br>**New York, NY 10019** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Robert F.X. Sillerman**                                             Case number *(if known)*   **17-13633 (MKV)**

| **Name** | **Date Issued** |
|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | |
| **Sun Trust** **Attn: Stephanie Young** **610 5th Avenue, Suite 404** **New York, NY 10020** | |
| **Fortress** **Attn:  Brian Stewart** **10250 Constellation Blvd., Suite 1600** **Los Angeles, CA 90067** | |
| **US Trust** **Attn: Stephanie Young** **590 Madison Avenue** **New York, NY 10022** | |

**Part 12:**   **Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Robert F.X. Sillerman**

**Robert F.X. Sillerman**                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **March 16, 2018**                                Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
☐ No
■ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS NO. 7

## OUTGOING PAYMENTS TO RELATED PARTIES

**DEUTSCHE ACCOUNTS**
**From RFXS Checking**

| Date | Description | Amount |
|------|-------------|--------|
| 12/7/16 | WT to Sillerman Investment Company III | #VALUE! |
| 12/12/16 | WT to SFX Entertainment | (2,628.50) |
| 12/19/16 | WT to Sillerman Investment Company III | (75,000.00) |
| 1/5/17 | WT to Elderberry LLC | (20,000.00) |
| 1/5/17 | WT to LBSX, LLC | (5,000.00) |
| 1/5/17 | WT to Elderberry LLC | (50,000.00) |
| 1/17/17 | WT to Elderberry LLC | (9,000.00) |
| 1/18/17 | WT to Sillerman Investment Company III | (65,000.00) |
| 1/18/17 | WT to Sillerman Investment Company III | (34,000.00) |
| 1/20/17 | WT to Sillerman Investment Company III | (300,000.00) |
| 1/24/17 | WT to Elderberry LLC | (50,000.00) |
| 2/17/17 | WT to Sillerman Investment Company III | (10,000.00) |
| 3/3/17 | WT to Sillerman Investment Company III | (75,000.00) |
| 3/6/17 | WT to MJX LLC | (250,000.00) |
| 3/7/17 | WT to Elderberry LLC | (100,000.00) |
| 3/14/17 | WT to Sillerman Investment Company III | (50,000.00) |
| 3/22/17 | WT to Elderberry LLC | (250,000.00) |
| 3/30/17 | WT to Elderberry LLC | (75,000.00) |
| 3/30/17 | WT to Sillerman Investment Company III | (250,000.00) |
| 3/31/17 | WT to Sillerman Investment Company III | (50,000.00) |
| 4/3/17 | WT to MJX LLC | (100,000.00) |
| 4/10/17 | WT to MJX LLC | (75,000.00) |
| 4/26/17 | WT to MJX LLC | (200,000.00) |
| 5/1/17 | WT to MJX LLC | (100,000.00) |
| 5/3/17 | WT to Elderberry LLC | (75,000.00) |
| 5/4/17 | WT to MJX, LLC | (100,000.00) |
| 5/24/17 | WT to Elderberry LLC | (75,000.00) |
| 5/25/17 | WT to Elderberry LLC | (30,000.00) |
| 5/26/17 | WT to Elderberry LLC | (11,385.00) |
| 6/8/17 | WT to Sillerman Investment Company III | (150,000.00) |
| 6/8/17 | WT to MJX LLC | (140,000.00) |
| 6/16/17 | WT to Sillerman Investment Company III | (5,000.00) |
| 6/29/17 | WT to Sillerman Investment Company III | (4,800.00) |
| 7/5/17 | WT to MJX LLC | (175,000.00) |
| 7/10/17 | WT to MJX LLC | (22,000.00) |
| 7/12/17 | WT to Sillerman Investment Company III | (103,578.00) |
| 7/20/17 | WT to MJX LLC | (20,000.00) |
| 8/7/17 | WT to MJX LLC | (120,000.00) |
| 8/8/17 | WT to MJX LLC | (40,000.00) |
| 8/21/17 | WT to MJX LLC | (100,000.00) |

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS NO. 7

| Date | Description | Amount |
|---|---|---|
| 8/28/17 | WT to MJX LLC | (100,000.00) |
| 10/4/17 | WT to Function X | (50,000.00) |
| 11/20/17 | WT to MJX LLC | (3,000.00) |
| 11/22/17 | WT to Aircraft Acquisition Corp. | (25,000.00) |

**From RFXS Merrill Lynch Money Market**

| Date | Description | Amount |
|---|---|---|
| 4/13/17 | Wt to Sillerman Investment Company III | (500,000.00) |
| 4/17/17 | WT to Elderberry | (75,000.00) |
| 4/24/17 | Wt to Sillerman Investment Company III | (250,000.00) |
| 4/24/17 | WT to Elderberry | (150,000.00) |
| 5/26/17 | WT to Elderberry | (14,400.00) |
| 6/1/17 | WT to Elderberry | (40.00) |
| 6/8/17 | WT to Elderberry | (100,000.00) |
| 6/12/17 | WT to Elderberry | (30,000.00) |
| 6/27/17 | Wt to Sillerman Investment Company III | (9,000.00) |
| 7/12/17 | Wt to Sillerman Investment Company III | (162.00) |

