# United States Bankruptcy Court
### Southern District of New York

In re    **Robert F.X. Sillerman**               Case No.    **17-13633 (MKV)**
                                              Debtor(s)                 Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: **March 16, 2018**                         **/s/ Robert F.X. Sillerman**
                                                       **Robert F.X. Sillerman**
                                                       Signature of Debtor

```
ACQUISITION GROUP LTD.
ATTN: ADAM ARVIV, PRESIDENT
118 YORKVILLE AVE, SUITE 604
TORONTO, ONT, CANADA M5R1C2


AHAKA ACQUISITIONS INC.
ATTN: DAVID BAAZOV
600-2000 MCGILL COLLEGE AVE
MONTREAL, QUEBEC H3A 3H3


ALPHA CAPITAL ANSTALT
ATTN. KONRAD ACKERMANN
LETTSTRASSE 32, 9490
VADUZ, PRINCIPALITY OF LIECHENSTEIN


ALTIMEO INVESTISSEMENT, ET AL.
C/O ABBEY SPANIER, LLP
212 EAST 39TH ST
NEW YORK, NY 10016


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1270


AMERICAN EXPRESS
PO BOX 1270
NEWARK, NJ 07101-1000


ANDREW MULE ET AL
C/O ABBEY SPANIER, LLP
ATTN: A. ABBEY, S. RODD, N. KABOOLIAN
212 EAST 39 ST.
NEW YORK, NY 10016


ATG CAPITAL
ATTN: JOHN O'ROURKE
808 SOLAR ISLE DR
FORT LAUDERDALE, FL 33301


BARRY HONIG, COLLATERAL AGENT
555 SOUTH FEDERAL HWY, SUITE 450
BOCA RATON, FL 33432


BESPOKE REAL ESTATE LLC
903 MONTAUK HWY
WATER MILL, NY 11976
```

```
BRIDGECARE MAINTENANCE
PO BOX 1797
BRIDGEHAMPTON, NY 11932


C. BARTON GULLONG
9266 OAK HAMMER LANE
JUPITER, FL 33478


CHALEFF & ROGERS
PO BOX 990
WATER MILL, NY 11976


CHANCERY LANE
 AUCKLAND HOUSE, STE. 2
P.O. BOX 1567
ANGUILLA, BWI


CITIZEN'S BANK
PO BOX 7000
PROVIDENCE, RI 02940


DEAN ZIEHL, LITIGATION TRUSTEE
C/O REIL COLLINS TSAI LLP, ATT-E. MADDEN
THANKSGIVING TOWER
1601 ELM ST, 49TH FL.
DALLAS, TX 75201


DEUTSCHE BANK
C/O SEWARD & KISSEL. LLP
ATTN:  JOHN ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004


DEUTSCHE BANK
345 PARK AVENUE, 24TH FLOOR
NEW YORK, NY 10154


DEUTSCHE BANK
C/O SEWARD & KISSEL LLP
ATTN: JOHN ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004


ESFX HOLDINGS LLC
120 EAST END AVENUE
NEW YORK, NY 10028
```

```
FRIED FRANK
ONE NEW YORK PLAZA
NEW YORK, NY 10004


FXM INVESTMENT CORPORATION
902 BROADWAY - 11TH FL
NEW YORK, NY 10010


FXM INVESTMENT CORPORATION



GOLENBOCK EISMAN ASSOR BELL & PESKOE, LL
ATTN:  ANDREW PESKOE
711 THIRD AVE
NEW YORK, NY 10022


GUEVOURA FUND LTD.
C/O BROWER PIVEN
488 MADISON AVE
NEW YORK, NY 10022


HORBERG ENTERPRISES LP
ATTN: HOWARD HORBERG
289 PROPSECT AVE
HIGHLAND PARK, IL 60035


IDL WHEEL (FL) LLC
C/O W.P. CAREY INC.
50 ROCKEFELLER PLAZA, SECOND FL
ATTN: JASON FOX
NEW YORK, NY 10020


IDRIVE MEZZ LENDER (FL) LLC
W.P. CAREY
50 ROEKEFELLER PLAZA, SECOND FLOOR
NEW YORK, NY 10007


ILIAD RESEARCH AND TRADING. L.P.
