**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re

Robert Francis Xavier Sillerman                    Chapter 11
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,                           Case No. 17-13633 (MKV)
aka Robert X. Sillerman,

                    Alleged Debtor.
------------------------------------------------------------x

### ORDER FOR RELIEF
### CONVERTING INVOLUNTARY CHAPTER 7 CASE
### TO A CASE UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

Upon the motion dated February 2, 2018 (the "**Motion**") of Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman (improperly named in the involuntary petition commencing this case as Robert Francis Xavier Sillerman), the above captioned alleged debtor, by his proposed counsel, Rosen & Associates, P.C., pursuant to sections 109 and 706(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1017(f) of the Federal Rules of Bankruptcy Procedure, for entry of an order converting this involuntary chapter 7 case to a voluntary case under chapter 11 of the Bankruptcy Code [ECF No. 6]; and the Court having jurisdiction to consider and determine the Motion as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this proceeding being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given [ECF No. 7]; and it appearing that no other or further notice need be given; and no objections having been filed to the relief requested in the Motion; and the Court having held a hearing to consider the Motion on February 28, 2018; and the Court having found and determined that the alleged debtor is entitled to the relief sought in the

Motion and that the legal and factual bases set forth in the Motion establish cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, that the Motion is granted to the extent set forth herein; and it is further

ORDERED, that this case is hereby converted from an involuntary chapter 7 case to a voluntary chapter 11 case; and it is further

ORDERED, that this Order shall serve as an Order for Relief in this case; and it is further

ORDERED, that an Initial Case Conference shall be held on April 12, 2018, at 10:00 a.m. before the undersigned at the United States Bankruptcy Court, Alexander Hamilton Custom House, Courtroom 501, One Bowling Green, New York, NY 10004-1408.

Dated: New York, New York
       March 1, 2018

                                         *s/ Mary Kay Vyskocil*
                                         UNITED STATES BANKRUPTCY JUDGE

```
                    United States Bankruptcy Court
                    Southern District of New York

In re:                                                    Case No. 17-13633-mkv
Robert Francis Xavier Sillerman                           Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0208-1          User: brichards            Page 1 of 2                  Date Rcvd: Mar 15, 2018
                              Form ID: pdf001            Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db             +Robert Francis Xavier Sillerman,    151 E. 72nd St.,    New York, NY 10021-4300
aty            +Eric D. Madden,    REID COLLINS & TSAI LLP,    1601 ELM ST,    4250,    DALLAS, TX 75201-7282
7290191        +Alan J. Lipkin,    Willkie Farr & Gallagher LLP,    787 Seventh Ave.,    New York, NY 10019-6099
7299045        +Lowenstein Sandler LLP,    Attorneys for Guevoura Fund Ltd.,    One Lowenstein Drive,
                 Roseland, NJ 07068-1740    Attn: Michael S. Etkin and Gabriel L. Ol
7299007        +Lowenstein Sandler LLP,    Attorneys for Guevoura Fund Ltd.,    One Lowenstein Drive,
                 Roseland, NJ 07068-1740
7286925        +REID COLLINS & TSAI LLP,    Attorneys for Dean Ziehl,    810 Seventh Avenue, Suite 410,
                 New York, New York 10019-7816
7280005        +ROSEN & ASSOCIATES, P.C.,    Attorneys for Debtor,    747 Third Avenue,    New York, NY 10017-2850
7297379        +SEWARD & KISSEL LLP,    Attorneys for Deutsche Bank Trust,    Company Americas,
                 One Battery Park Plaza,    New York, NY 10004-1405
7293281         SULLIVAN & CROMWELL LLP,    Attorneys for ESFX Holdings LLC,    125 Broad Street,
                 New York, NY 10004-2498
7287003        +VEDDER PRICE P.C.,    Michael M. Eidelman, Esq.,    222 North LaSalle Street,
                 Chicago, Illinois 60601-1104
7287005        +VEDDER PRICE P.C.,    Attn: James V. Garvey, Esq.,    222 North LaSalle Street,
                 Chicago, Illinois 60601-1104
7291487        +Willkie Farr & Gallagher LLP,    Attorneys for ID Wheel (FL) LLC,
                 and IDrive Mezz Lender (FL) LLC,    787 Seventh Ave.,    New York, NY 10019-6018
7286777        +Yonah Jaffe,    810 Seventh Avenue, Suite 410,    New York, New York 10019-5818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Clubtix, Inc.
cr              Dean Ziehl
cr              Deutsche Bank Trust Company Americas
cr              ESFX Holdings LLC
intp            Guevoura Fund Ltd., on behalf of itself and all ot
cr              ID Wheel (FL) LLC
cr              IDL Wheel Tenant, LLC
cr              IDrive Mezz Lender (FL) LLC
cr              Jeffrey Callahan
cr              Lucas King
cr              React Presents, Inc.
                                                                                       TOTALS: 11, * 0, ## 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              Alan Jay Lipkin    on behalf of Creditor    ID Wheel (FL) LLC alipkin@willkie.com,
               maosbny@willkie.com
              Brian D. Glueckstein    on behalf of Creditor    ESFX Holdings LLC gluecksb@sullcrom.com,
               s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
              Eric D Madden    on behalf of Attorney Eric D. Madden emadden@rctlegal.com,    jharlin@rctlegal.com
              James V Garvey    on behalf of Creditor    Clubtix, Inc. jgarvey@vedderprice.com,
               kprezioso@vedderprice.com;ecfdocket@vedderprice.com
              John R. Ashmead    on behalf of Creditor    Deutsche Bank Trust Company Americas ashmead@sewkis.com
              Michael James Edelman    on behalf of Creditor    Clubtix, Inc. mjedelman@vedderprice.com,
               ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.co
               m
```

```
District/off: 0208-1           User: brichards              Page 2 of 2                    Date Rcvd: Mar 15, 2018
                               Form ID: pdf001              Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Michael M Eidelman    on behalf of Creditor   Clubtix, Inc. meidelman@vedderprice.com, ecfdocket@vedderprice.com
          Michael S. Etkin    on behalf of Interested Party   Guevoura Fund Ltd., on behalf of itself and all others similarly situated in the securities class action styled as Guevoura Fund Ltd., et al. v. Sillerman, et al., Case No. 15-cv-07192 (S.D.N.Y.) metkin@lowenstein.com, mseymour@lowenstein.com
          Sanford Philip Rosen    on behalf of Debtor Robert Francis Xavier Sillerman srosen@rosenpc.com
          United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
          Yonah  Jaffe    on behalf of Creditor Dean  Ziehl yjaffe@rctlegal.com

                                                                                                                    TOTAL: 11