**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Robert F.X. Sillerman | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | 17-13633 (MKV) | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Deutsche Bank**<br>Creditor's Name<br><br>c/o Seward & Kissel. LLP<br>Attn: John Ashmead<br>One Battery Park Plaza<br>New York, NY 10004<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>151 East 72 St New York, NY 10021<br>New York County | $6,000,000.00 | $20,200,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    **April 9, 2013**    Last 4 digits of account number _____

| **2.2** | **Deutsche Bank**<br>Creditor's Name<br><br>c/o Seward & Kissel LLP<br>Attn: John Ashmead<br>One Battery Park Plaza<br>New York, NY 10004<br>Number, Street, City, State & Zip Code | **Describe the property that secures the claim:**<br>151 East 72nd St, New York, NY 10021 | $5,900,000.00 | $20,200,000.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

---

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

| Debtor 1 | Robert F.X. Sillerman | | Case number (if know) | 17-13633 (MKV) |
|---|---|---|---|---|
| | First Name  Middle Name  Last Name | | | |

**Date debt was incurred** October 15, 2015    **Last 4 digits of account number**

---

**2.3**  **Deutsche Bank**
Creditor's Name

345 Park Avenue, 24th Floor
New York, NY 10154
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
Debtor's interest in 151 East 72 St, New York, NY

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$16,909,211.00    $10,100,000.00    $16,909,211.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** October 24, 2017    **Last 4 digits of account number**

---

**2.4**  **ESFX Holdings LLC**
Creditor's Name

120 East End Avenue
New York, NY 10028
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
Debtor's interest in 151 East 72 Street, NY, NY

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$14,639,614.00    $10,100,000.00    $10,489,614.00

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Date debt was incurred** July 10, 2017    **Last 4 digits of account number**

---

**2.5**  **FXM Investment Corporation**
Creditor's Name

902 Broadway - 11th Fl
New York, NY 10010
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
352 Plain Road Parcel 78 Hinsdale, NH 03451 Cheshire County

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$360,635.00    $1,057,500.00    $0.00

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 2 of 4

| Debtor 1 | **Robert F.X. Sillerman** | | Case number (if know) | **17-13633 (MKV)** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

☐ **Check if this claim relates to a community debt**    ☐ Other (including a right to offset) _____

**Date debt was incurred**   10/6/2017    **Last 4 digits of account number** _____

---

| 2.6 | **Iliad Research and Trading. L.P.** | **Describe the property that secures the claim:** | $5,700,000.00 | $23,076,895.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Debtor's membership interests in MJX LLC** | | | |
| | c/o Hansen Black Anderson Ashcraft PLLC 3051 West Maple Loop Drive, Ste 325 Lehi, UT 84043 | | | | |
| | Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply. | | | |
| | | ■ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | | **Nature of lien.** Check all that apply. | | | |
| ■ Debtor 1 only | | ■ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | | ☐ Judgment lien from a lawsuit | | | |
| ☐ **Check if this claim relates to a community debt** | | ☐ Other (including a right to offset) _____ | | | |

**Date debt was incurred**   7/3/2017    **Last 4 digits of account number** _____

---

| 2.7 | **Massachusetts Mutual** | **Describe the property that secures the claim:** | $225,000.00 | $235,310.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Insurance Policy** | | | |
| | PO Box 75045 Charlotte, NC 28275-0045 | | | | |
| | Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply. | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | | **Nature of lien.** Check all that apply. | | | |
| ■ Debtor 1 only | | ■ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ At least one of the debtors and another | | ☐ Judgment lien from a lawsuit | | | |
| ☐ **Check if this claim relates to a community debt** | | ☐ Other (including a right to offset) _____ | | | |

**Date debt was incurred**   _____    **Last 4 digits of account number** _____

---

| 2.8 | **React Presents, Inc. et al.** | **Describe the property that secures the claim:** | $7,360,127.00 | $10,100,000.00 | $7,360,127.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **Debtor's interest in 151 East 72 St., New York, NY** | | | |
| | Vedder Price Attn: J. Garvey, M. Eidelman 222 No. Salle St, Suite 2600 Chicago, IL 60601 | | | | |
| | Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply. | | | |
| | | ☐ Contingent | | | |
| | | ☐ Unliquidated | | | |
| | | ☐ Disputed | | | |
| **Who owes the debt?** Check one. | | **Nature of lien.** Check all that apply. | | | |
| ■ Debtor 1 only | | ☐ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | | | | | |
| ☐ Debtor 1 and Debtor 2 only | | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |

---

Official Form 106D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 4

| Debtor 1 | **Robert F.X. Sillerman** | | Case number (if know) | **17-13633 (MKV)** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

☐ At least one of the debtors and another    ■ Judgment lien from a lawsuit
☐ Check if this claim relates to a              ☐ Other (including a right to offset) _____
  community debt

Date debt was incurred  **December 19, 2017**    Last 4 digits of account number _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$57,094,587.00** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$57,094,587.00** |

### Part 2:  List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

# United States Bankruptcy Court
## Southern District of New York

In re  **Robert F.X. Sillerman**                                                    Case No.  **17-13633 (MKV)**
                                        Debtor(s)                                   Chapter   **11**

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing document(s), consisting of **4** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March 20, 2018**                        Signature  **/s/ Robert F.X. Sillerman**
                                                           **Robert F.X. Sillerman**
                                                           Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.