ROSEN & ASSOCIATES, P.C.
Proposed Attorneys for the Debtor
  and Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Laurie Binder

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re

| | |
|---|---|
| Robert Francis Xavier Sillerman aka Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman, | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Debtor. | |

----------------------------------------------------------x

**CERTIFICATE OF SERVICE OF AMENDED**
**SCHEDULE D: CREDITORS WHO HAVE CLAIMS SECURED BY PROPERTY**

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

On March 20, 2018, I served the Amended Schedule D: Creditors who have Claims Secured by Property, which was filed with the Court as document number 36, upon the parties whose names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of the same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated:  New York, New York
           March 22, 2018

/s/ Carrie L. Manganiello
Carrie L. Manganiello

SERVICE LIST

Deutsche Bank
345 Park Avenue, 24th Floor
New York, NY 10154

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust
 Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.

ESFX Holdings LLC
120 East End Avenue
New York, NY 10028

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.

FXM Investment Corporation
902 Broadway - 11th Fl.
New York, NY 10010

Iliad Research and Trading. L.P.
c/o Hansen Black Anderson Ashcraft PLLC
3051 West Maple Loop Drive, Ste. 325
Lehi, UT 84043

Massachusetts Mutual
P.O. Box 75045
Charlotte, NC 28275-0045

React Presents, Inc. et al.
Vedder Price
222 No. Salle St., Suite 2600
Chicago, Il 60601
Attn: James V. Garvey, Esq.
        Michael M. Eidelman, Esq.