# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: brichards | Date Created: 3/26/2018 |
| Case: 17−13633−mkv | Form ID: 309E | Total: 100 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | React Presents, Inc. | |
| cr | Clubtix, Inc. | |
| cr | Lucas King | |
| cr | Jeffrey Callahan | |
| cr | Dean Ziehl | |
| cr | IDrive Mezz Lender (FL) LLC | |
| cr | IDL Wheel Tenant, LLC | |
| cr | ID Wheel (FL) LLC | |
| cr | ESFX Holdings LLC | |
| cr | Deutsche Bank Trust Company Americas | |
| intp | Guevoura Fund Ltd., on behalf of itself and all others similarly situated in the securities class action styled as Guevoura Fund Ltd., et al. v. Sillerman, et al., Case No. 15−cv−07192 (S.D.N.Y.) | |
| | | TOTAL: 11 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Robert Francis Xavier Sillerman | 151 E. 72nd St. | New York, NY 10021 | | |
| ust | United States Trustee | Office of the United States Trustee | U.S. Federal Office Building | 201 Varick Street, Room 1006 | New York, NY 10014 |
| aty | Eric D. Madden | REID COLLINS & TSAI LLP | 1601 ELM ST | 4250 | DALLAS, TX 75201 |
| aty | Alan Jay Lipkin | Willkie Farr & Gallagher LLP | 787 Seventh Avenue | New York, NY 10019−6099 | |
| aty | Brian D. Glueckstein | Sullivan & Cromwell LLP | 125 Broad Street | New York, NY 10004 | |
| aty | Eric D Madden | Reid Collins & Tsai LLP | Thanksgiving Tower | 1601 Elm Street, Suite 4250 | Dallas, TX 75201 |
| aty | James V Garvey | Vedder Price, P.C. | 222 N LaSalle Street | 26th Floor | Chicago, IL 60601 |
| aty | John R. Ashmead | Seward & Kissel, LLP | One Battery Park Plaza | New York, NY 10006 | |
| aty | Laurie Binder | Rosen & Associates, P.C. | 747 Third Avenue | New York | New York, NY 10017−2803 |
| aty | Michael James Edelman | Vedder Price P.C. | 1633 Broadway | 31st Floor | New York, NY 10019 |
| aty | Michael M Eidelman | Vedder Price P.C. | 222 N. LaSalle | Suite 2600 | Chicago, IL 60601 |
| aty | Michael S. Etkin | Lowenstein Sandler LLP | One Lowenstein Drive | Roseland, NJ 07068 | |
| aty | Sanford Philip Rosen | Rosen & Associates, P.C. | 747 Third Avenue | New York, NY 10017−2803 | |
| aty | Yonah Jaffe | Reid Collins & Tsai LLP | 810 Seventh Avenue | Suite 410 | New York, NY 10019 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section | P.O. Box 5300 | Albany, NY 12205−0300 | |
| smg | United States Attorney's Office | Southern District of New York | Attention: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | New York, NY 10007 |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101−7346 | | |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551 | Albany, NY 12201−0551 | | |
| smg | New York City Dept. Of Finance | 345 Adams Street, 3rd Floor | Attn: Legal Affairs − Devora Cohn | Brooklyn, NY 11201−3719 | |
| 7306435 | ACQUISITION GROUP LTD. | ATTN: ADAM ARVIV, PRESIDENT | 118 YORKVILLE AVE, SUITE 604 | TORONTO, ONT, CANADA M5R1C2 | |
| 7306436 | AHAKA ACQUISITIONS INC. | ATTN: DAVID BAAZOV | 600−2000 MCGILL COLLEGE AVE | MONTREAL, QUEBEC H3A 3H3 | |
| 7306437 | ALPHA CAPITAL ANSTALT | ATTN. KONRAD ACKERMANN | LETTSTRASSE 32, 9490 | VADUZ, PRINCIPALITY OF LIECHENSTEIN | |
| 7306438 | ALTIMEO INVESTISSEMENT, ET AL. | C/O ABBEY SPANIER, LLP | 212 EAST 39TH ST | NEW YORK, NY 10016 | |
