| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert Francis Xavier Sillerman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1987** <br> EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court   **Southern District of New York** | | Date case filed in chapter  **7**   **12/26/17** | |
| Case number:   **17–13633–mkv** | | Date case converted to chapter  **11**   **3/1/18** | |

Official Form 309E (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case                                                                           12/15

**For the debtor(s) listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office or the office of the U.S. Trustee cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert Francis Xavier Sillerman | |
| 2. | **All other names used in the last 8 years** | aka Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman | |
| 3. | **Address** | 151 E. 72nd St. <br> New York, NY 10021 | |
| 4. | **Debtor's attorney** <br> Name and address | Sanford Philip Rosen <br> Rosen & Associates, P.C. <br> 747 Third Avenue <br> New York, NY 10017–2803 | Contact phone  (212) 223–1100 <br><br> Email:  **None** |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | One Bowling Green <br> New York, NY 10004–1408 <br><br> Clerk of the Bankruptcy Court: <br> Vito Genna | Office Hours:  Monday – Friday 8:30 AM – 5:00 PM <br><br> Contact phone  212–668–2870 <br> Date: 3/26/18 |

**For more information, see page 2 >**

Official Form 309E (For Individuals or Joint Debtors)         **Notice of Chapter 11 Bankruptcy Case**                page 1

| | | | |
|---|---|---|---|
| **6.** | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2018 at 02:30 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. Debtor should bring this notice to the first meeting of creditors, together with any other documents requested by the U.S. trustee. | Location: **Office of the United States Trustee, United States Bankruptcy Court, SDNY, One Bowling Green, Room 511, Fifth Floor, New York, NY 10004–1408** |
| **7.** | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or • if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later. **Filing deadline for dischargeability complaints: 6/19/18** |
| | | **Deadline for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. Your claim will be allowed in the amount scheduled unless: • your claim is designated as *disputed*, *contingent*, or *unliquidated*; • you file a proof of claim in a different amount; or • you receive another notice. If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | Not yet set. If a deadline is set, the court will send you another notice. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the address listed in section 5. |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| **11.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

```
                                United States Bankruptcy Court
                                 Southern District of New York
In re:                                                                              Case No. 17-13633-mkv
Robert Francis Xavier Sillerman                                                     Chapter 11
           Debtor              CERTIFICATE OF NOTICE
District/off: 0208-1           User: brichards               Page 1 of 3                   Date Rcvd: Mar 26, 2018
                               Form ID: 309E                 Total Noticed: 83


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Robert Francis Xavier Sillerman,    151 E. 72nd St.,    New York, NY 10021-4300
