**Presentment Date: August 16, 2018**
**Time: 12:00 p.m.**

ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtor
 and Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Nancy L. Kourland

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x
In re

Robert Francis Xavier Sillerman                    Chapter 11
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,                            Case No. 17-13633 (MKV)
aka Robert X. Sillerman,

                              Debtor.
----------------------------------------------------------x

## NOTICE OF PRESENTMENT OF PROPOSED ORDER
## PURSUANT TO SECTIONS 105, 501, AND 502(b)(9), AND RULE
## 3003(c) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,
## (A) FIXING THE LAST DATE TO FILE PROOFS OF CLAIM AND
## (B) APPROVING THE FORM AND MANNER OF THE BAR DATE NOTICE

PLEASE TAKE NOTICE, that upon the motion dated July 31, 2018 (the

"**Motion**") of Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman,

improperly named in the involuntary petition commencing this case as Robert Francis Xavier

Sillerman[1], the above-captioned debtor and debtor in possession (the "**Debtor**"), the

undersigned will present for signature a proposed order establishing the deadline for filing proofs

of claim and approving the form and manner of notice thereof to the Honorable Mary Kay

---

[1] Mr. Sillerman has never been known as Robert Francis Xavier Sillerman.

Vyskocil, United States Bankruptcy Judge, United States Bankruptcy Court, Southern District of

New York, One Bowling Green, New York NY 10004-1406, on August 16, 2018 at 12:00 p.m.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief

requested in the Motion and entry of the proposed order shall conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York,

shall set forth with specificity the grounds therefor, and be filed with the Bankruptcy Court

electronically in accordance with General Order M-399 (General Order M-399 and the Current

Guidelines – Electronic Filing Dated December 15, 2011 can be found at

www.nysb.uscourts.gov, the official website for the Bankruptcy Court) by registered users of the

Bankruptcy Court's case filing system and, by all other parties in interest, on a CD or other

electronic media containing the document in .pdf format (with a hard copy delivered directly to

Judge Vyskocil's Chambers), and served in accordance with general order M-399 upon (i) Rosen

& Associates, P.C., attorneys for the Debtor, 747 Third Avenue, New York, NY 10017-2803,

Attn.: Sanford P. Rosen, Esq. and (ii) the Office of the United States Trustee for Region 2, U.S.

Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014, Attn.: Richard C.

Morrissey, so as to be received no later than 11:30 a.m. on August 13, 2018.  Unless objections

are received by that time, the order may be entered by the Bankruptcy Court without a hearing.

Dated: New York, New York
      July 31, 2018

                    ROSEN & ASSOCIATES, P.C.
                    Attorneys for the Debtor
                     and Debtor in Possession

                    By: /s/ Sanford P. Rosen
                        Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100