**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re

| | |
|---|---|
| Robert Francis Xavier Sillerman<br>aka Robert F.X. Sillerman,<br>aka Robert F. Sillerman,<br>aka Robert X. Sillerman, | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Debtor. | |

-----------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

On August 24, 2018, I served the (i) Notice of Deadline Requiring Filing of Proofs of Claim on or Before October 1, 2018, and Filing Procedures in the Above-Captioned Chapter 11 Case and (ii) Official Form 410 Proof of Claim, upon the parties whose names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of the same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       August 27, 2018

                                            /s/ Carrie L. Manganiello
                                              Carrie L. Manganiello

**Service List**

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.

Acquisition Group Ltd.
Attn: Adam Arviv, President
118 Yorkville Ave. Suite 604
Toronto, Ontario M5R 1C2
CANADA

Ahaka Acquisitions Inc.
Attn: David Baazov
600-2000 McGill College Ave.
Montreal, Quebec H3A 3H3
CANADA

Alpha Capital Anstalt
Attn. Konrad Ackermann
Lettstrasse 32
9490 Vaduz LIECHTENSTEIN

Altimeo Investissement, et al.
c/o Abbey Spanier, LLP
212 East 39th St
New York, NY 10016

American Express
P.O. Box 1270
Newark, NJ 07101-1270

American Express Legal
P.O. Box 119
Suffern, NY 10901
Attn: Anthony J. Migliaccio, Jr., Esq.

Andrew Mule, et al.
c/o Abbey Spanier, LLP
212 East 39 St.
New York, NY 10016
Attn: A. Abbey, S. Rodd, N. Kaboolian

ATG Capital
Attn: John O'Rourke
808 Solar Isle Dr.
Fort Lauderdale, FL 33301

Barry Honig, Collateral Agent
555 South Federal Hwy
Suite 450
Boca Raton, FL 33432

Bespoke Real Estate LLC
903 Montauk Hwy
Water Mill, NY 11976

Bridgecare Maintenance
P.O. Box 1797
Bridgehampton, NY 11932

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.

Chaleff & Rogers
P.O. Box 990
Water Mill, NY 11976

Chancery Lane Chambers
Suite 2. Auckland House
P.O. Box 1567
Anguilla
B.W.I.

Citizen's Bank
P.O. Box 7000
Providence, RI 02940

Seward & Kissel. LLP
 Attorneys for Deutsche Bank Trust
   Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John Ashmead, Esq.
        Catherine V. LoTempio, Esq.

2

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.

Fried Frank
One New York Plaza
New York, NY 10004

FXM Investment Corporation
902 Broadway - 11th Fl.
New York, NY 10010

Golenbock Eisman Assor Bell &
 Peskoe, LLP
Attorneys for John Howard
711 Third Ave
New York, NY 10022
Attn: Andrew Peskoe, Esq.

Guevoura Fund Ltd.
c/o Brower Piven
475 Park Avenue South
New York, NY 10016
Attn: Daniel Kuznicki, Esq.

Horberg Enterprises LP
Attn: Howard Horberg
289 Propsect Ave.
Highland Park, IL 60035

IDL Wheel (FL) LLC
c/o W.P. Carey Inc.
50 Rockefeller Plaza, Second Fl.
New York, NY 10020
Attn: Jason Fox

Iliad Research and Trading. L.P.
c/o Hansen Black Anderson Ashcraft PLLC
3051 West Maple Loop Drive, Ste. 325
Lehi, UT 84043

Iroquois Master Fund Ltd.
Attn. Richard Abbe
205 East 42 St.
New York, NY 10017

Jim Christodoulis
35 Rochester Avenue
Toronto, Ontario M4N 1N7
CANADA

John H. Ford
90 Horseshoe Hill Road
Bolinas, CA 94924

John Lemak IRA
Texas Capital Bank
2000 McKinney Ave., Suite 1800
Dallas, TX 75201
Attn: Ryan McGrew

John O'Rourke
541 Revere Rd.
Merion Station, PA 19066

JSL Kids Partners
John Lemak, Manager
4410M Bordeaux Ave
Dallas, TX 75205

Kevin Poor
750 Beulahs Lane
Idaho Falls, ID 83401

Laura Baudo Sillerman
151 East 72 Street
New York, NY 10021

Lexus Financial
PO Box 4102
Carol Stream, IL 60197-4102

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
        Gabriel L. Olivera, Esq.

Massachusetts Mutual
P.O. Box 75045
Charlotte, NC 28275-0045

MH Investment Trust
Moishe Hartstein, Trustee
9 Dolson Rd.
Monsey, NY 10952

Michael H. Ference
8 John St.
Demarest, NJ 07627

Mitchell J. Slater
c/o Kirkland & Ellis LLP
Attn: Matthew Solum, P.C.
601 Lexington Avenue
New York, NY 10022

MJX Theatrical LLC
902 Broadway, 11th Fl.
New York, NY 10010

Osher Capital Partners, LLC
c/o LH Financial
510 Madison Ave, Suite 1400
New York, NY 10022
Attn: Ari Kluger

Paradox Capital Partners, LLC
1151 North Ft. Lauderdale Beach Blvd #14d
Fort Lauderdale, FL 33304
Attn: Harvey Kesner, Sole Manager

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
   Inc., Lucas King, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
  Inc., Lucas King, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: James V. Garvey, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
  Trustee of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.

Rexford Capital LLC
78 SW 7th St.
Miami, FL 33130
Attn: Kimberly Langston, Managing Member

Richard Molinsky
51 Lord's Hwy East
Weston, CT 06883

Schaeffer Venaglia
1001 Avenue of the Americas, 10th Fl.
New York, NY 10018

Stout LLP
One South Wacker Dr., 38th Fl.
Chicago, IL 60606

The Bridge Golf Club Inc.
PO Box 1797
Bridgehampton, NY 11932

Wheels Up
220 West 42 St., 9th Floor
New York, NY 10036

Williams Montgomery & John Ltd.
233 South Wacker Drive, Ste. 6800
Chicago, IL 60606

Willkie Farr & Gallagher LLP
 Attorneys for ID Wheel (FL) LLC and
   IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
        James H. Burbage, Esq.

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street. Suite 400
New York, NY 10281

VistaJet US, Inc.
Hincley, Allen & Snyder LLP
30 South Pearl Street, Suite 901
Albany, NY 12207

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Credit Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
        Adam E. Malatesta, Esq.

Ted A. Berkowitz, Esq.
 Office of the New York State
   Attorney General
 Counsel to NYS Dept. of Taxation
   and Finance
 28 Liberty Street, 17th Floor
 New York, NY 10005