ROSEN & ASSOCIATES, P.C.
Attorneys for the Debtor and
 Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re

Robert Francis Xavier Sillerman                             Chapter 11
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,                                    Case No. 17-13633 (MKV)
aka Robert X. Sillerman,

                                    Debtor.
-------------------------------------------------------------x

## AFFIRMATION ON BEHALF OF CASTLE PLACEMENT, LLC
## REGARDING THE STATUS OF ITS EFFORTS UNDER ITS ENGAGEMENT

Richard Luftig, under penalty of perjury, hereby affirms as follows:

1. I am a Managing Partner of Castle Placement, LLC ("**Castle Placement**"), which firm maintains offices at 1460 Broadway, New York, NY 10036.

2. I submit this Affirmation at the request of the referenced debtor and debtor in possession, to furnish the Court as well as other parties in interest with the status of Castle Placement's efforts under its engagement by RFXS, LLC, a non-debtor affiliated entity, to assist RFXS, LLC in procuring a debt and/or equity financing facility to enable the debtor to fund a plan of reorganization in his chapter 11 case.

3. I have been informed by counsel to the debtor that the debtor is required periodically to report in writing to the Court on the status of Castle Placement's efforts. This is the first of such reports.

4. We have been reaching out to prospective investors over time. Our outreach was broadly accelerated once our engagement was approved by this Court's order of July 3, 2018, which authorized the retention of Castle Placement.

5. We created and populated, with the debtor's assistance, a virtual data room, so that all interested parties would have access to the same information while conducting due diligence.

6. Thus far, 72 investors have requested information regarding the financing opportunity, of which over 40 investors have executed an Non-Disclosure Agreement.

7. Currently, 19 investors are in the process of evaluating the investment.

8. We have received four draft term sheets from qualified investors. Each term sheet contains detailed terms for funding the requested loan amount. We anticipate receiving at least one more term sheet within the next week.

9. We have guided the debtor to select a preferred investor and negotiate final terms in the next ten days following the date hereof.

10. Once final terms have been agreed upon, the parties are expected to prepare definitive loan documentation, which I understand will be the subject of a motion to be made by the debtor seeking this Court's approval and authorization with respect to the transaction.

Dated: New York, New York
August 31, 2018

_____
Richard Luftig