UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In re

ROBERT FRANCIS XAVIER SILLERMAN,

               Debtor.

<u>Chapter 11</u>

 Case No. 17-13633 (MKV)

-----------------------------------------------------------x

## APPOINTMENT OF
## <u>OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

     William K. Harrington, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Robert Francis Xavier Sillerman, debtor-in-possession:

1.     VistaJet US, Inc.
        20 Wooster Street, 6th Floor
        New York, New York 10012
        Attn:  Brian Van Der Meer, Director

2.     ID Wheel (FL) LLC
        c/o W.P. Carey Inc.
        50  Rockefeller Plaza
        New York, New York 10020
        Attn:  Chris Hayes
        Tel.: (212) 492-1195

Dated: New York, New York
       January 11, 2019

                    WILLIAM R. HARRINGTON
                    UNITED STATES TRUSTEE
                    Region 2

          By:     <u>/s/ Richard C. Morrissey</u>
                    Richard C. Morrissey
                    Trial Attorney
                    U.S. Federal Office Building
                    201 Varick Street, Room 1006
                    New York, New York  10014
                    Telephone: (212) 510-0500