ROSEN & ASSOCIATES, P.C.
*Attorneys for the Debtor and Debtor*
 *in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRPUTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROBERT FRANCIS XAVIER SILLERMAN,<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

**NOTICE OF ADJOURNMENT OF HEARING ON**
**DEBTOR'S MOTION FOR AN ORDER (I) APPROVING THE DISCLOSURE**
**STATEMENT RELATING TO THE DEBTOR'S CHAPTER 11 PLAN OF**
**REORGANIZATION, (II) SCHEDULING A HEARING ON CONFIRMATION, AND**
**(III) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR**
**<u>CONFIRMATION OF THE PLAN OF REORGANIZATION</u>**

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the hearing on the motion of Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman, improperly named in the involuntary petition commencing this case as Robert Francis Xavier Sillerman,[1] the above captioned debtor and debtor

---

[1] Mr. Sillerman has never been known as Robert Francis Xavier Sillerman.

in possession (the "**Debtor**"), for an order (i) approving the disclosure statement relating to the Debtor's chapter 11 plan of reorganization, (ii) scheduling a hearing on confirmation, and (iii) establishing notice and objection procedures for confirmation of the plan of reorganization, scheduled for February 13, 2019, at 10:00 a.m., has been adjourned to **April 4, 2019, at 10:00 a.m. (prevailing Eastern Time)**.

Dated: New York, New York
      January 31, 2019

                              ROSEN & ASSOCIATES, P.C.
                              *Attorneys for the Debtor and Debtor*
                               *in Possession*

                              By: /s/ Sanford P. Rosen
                                    Sanford P. Rosen

                              747 Third Avenue
                              New York, NY 10017-2803
                              (212) 223-1100