**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re

Robert Francis Xavier Sillerman                                    Chapter 11
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,                                           Case No. 17-13633 (MKV)
aka Robert X. Sillerman,

                              Debtor.
------------------------------------------------------------x

## ORDER DENYING MOTION OF DEAN ZIEHL, AS LITIGATION TRUSTEE OF THE SFX LITIGATION TRUST, FOR AN ORDER DIRECTING HIS APPOINTMENT TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS PURSUANT TO 11 U.S.C. §§ 105(a) AND 1102(a)(4)

Upon the motion dated January 22, 2019 (the "**Motion**") of Dean Ziehl, as litigation trustee of the SFX Litigation Trust, for an Order directing his appointment to the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 1102(a)(4) [ECF No. 182], and the Declaration of Yonah Jaffe, Esq. in support thereof [ECF No. 183]; and it appearing that notice of the Motion was properly served [ECF No. 190]; and upon the Securities Plaintiffs' Statement in Connection with Motion, dated January 23, 2019 [ECF No. 186]; and the Objection of the United States Trustee dated January 31, 2019 [ECF No. 202]; and the Reply of Dean Ziehl in Support of the Motion, dated February 4, 2019 [ECF No. 204]; and the Court having jurisdiction to consider and determine the Motion as a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334; and venue of this proceeding being proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and a hearing on the Motion having been held before the Court on February 7, 2019 at 11:00 a.m.; and for the reasons stated on the record at the Hearing; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the Motion is denied in all respects without prejudice.

Dated: New York, New York
      February 11, 2019

                                                *s/ Mary Kay Vyskocil*
                                      UNITED STATES BANKRUPTCY JUDGE