**CITIBANK ACCOUNT**

| Date | Description | Amount |
|---|---|---|
| 12/15/16 | WT to FunctionX | (550,000.00) |
| 12/23/16 | WT to FunctionX | (250,000.00) |
| 12/30/16 | WT to FunctionX | (250,000.00) |
| 12/30/16 | WT to Aircraft Acquisition Corp. | (100,000.00) |
| 1/12/17 | WT to FunctionX | (200,000.00) |
| 1/19/17 | WT to FunctionX | (50,000.00) |
| | **TOTAL:** | **(1,400,000.00)** |

ATTACHMENT TO STATEMENT OF FINANICAL AFFAIRS No. 14

**Sillerman Charitable Contributions**

### Detail Postings for Period 01 Thru 12 Ending 12/31/2017

Charitable Contributions

| | | |
|---|---|---:|
| 01 | Columbia University - LBS | 2,000.00 |
| 01 | Human Resources of the Hamptons - ck#109 | 6,600.00 |
| 02 | Museum of Modern Art - Ck#11008 | 600.00 |
| 02 | Human Resources of the Hamptons - Ck#110 | 8,400.00 |
| 02 | Poets House - Ck#11013 | 1,500.00 |
| 02 | National Poetry Series - ck#11017 | 1,500.00 |
| 03 | American Museum of Natural History-Ck#11 | 15,000.00 |
| 03 | American Museum of Natural History -Ck#1 | 15,000.00 |
| 03 | Poets House -Ck#11039 | 10,000.00 |
| 04 | WT to The Tomorrow Foundation | 40,000.00 |
| 04 | Academy of American Poets - Ck#11041 | 6,000.00 |
| 04 | Gilda's Club - RFXS | 25,000.00 |
| 04 | Carol Parsons Breast Cancer Fund - LBS | 1,000.00 |
| 05 | Harlem Academy - Ck#112 | 100,000.00 |
| 05 | PEN America - LBS | 30,000.00 |
| 06 | Poetry Society of America - LBS | 10,000.00 |
| 07 | ck#5204-Marietta College | 5,000.00 |
| 07 | Ck#5205-Heart of the Hamptons | 3,000.00 |
| | Tomorrow Foundation: 18.5% of LBSX, LLC | 138,750,000.00 |

Total:        139,038,600

ATTACHMENT TO STATEMENT OF FINANCIAL AFFAIRS No. 13

**Sillerman Charitable Contributions 2016**
**Detail Postings for Period 01 Thru 12 Ending 12/31/2016**

| | | |
|---|---|---:|
| 01 | Poets.org - LBS | 1,000.00 |
| 01 | C#10746-American Museum of Nat. History | 15,000.00 |
| 02 | PEN American Center-ck#10751 | 25,000.00 |
| 02 | UNF Charitable Gift Fund - CK#10752 | 50,000.00 |
| 02 | Poets House - CK#10757 | 1,500.00 |
| 02 | WePay*Crowdrise - LBS | 1,010.00 |
| 02 | Telecharge Tix-SI (Donation Queen Emma B | 1,026.56 |
| 03 | Feminist Majority Foundation ck#10802 | 3,000.00 |
| 04 | Rec ck#107- NYU School of Medicine | 350,000.00 |
| 04 | Harlem Academy - CK#10817 | 52,000.00 |
| 04 | Poetry Society of America - Ck#10826 | 36,000.00 |
| 04 | Academy of American Poets - Ck#10833 | 20,000.00 |
| 04 | Academy of American Poets - Ck#10834 | 600.00 |
| 04 | American Museum of Natural History-Ck#10 | 25,000.00 |
| 04 | Poets House - CK#10837 | 5,000.00 |
| 04 | Irish Repertory Theatre-Ck#10840 | 2,000.00 |
| 04 | Alliane for Young Artists- Ck#10843 | 15,000.00 |
| 05 | Alliance for Young Artists - Ck#10852 | 15,000.00 |
| 05 | Gallop NYC - RFXS | 10,000.00 |
| 05 | GMHC.org - LBS | 750.00 |
| 05 | City Parks Foundation - LBS | 6,000.00 |
| 06 | Harlem Academy - Ck#60940 | 230,000.00 |
| 06 | Ck#1985- Rico Memorial Fund | 1,600.00 |
| 08 | Animal Rescue Fund Ck#10901 | 2,000.00 |
| 09 | Donation for Jodie Morrow-Ck#10915 | 800.00 |
| 09 | American Museum of Nat.History-Ck#10919 | 50,000.00 |
| 10 | American Museum of Natural History-Ck#10 | 1,500.00 |
| 11 | Ck#5201-Women's Voices for Change | 5,000.00 |
| 11 | Women's Voices for Change-CK#10954 | 5,000.00 |
| 11 | PEN American Center ck#10953 | 10,000.00 |
| 12 | Eleanor's Legacy - LBS | 1,000.00 |
| 12 | American Museum of Natural History-Ck#10 | 30,000.00 |
| 12 | Archbishop Stepinac School-Ck#10967 | 5,000.00 |
| 12 | Harlem Academy-CK#10975 | 437.34 |

Total:      $971,224