C/O HANSEN BLACK ANDERSON ASHCRAFT PLLC
3051 WEST MAPLE LOOP DRIVE, STE 325
LEHI, UT 84043


IROQUOIS MASTER FUND LTD
ATTN. RICHARD ABBE
205 EAST 42 ST
NEW YORK, NY 10017
```

```
JIM CHRISTODOULIS
35 ROCHESTER AVENUE
TORONTO, ONTARIO  M4N 1N7
 CANADA


JOHN H. FORD
90 HORSESHOE HILL ROAD
BOLINAS, CA 94924


JOHN HOWARD
745 5TH AVE, 7TH FL
NEW YORK, NY 10151


JOHN LEMAK IRA
ATTN:  RYAN MCGREW
2000 MCKINNEY AVE, SUITE 1600
DALLAS, TX 75201


JOHN O'ROURKE
541 REVERE RD
MERION STATION, PA 19066


JSL KIDS PARTNERS
JOHN LEMAK, MANAGER
4410M BORDEAUX AVE
DALLAS, TX 75205


KEVIN POOR
750 BEULAHS LANE
IDAHO FALLS, ID 83401


LAURA BAUDO SILLERMAN
151 EAST 72 STREET
NEW YORK, NY 10021


LEXUS FINANCIAL
PO BOX 4102
CAROL STREAM, IL 60197-4102


LOWENSTEIN SANDLER LLP
ATTN:  MICHAEL S. ETKIN AND GABRIEL L. O
ONE LOWENSTEIN DRIVE
ROSELAND, NJ 07068
```

```
MASSACHUSETTS MUTUAL
PO BOX 75045
CHARLOTTE, NC 28275-0045


MH INVESTMENT TRUST
MOISHE HARTSTEIN, TRUSTEE
9 DOLSON RD
MONSEY, NY 10952


MICHAEL H. FERENCE
8 JOHN ST
DEMAREST, NJ 07627


MITCHELL J. SLATER
C/O KIRKLAND & ELLIS LLP
ATTN: MATTHEW SOLUM, P.C.
601 LEXINGTON AVENUE
NEW YORK, NY 10022


MJX THEATRICAL LLC
902 BROADWAY, 11TH FL.
NEW YORK, NY 10010


OSHER CAPITAL PARTNERS, LLC
ATTN: ARI KLUGER
C/O LH FINANCIAL
510 MADISON AVE, SUITE 1400
NEW YORK, NY 10022


PARADOX CAPITAL PARTNERS, LLC
ATTN: HARVEY KESNER, SOLE MANAGER
1151 NORTH FT. LAUDERDALE BEACH BLVD
#14D
FORT LAUDERDALE, FL 33304


RANT, INC.
4 PARK PLACE, SUITE 450
IRVINE, CA


REACT PRESENTS, INC. ET AL.
VEDDER PRICE
ATTN: J. GARVEY, M. EIDELMAN
222 NO. SALLE ST, SUITE 2600
CHICAGO, IL 60601
```

```
REID COLLINS & TSAI LLP
ATTN:  YONAH JAFFE
810 SEVENTH AVENUE, SUITE 410
NEW YORK, NY 10019


REXFORD CAPITAL LLC
ATTN:  KIMBERLY LANGSTON, MANAGING MEMBE
78 SW 7TH ST
MIAMI, FL 33130


RICHARD MOLINSKY
51 LORD'S HWY EAST
WESTON, CT 06883


RYAN SEACREST REVOCABLE TRUST
ATTN:  JEFF REFOLD
2400 WILSHIRE BLVD, SUITE 1275
LOS ANGELES, CA 90025


SCHAEFFER VENAGLIA
1001 AVENUE OF THE AMERICAS-10TH FL.
NEW YORK, NY 10018


SEWARD & KISSEL, LLP
ATTORNEYS FOR DEUTSCHE BANK
ATTN:  JOHN ASHMEAD
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004


STOUT LLP
ONE SOUTH WACKER DR., 38TH FL
CHICAGO, IL 60606


THE BRIDGE GOLF CLUB INC.
PO BOX 1797
BRIDGEHAMPTON, NY 11932


WHEELS UP
220 WEST 42 ST., 9TH FLOOR
NEW YORK, NY 10036


WILLIAMS MONTGOMERY
233 SOUTH WACKER DRIVE, STE 6100
CHICAGO, IL 60606
```

```
WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN LIPKIN
787 SEVENTH AVE
NEW YORK, NY 10019

WILLKIE FARR & GALLAGHER LLP
ATTN: ALAN LIPKIN
787 SEVENTH AVENUE
NEW YORK, NY 10019
```