| 7306440 | AMERICAN EXPRESS | PO BOX 1270 | NEWARK, NJ 07101−1000 | | |
| 7306439 | AMERICAN EXPRESS | PO BOX 1270 | NEWARK, NJ 07101−1270 | | |
| 7306441 | ANDREW MULE ET AL | C/O ABBEY SPANIER, LLP | ATTN: A. ABBEY, S. RODD, N. KABOOLIAN | 212 EAST 39 ST. | NEW YORK, NY 10016 |
| 7306442 | ATG CAPITAL | ATTN: JOHN O'ROURKE | 808 SOLAR ISLE DR | FORT LAUDERDALE, FL 33301 | |
| 7290191 | Alan J. Lipkin | Willkie Farr & Gallagher LLP | 787 Seventh Ave. | New York, NY 10019 | |
| 7304163 | American Express Bank, FSB | c/o Becket and Lee LLP | PO Box 3001 | Malvern PA 19355−0701 | |
| 7306443 | BARRY HONIG, COLLATERAL AGENT | 555 SOUTH FEDERAL HWY, SUITE 450 | BOCA RATON, FL 33432 | | |
| 7306444 | BESPOKE REAL ESTATE LLC | 903 MONTAUK HWY | WATER MILL, NY 11976 | | |
| 7306445 | BRIDGECARE MAINTENANCE | PO BOX 1797 | BRIDGEHAMPTON, NY 11932 | | |
| 7306446 | C. BARTON GULLONG | 9266 OAK HAMMER LANE | JUPITER, FL 33478 | | |
| 7306447 | CHALEFF & ROGERS | PO BOX 990 | WATER MILL, NY 11976 | | |
| 7306448 | CHANCERY LANE | AUCKLAND HOUSE, STE. 2 | P.O. BOX 1567 | ANGUILLA, BWI | |
| 7306449 | CITIZEN'S BANK | PO BOX 7000 | PROVIDENCE, RI 02940 | | |
| 7306450 | DEAN ZIEHL, LITIGATION TRUSTEE | C/O REIL COLLINS TSAI LLP, ATT−E. MADDEN | THANKSGIVING TOWER | 1601 ELM ST, 49TH FL. | DALLAS, TX 75201 |
| 7306452 | DEUTSCHE BANK | 345 PARK AVENUE, 24TH FLOOR | NEW YORK, NY 10154 | | |

| ID | Name | Address |
|---|---|---|
| 7306453 | DEUTSCHE BANK | C/O SEWARD & KISSEL LLP ATTN: JOHN ASHMEAD ONE BATTERY PARK PLAZA NEW YORK, NY 10004 |
| 7306451 | DEUTSCHE BANK | C/O SEWARD & KISSEL. LLP ATTN: JOHN ASHMEAD ONE BATTERY PARK PLAZA NEW YORK, NY 10004 |
| 7306454 | ESFX HOLDINGS LLC | 120 EAST END AVENUE NEW YORK, NY 10028 |
| 7306455 | FRIED FRANK | ONE NEW YORK PLAZA NEW YORK, NY 10004 |
| 7306456 | FXM INVESTMENT CORPORATION | 902 BROADWAY – 11TH FL NEW YORK, NY 10010 |
| 7306497 | GOLENBOCK EISMAN ASSOR BELL & PESKOE, LL | ATTN: ANDREW PESKOE 711 THIRD AVE NEW YORK, NY 10022 |
| 7306457 | GUEVOURA FUND LTD. | C/O BROWER PIVEN 488 MADISON AVE NEW YORK, NY 10022 |
| 7306458 | HORBERG ENTERPRISES LP | ATTN: HOWARD HORBERG 289 PROPSECT AVE HIGHLAND PARK, IL 60035 |
| 7306459 | IDL WHEEL (FL) LLC | C/O W.P. CAREY INC. 50 ROCKEFELLER PLAZA, SECOND FL ATTN: JASON FOX NEW YORK, NY 10020 |
| 7306460 | IDRIVE MEZZ LENDER (FL) LLC | W.P. CAREY 50 ROEKEFELLER PLAZA, SECOND FLOOR NEW YORK, NY 10007 |
| 7306461 | ILIAD RESEARCH AND TRADING. L.P. | C/O HANSEN BLACK ANDERSON ASHCRAFT PLLC 3051 WEST MAPLE LOOP DRIVE, STE 325 LEHI, UT 84043 |
| 7306462 | IROQUOIS MASTER FUND LTD | ATTN. RICHARD ABBE 205 EAST 42 ST NEW YORK, NY 10017 |
| 7306463 | JIM CHRISTODOULIS | 35 ROCHESTER AVENUE TORONTO, ONTARIO M4N 1N7 CANADA |
| 7306464 | JOHN H. FORD | 90 HORSESHOE HILL ROAD BOLINAS, CA 94924 |
| 7306499 | JOHN HOWARD | 745 5TH AVE, 7TH FL NEW YORK, NY 10151 |
| 7306465 | JOHN LEMAK IRA | ATTN: RYAN MCGREW 2000 MCKINNEY AVE, SUITE 1600 DALLAS, TX 75201 |
| 7306466 | JOHN O'ROURKE | 541 REVERE RD MERION STATION, PA 19066 |
| 7306467 | JSL KIDS PARTNERS | JOHN LEMAK, MANAGER 4410M BORDEAUX AVE DALLAS, TX 75205 |
| 7306468 | KEVIN POOR | 750 BEULAHS LANE IDAHO FALLS, ID 83401 |
| 7306469 | LAURA BAUDO SILLERMAN | 151 EAST 72 STREET NEW YORK, NY 10021 |