aty             Alan Jay Lipkin,    Willkie Farr & Gallagher LLP,    787 Seventh Avenue,
                 New York, NY 10019-6099
aty            +Brian D. Glueckstein,    Sullivan & Cromwell LLP,    125 Broad Street,    New York, NY 10004-2498
aty            +Eric D Madden,    Reid Collins & Tsai LLP,    Thanksgiving Tower,    1601 Elm Street, Suite 4250,
                 Dallas, TX 75201-7282
aty            +Eric D. Madden,    REID COLLINS & TSAI LLP,    1601 ELM ST,    4250,    DALLAS, TX 75201-7282
aty            +James V Garvey,    Vedder Price, P.C.,    222 N LaSalle Street,    26th Floor,
                 Chicago, IL 60601-1104
aty            +John R. Ashmead,    Seward & Kissel, LLP,    One Battery Park Plaza,    New York, NY 10004-1485
aty            +Laurie Binder,    Rosen & Associates, P.C.,    747 Third Avenue,    New York,
                 New York, NY 10017-2850
aty            +Michael James Edelman,    Vedder Price P.C.,    1633 Broadway,    31st Floor,
                 New York, NY 10019-6764
aty            +Michael M Eidelman,    Vedder Price P.C.,    222 N. LaSalle,    Suite 2600,
                 Chicago, IL 60601-1104
aty            +Michael S. Etkin,    Lowenstein Sandler LLP,    One Lowenstein Drive,    Roseland, NJ 07068-1791
aty            +Yonah Jaffe,    Reid Collins & Tsai LLP,    810 Seventh Avenue,    Suite 410,
                 New York, NY 10019-7816
smg             N.Y. State Unemployment Insurance Fund,     P.O. Box 551,    Albany, NY   12201-0551
smg             New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
                 Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg            +United States Attorney’s Office,    Southern District of New York,
                 Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
7306435         ACQUISITION GROUP LTD.,    ATTN: ADAM ARVIV, PRESIDENT,    118 YORKVILLE AVE, SUITE 604,
                 TORONTO, ONT, CANADA M5R1C2
7306436         AHAKA ACQUISITIONS INC.,    ATTN: DAVID BAAZOV,    600-2000 MCGILL COLLEGE AVE,
                 MONTREAL, QUEBEC H3A 3H3
7306438        +ALTIMEO INVESTISSEMENT, ET AL.,    C/O ABBEY SPANIER, LLP,    212 EAST 39TH ST,
                 NEW YORK, NY 10016-2754
7306441        +ANDREW MULE ET AL,    C/O ABBEY SPANIER, LLP,    ATTN: A. ABBEY, S. RODD, N. KABOOLIAN,
                 212 EAST 39 ST.,    NEW YORK, NY 10016-2754
7306442        +ATG CAPITAL,    ATTN: JOHN O’ROURKE,    808 SOLAR ISLE DR,    FORT LAUDERDALE, FL 33301-2632
7290191        +Alan J. Lipkin,    Willkie Farr & Gallagher LLP,    787 Seventh Ave.,    New York, NY 10019-6099
7306443        +BARRY HONIG, COLLATERAL AGENT,    555 SOUTH FEDERAL HWY, SUITE 450,    BOCA RATON, FL 33432-5547
7306444        +BESPOKE REAL ESTATE LLC,    903 MONTAUK HWY,    WATER MILL, NY 11976-2614
7306445        +BRIDGECARE MAINTENANCE,    PO BOX 1797,    BRIDGEHAMPTON, NY 11932-1797
7306447        +CHALEFF & ROGERS,    PO BOX 990,    WATER MILL, NY 11976-0990
7306449        +CITIZEN’S BANK,    PO BOX 7000,    PROVIDENCE, RI 02940-7000
7306450        +DEAN ZIEHL, LITIGATION TRUSTEE,    C/O REIL COLLINS TSAI LLP, ATT-E. MADDEN,
                 THANKSGIVING TOWER,    1601 ELM ST, 49TH FL.,    DALLAS, TX 75201-4701
7306452        +DEUTSCHE BANK,    345 PARK AVENUE, 24TH FLOOR,    NEW YORK, NY 10154-0003
7306451        +DEUTSCHE BANK,    C/O SEWARD & KISSEL. LLP,    ATTN: JOHN ASHMEAD,    ONE BATTERY PARK PLAZA,
                 NEW YORK, NY 10004-1485
7306454        +ESFX HOLDINGS LLC,    120 EAST END AVENUE,    NEW YORK, NY 10028-7552