| 7306504 | LEXUS FINANCIAL | PO BOX 4102 CAROL STREAM, IL 60197–4102 |
| 7306470 | LOWENSTEIN SANDLER LLP | ATTN: MICHAEL S. ETKIN AND GABRIEL L. O ONE LOWENSTEIN DRIVE ROSELAND, NJ 07068 |
| 7299045 | Lowenstein Sandler LLP | Attorneys for Guevoura Fund Ltd. One Lowenstein Drive Roseland, NJ 07068 Attn: Michael S. Etkin and Gabriel L. Ol |
| 7299007 | Lowenstein Sandler LLP | Attorneys for Guevoura Fund Ltd. One Lowenstein Drive Roseland, NJ 07068 |
| 7306502 | MASSACHUSETTS MUTUAL | PO BOX 75045 CHARLOTTE, NC 28275–0045 |
| 7306471 | MH INVESTMENT TRUST | MOISHE HARTSTEIN, TRUSTEE 9 DOLSON RD MONSEY, NY 10952 |
| 7306472 | MICHAEL H. FERENCE | 8 JOHN ST DEMAREST, NJ 07627 |
| 7306506 | MITCHELL J. SLATER | C/O KIRKLAND & ELLIS LLP ATTN: MATTHEW SOLUM, P.C. 601 LEXINGTON AVENUE NEW YORK, NY 10022 |
| 7306473 | MJX THEATRICAL LLC | 902 BROADWAY, 11TH FL. NEW YORK, NY 10010 |
| 7306474 | OSHER CAPITAL PARTNERS, LLC | ATTN: ARI KLUGER C/O LH FINANCIAL 510 MADISON AVE, SUITE 1400 NEW YORK, NY 10022 |
| 7306508 | PARADOX CAPITAL PARTNERS, LLC | ATTN: HARVEY KESNER, SOLE MANAGER 1151 NORTH FT. LAUDERDALE BEACH BLVD #14D FORT LAUDERDALE, FL 33304 |
| 7306475 | RANT, INC. | 4 PARK PLACE, SUITE 450 IRVINE, CA REACT PRESENTS, INC. ET AL. VEDDER PRICE ATTN: J. GARVEY, M. EIDELMAN |
| 7286925 | REID COLLINS & TSAI LLP | Attorneys for Dean Ziehl 810 Seventh Avenue, Suite 410 New York, New York 10019 |
| 7306476 | REXFORD CAPITAL LLC | ATTN: KIMBERLY LANGSTON, MANAGING MEMBE 78 SW 7TH ST MIAMI, FL 33130 |
| 7306477 | RICHARD MOLINSKY | 51 LORD'S HWY EAST WESTON, CT 06883 |
| 7280005 | ROSEN & ASSOCIATES, P.C. | Attorneys for Debtor 747 Third Avenue New York, NY 10017–2803 |
| 7306491 | RYAN SEACREST REVOCABLE TRUST | ATTN: JEFF REFOLD 2400 WILSHIRE BLVD, SUITE 1275 |
| 7306478 | SCHAEFFER VENAGLIA | 1001 AVENUE OF THE AMERICAS–10TH FL. NEW YORK, NY 10018 |
| 7297379 | SEWARD & KISSEL LLP | Attorneys for Deutsche Bank Trust Company Americas One Battery Park Plaza New York, NY 10004 |
| 7306479 | SEWARD & KISSEL, LLP | ATTORNEYS FOR DEUTSCHE BANK ATTN: JOHN ASHMEAD ONE BATTERY PARK PLAZA NEW YORK, NY 10004 |
| 7306480 | STOUT LLP | ONE SOUTH WACKER DR., 38TH FL CHICAGO, IL 60606 |
| 7293281 | SULLIVAN & CROMWELL LLP | Attorneys for ESFX Holdings LLC 125 Broad Street New York, NY 10004–2498 |
| 7306481 | THE BRIDGE GOLF CLUB INC. | PO BOX 1797 BRIDGEHAMPTON, NY 11932 |
| 7306854 | Toyota Lease Trust | c/o Toyota Motor Credit Corporation PO Box 9013 Addison, Texas 75001 |
| 7287005 | VEDDER PRICE P.C. | Attn: James V. Garvey, Esq. 222 North LaSalle Street Chicago, Illinois 60601 |
| 7287003 | VEDDER PRICE P.C. | Michael M. Eidelman, Esq. 222 North LaSalle Street Chicago, Illinois 60601 |
| 7306482 | WHEELS UP | 220 WEST 42 ST., 9TH FLOOR NEW YORK, NY 10036 |

| | | | |
|---|---|---|---|
| 7306514 | WILLIAMS MONTGOMERY | 233 SOUTH WACKER DRIVE, STE 6100 | CHICAGO, IL 60606 |
| 7306483 | WILLKIE FARR & GALLAGHER LLP | ATTN: ALAN LIPKIN | 787 SEVENTH AVENUE NEW YORK, NY 10019 |
| 7291487 | Willkie Farr & Gallagher LLP | Attorneys for ID Wheel (FL) LLC and IDrive Mezz Lender (FL) LLC | 787 Seventh Ave. New York, NY 10019 |
| 7286777 | Yonah Jaffe | 810 Seventh Avenue, Suite 410 | New York, New York 10019 |

TOTAL: 89