7306455        +FRIED FRANK,    ONE NEW YORK PLAZA,    NEW YORK, NY 10004-1980
7306456        +FXM INVESTMENT CORPORATION,    902 BROADWAY - 11TH FL,    NEW YORK, NY 10010-6034
7306497        +GOLENBOCK EISMAN ASSOR BELL & PESKOE, LL,    ATTN: ANDREW PESKOE,    711 THIRD AVE,
                 NEW YORK, NY 10017-4147
7306457        +GUEVOURA FUND LTD.,    C/O BROWER PIVEN,    488 MADISON AVE,    NEW YORK, NY 10022-5702
7306458        +HORBERG ENTERPRISES LP,    ATTN: HOWARD HORBERG,    289 PROPSECT AVE,
                 HIGHLAND PARK, IL 60035-3353
7306459        +IDL WHEEL (FL) LLC,    C/O W.P. CAREY INC.,    50 ROCKEFELLER PLAZA, SECOND FL,    ATTN: JASON FOX,
                 NEW YORK, NY 10020-1605
7306460        +IDRIVE MEZZ LENDER (FL) LLC,    W.P. CAREY,    50 ROEKEFELLER PLAZA, SECOND FLOOR,
                 NEW YORK, NY 10020-1605
7306461        +ILIAD RESEARCH AND TRADING. L.P.,    C/O HANSEN BLACK ANDERSON ASHCRAFT PLLC,
                 3051 WEST MAPLE LOOP DRIVE, STE 325,    LEHI, UT 84043-6516
7306462        +IROQUOIS MASTER FUND LTD,    ATTN. RICHARD ABBE,    205 EAST 42 ST,    NEW YORK, NY 10017-5773
7306463         JIM CHRISTODOULIS,    35 ROCHESTER AVENUE,    TORONTO, ONTARIO M4N 1N7,    CANADA
7306464         JOHN H. FORD,    90 HORSESHOE HILL ROAD,    BOLINAS, CA 94924
7306499        +JOHN HOWARD,    745 5TH AVE, 7TH FL,    NEW YORK, NY 10151-0802
7306465        +JOHN LEMAK IRA,    ATTN: RYAN MCGREW,    2000 MCKINNEY AVE, SUITE 1600,    DALLAS, TX 75201-1954
7306466        +JOHN O’ROURKE,    541 REVERE RD,    MERION STATION, PA 19066-1032
7306467        +JSL KIDS PARTNERS,    JOHN LEMAK, MANAGER,    4410M BORDEAUX AVE,    DALLAS, TX 75205
7306468        +KEVIN POOR,    750 BEULAHS LANE,    IDAHO FALLS, ID 83401-2340
7306469        +LAURA BAUDO SILLERMAN,    151 EAST 72 STREET,    NEW YORK, NY 10021-4300
7306470        +LOWENSTEIN SANDLER LLP,    ATTN: MICHAEL S. ETKIN AND GABRIEL L. O,    ONE LOWENSTEIN DRIVE,
                 ROSELAND, NJ 07068-1791
7299045        +Lowenstein Sandler LLP,    Attorneys for Guevoura Fund Ltd.,    One Lowenstein Drive,
                 Roseland, NJ 07068-1740,    Attn: Michael S. Etkin and Gabriel L. Ol
7299007        +Lowenstein Sandler LLP,    Attorneys for Guevoura Fund Ltd.,    One Lowenstein Drive,
                 Roseland, NJ 07068-1740
7306502         MASSACHUSETTS MUTUAL,    PO BOX 75045,    CHARLOTTE, NC   28275-0045
```

```
District/off: 0208-1           User: brichards            Page 2 of 3                   Date Rcvd: Mar 26, 2018
                               Form ID: 309E              Total Noticed: 83


7306471        +MH INVESTMENT TRUST,   MOISHE HARTSTEIN, TRUSTEE,    9 DOLSON RD,   MONSEY, NY 10952-2820
7306472        +MICHAEL H. FERENCE,   8 JOHN ST,   DEMAREST, NJ 07627-2207
7306506        +MITCHELL J. SLATER,   C/O KIRKLAND & ELLIS LLP,    ATTN: MATTHEW SOLUM, P.C.,
                 601 LEXINGTON AVENUE,   NEW YORK, NY 10022-4643
7306473        +MJX THEATRICAL LLC,   902 BROADWAY, 11TH FL.,   NEW YORK, NY 10010-6034
7306474        +OSHER CAPITAL PARTNERS, LLC,   ATTN: ARI KLUGER,    C/O LH FINANCIAL,
                 510 MADISON AVE, SUITE 1400,   NEW YORK, NY 10022-5730
7306508        +PARADOX CAPITAL PARTNERS, LLC,   ATTN: HARVEY KESNER, SOLE MANAGER,
                 1151 NORTH FT. LAUDERDALE BEACH BLVD,   #14D,   FORT LAUDERDALE, FL 33304-1702
7306475        +RANT, INC.,   4 PARK PLACE, SUITE 450,   IRVINE, CA,    REACT PRESENTS, INC. ET AL.,
                 VEDDER PRICE 92614-2516,   ATTN: J. GARVEY, M. EIDELMAN
7286925        +REID COLLINS & TSAI LLP,   Attorneys for Dean Ziehl,    810 Seventh Avenue, Suite 410,
                 New York, New York 10019-7816
7306476        +REXFORD CAPITAL LLC,   ATTN: KIMBERLY LANGSTON, MANAGING MEMBE,    78 SW 7TH ST,
                 MIAMI, FL 33130-3782
7306477        +RICHARD MOLINSKY,   51 LORD'S HWY EAST,   WESTON, CT 06883-2009
7280005        +ROSEN & ASSOCIATES, P.C.,   Attorneys for Debtor,    747 Third Avenue,   New York, NY 10017-2850
7306478        +SCHAEFFER VENAGLIA,   1001 AVENUE OF THE AMERICAS-10TH FL.,   NEW YORK, NY 10018-5460
7297379        +SEWARD & KISSEL LLP,   Attorneys for Deutsche Bank Trust,   Company Americas,
                 One Battery Park Plaza,   New York, NY 10004-1405
7306479        +SEWARD & KISSEL, LLP,   ATTORNEYS FOR DEUTSCHE BANK,    ATTN: JOHN ASHMEAD,
                 ONE BATTERY PARK PLAZA,   NEW YORK, NY 10004-1405
7306480        +STOUT LLP,   ONE SOUTH WACKER DR., 38TH FL,   CHICAGO, IL 60606-4615
7293281         SULLIVAN & CROMWELL LLP,   Attorneys for ESFX Holdings LLC,    125 Broad Street,
                 New York, NY 10004-2498
7306481        +THE BRIDGE GOLF CLUB INC.,   PO BOX 1797,   BRIDGEHAMPTON, NY 11932-1797
7306854        +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
7287003        +VEDDER PRICE P.C.,   Michael M. Eidelman, Esq.,    222 North LaSalle Street,
                 Chicago, Illinois 60601-1104
7287005        +VEDDER PRICE P.C.,   Attn: James V. Garvey, Esq.,    222 North LaSalle Street,
                 Chicago, Illinois 60601-1104
7306482        +WHEELS UP,   220 WEST 42 ST., 9TH FLOOR,   NEW YORK, NY 10036-7200
7306514        +WILLIAMS MONTGOMERY,   233 SOUTH WACKER DRIVE, STE 6100,    CHICAGO, IL 60606-3094
7306483        +WILLKIE FARR & GALLAGHER LLP,   ATTN: ALAN LIPKIN,    787 SEVENTH AVENUE,
                 NEW YORK, NY 10019-6099
7291487        +Willkie Farr & Gallagher LLP,   Attorneys for ID Wheel (FL) LLC,
                 and IDrive Mezz Lender (FL) LLC,   787 Seventh Ave.,    New York, NY 10019-6018
7286777        +Yonah Jaffe,   810 Seventh Avenue, Suite 410,   New York, New York 10019-5818

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: srosen@rosenpc.com Mar 26 2018 19:32:10     Sanford Philip Rosen,
                 Rosen & Associates, P.C.,   747 Third Avenue,   New York, NY 10017-2803
smg             EDI: IRS.COM Mar 26 2018 23:38:00      Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
smg             E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Mar 26 2018 19:32:34
                 New York State Tax Commission,   Bankruptcy/Special Procedures Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
ust            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Mar 26 2018 19:32:15     United States Trustee,
                 Office of the United States Trustee,   U.S. Federal Office Building,
                 201 Varick Street, Room 1006,   New York, NY 10014-9449
7306439         EDI: AMEREXPR.COM Mar 26 2018 23:38:00      AMERICAN EXPRESS,   PO BOX 1270,
                 NEWARK, NJ 07101-1270
7304163         EDI: BECKLEE.COM Mar 26 2018 23:38:00      American Express Bank, FSB,   c/o Becket and Lee LLP,
                 PO Box 3001,   Malvern PA 19355-0701
7306504         EDI: TFSR.COM Mar 26 2018 23:33:00      LEXUS FINANCIAL,   PO BOX 4102,
                 CAROL STREAM, IL 60197-4102
                                                                                               TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Clubtix, Inc.
cr             Dean Ziehl
cr             Deutsche Bank Trust Company Americas
cr             ESFX Holdings LLC
intp           Guevoura Fund Ltd., on behalf of itself and all ot
cr             ID Wheel (FL) LLC
cr             IDL Wheel Tenant, LLC
cr             IDrive Mezz Lender (FL) LLC
cr             Jeffrey Callahan
cr             Lucas King
cr             React Presents, Inc.
7306437        ALPHA CAPITAL ANSTALT,   ATTN. KONRAD ACKERMANN,   LETTSTRASSE 32, 9490,
                 VADUZ, PRINCIPALITY OF LIECHENSTEIN
7306448        CHANCERY LANE,   AUCKLAND HOUSE, STE. 2,   P.O. BOX 1567,   ANGUILLA, BWI
7306491        RYAN SEACREST REVOCABLE TRUST,   ATTN: JEFF REFOLD,   2400 WILSHIRE BLVD, SUITE 1275
```

```
District/off: 0208-1          User: brichards          Page 3 of 3          Date Rcvd: Mar 26, 2018
                              Form ID: 309E            Total Noticed: 83

7306440*       +AMERICAN EXPRESS,   PO BOX 1270,   NEWARK, NJ 07101-1270
7306453*       +DEUTSCHE BANK,   C/O SEWARD & KISSEL LLP,   ATTN: JOHN ASHMEAD,   ONE BATTERY PARK PLAZA,
                 NEW YORK, NY 10004-1485
7306446       ##+C. BARTON GULLONG,   9266 OAK HAMMER LANE,   JUPITER, FL 33478-2245
                                                                                             TOTALS: 14, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2018 at the address(es) listed below:
```
              Alan Jay Lipkin    on behalf of Creditor    ID Wheel (FL) LLC alipkin@willkie.com,
               maosbny@willkie.com
              Brian D. Glueckstein    on behalf of Creditor    ESFX Holdings LLC gluecksb@sullcrom.com,
               s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com
              Eric D Madden    on behalf of Attorney Eric D. Madden emadden@rctlegal.com,   jharlin@rctlegal.com
              James V Garvey    on behalf of Creditor    Clubtix, Inc. jgarvey@vedderprice.com,
               kprezioso@vedderprice.com;ecfdocket@vedderprice.com
              John R. Ashmead    on behalf of Creditor    Deutsche Bank Trust Company Americas ashmead@sewkis.com
              Laurie Binder    on behalf of Debtor Robert Francis Xavier Sillerman lbinder@rosenpc.com
              Michael James Edelman    on behalf of Creditor    Clubtix, Inc. mjedelman@vedderprice.com,
               ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.co
               m
              Michael M Eidelman    on behalf of Creditor    Clubtix, Inc. meidelman@vedderprice.com,
               ecfdocket@vedderprice.com
              Michael S. Etkin    on behalf of Interested Party    Guevoura Fund Ltd., on behalf of itself and
               all others similarly situated in the securities class action styled as Guevoura Fund Ltd., et
               al. v. Sillerman, et al., Case No. 15-cv-07192 (S.D.N.Y.) metkin@lowenstein.com,
               mseymour@lowenstein.com
              Sanford Philip Rosen    on behalf of Debtor Robert Francis Xavier Sillerman srosen@rosenpc.com
              United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
              Yonah Jaffe    on behalf of Creditor Dean  Ziehl yjaffe@rctlegal.com
                                                                                               TOTAL: 12
```