UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                                            Debtor.
---------------------------------------------------------------X

Chapter 11

Case No.: 17-13633 (MKV)

### SO-ORDERED STIPULATION BETWEEN DEBTOR AND OFFICIAL COMMITTEE OF UNSECURED CREDITORS RESOLVING MOTION PURSUANT TO BANKRUPTCY CODE SECTIONS 105, 363(c), 345 AND 1115 AND BANKRUPTCY RULE 2015.3 FOR ORDER RESTRICTING DEBTOR'S USE OF ESTATE PROPERTY AND REQUIRING PERIODIC DISCLOSURES CONCERNING THE DEBTOR'S AFFILIATED ENTITIES

This stipulation and order (the "**Stipulation**"), effective as of the date this Stipulation is "so ordered" by the undersigned Bankruptcy Judge (the "**Effective Date**"), is by and between Robert F.X. Sillerman, as debtor and debtor in possession (the "**Debtor**") in case No. 17-13633 (the "**Bankruptcy Case**") pending in the United States Bankruptcy Court for the Southern District of New York (the "**Court**") and the official committee of unsecured creditors appointed in the Bankruptcy Case (the "**Committee**"), each by his or its respective undersigned counsel.

### RECITALS

WHEREAS, on March 13, 2019, the Committee filed the Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 105, 363(c), 345 and 1115 And Bankruptcy Rule 2015.3 For Order Restricting Debtor's Use of Estate Property And Requiring Periodic Disclosures Concerning The Debtor's Affiliated Entities [ECF No. 246] (the "**Motion**").

WHEREAS, in the Motion the Committee asserts that the Debtor is using property of the Debtor's estate out of the ordinary course without obtaining prior Court approval, in connection with, among other things, expenditures for personal living expenses and transfers from the Debtor's estate to third parties.

WHEREAS, in the Motion the Committee further asserts that the Debtor is not complying with various reporting requirements of title 11 of the U.S. Code (the "**Bankruptcy Code**") and the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

WHEREAS, on March 27, 2019, the Debtor filed an objection to the Motion [ECF No. 259] and the Committee filed a reply to such objection [ECF No. 261].

WHEREAS, the Debtor disputes the Committee's assertions that he has made expenditures or transfers out of the ordinary course which required prior Court approval and contends that any reporting deficiencies were neither intentional nor material and, in any event, the Debtor intends to rectify completely any reporting deficiencies.

WHEREAS, the Committee and the Debtor entered into discussions and negotiations to resolve the Motion consensually.

NOW, THEREFORE, in consideration of the covenants, terms and conditions set forth herein, the Committee and the Debtor (the "**Parties**") stipulate as follows:

1. Without prior Court approval, during the month of April 2019, the Debtor shall not expend cash in which the Debtor's bankruptcy estate has an interest except as provided for such month under the budget proposed by the Debtor in the form attached hereto as **Exhibit A** (the "**Budget**"); provided, however, that the Debtor's use of cash may vary from the Budget by up to fifteen percent (15%) on a line item basis; and provided, further, that the Debtor may utilize a credit card to purchase a budgeted item and then use such cash to pay the invoice(s) for such charge(s) issued by the sponsor of the credit card. The Parties shall from time to time confer in good faith to attempt to reach agreement on any extension or amendment of the Budget as the needs of the Debtor or the Bankruptcy Case may require. Any such agreed upon extended or amended Budget shall be filed by the Debtor on the Court docket in this Bankruptcy Case and shall not be effective until it is so filed. In the event that the Parties cannot agree on any extension of the Budget, upon the Budget's expiration the Debtor shall use cash only in accordance with the Bankruptcy Code and subject to the restrictions set forth below, and the rights of the Committee and any other party in interest to seek an order imposing further budgetary restrictions on the Debtor are reserved, as are the rights of the Debtor to oppose such budgetary restrictions. Nothing in this Stipulation shall constitute Court authorization for the Debtor to use cash or other property upon entry of an order appointing a chapter 11 trustee or converting this case to one under chapter 7. The Parties acknowledge certain budgeted items have been calculated on an annualized basis and may not be incurred in twelve (12) equal monthly amounts.

2. Except for transfers to or for the benefit of the Debtor's spouse, Laura Sillerman, as provided by the Budget, the Debtor shall provide the Committee with seven (7) business days written notice (an "**LBS Transfer Notice**") prior to making any transfer to or for the benefit of his spouse of cash or property in which the estate may have an interest (including transfers proposed to be made to her by a Related Party, as such term is defined herein, and any tax refund or portion thereof received by the Debtor subsequent to February 28, 2019) (each an "**LBS Transfer**"). The LBS Transfer Notice shall state the amount of cash or describe such other property to be transferred and Laura Sillerman's purported interest in such cash or property. Any LBS Transfer Notice shall be served via email and overnight mail or hand delivery to both of the Committee's counsel of record as set forth below. If the Committee objects to an LBS Transfer (each an "**LBS Transfer Objection**") by serving such objection by email and overnight mail or hand delivery on Debtor's undersigned counsel, the Debtor shall not make the transfer of cash or property described in the LBS Transfer Notice unless and until there is a further order of the Court approving the LBS Transfer or the Committee notifies the Debtor in writing that it withdraws the LBS Transfer Objection. In lieu of an LBS Transfer Notice respecting a transfer

2

to Laura Sillerman of proceeds from sale of the primary residence in New York City that she jointly owns with the Debtor, the Debtor may serve the Committee counsel with a filed copy of the Debtor's motion for bankruptcy court approval to sell the New York City townhouse provided such motion includes a description of the proposed transfer.

3. The Debtor shall not cause or permit any Related Entity to transfer cash or sell, transfer, assign, encumber, redeem, liquidate, or otherwise dispose of any asset or interest in any asset without prior Court approval or prior written consent from the Committee; provided, however, that the Debtor may make transfers of funds to MJX, LLC and 520X Residential LLC, in order that they may, in turn, remit such funds to make transfers permitted by the Budget. For purposes of this Stipulation, Related Entity shall mean (a) all Affiliates as defined in Bankruptcy Code section 101(2); (b) all partnerships in which the Debtor is a general partner; (c) all corporations and limited liability companies in which the Debtor is an officer, director, manager, or person in control; and (d) all joint ventures in which the Debtor has an interest.

4. Subject to permitted expenditures as provided in the Budget, the Debtor shall maintain all tax refunds received by the Debtor subsequent to February 28, 2019 and the proceeds of all dispositions of property in which the bankruptcy estate has an interest (including proceeds of dispositions of property jointly owned by the Debtor and his spouse), and shall maintain or cause each Related Entity to maintain, as the case may be, the proceeds of all of their asset dispositions (including proceeds of refinancing of assets in which a Related Entity has an interest) subject to the entry of order(s) of this Court authorizing the disposition of such proceeds.

5. The Debtor shall not transfer any cash or assets in which the Debtor's bankruptcy estate has an interest to pay attorneys, accountants, auctioneers, brokers, liquidators, consultants, investment bankers or any restructuring professional without prior Court approval of both (a) such professional's retention by the estate, and (b) the fees and reimbursable expenses incurred by such professional.

6. Without prior Court order or written agreement with the Committee, the Debtor shall not deposit or invest any cash or assets in which the Debtor's bankruptcy estate has an interest (or cause or permit a Related Entity to deposit or invest any cash or assets) other than in a depository account that is insured or guaranteed by the United States or by a department, agency, or instrumentality of the United States or backed by the full faith and credit of the United States, in accordance with section 345(b) of the Bankruptcy Code; provided, however, that the Debtor is not required to liquidate MJX, LLC's interests in its private equity investments

7. The Debtor shall file the reports required by Bankruptcy Rule 2015.3 that substantially comply with Official Form 26 (the "**Rule 2015.3 Reports**") with financial information as of March 1, 2018 and September 1, 2019 within 30 days after entry of this Stipulation and Order, and thereafter timely comply with Bankruptcy Rule 2015.3.

8. All rights of the Committee are reserved, including, without limitation, to seek the appointment of a chapter 11 trustee, the conversion of this case to chapter 7 or the recovery of any unauthorized transfers made by the Debtor at any time and the rights of the Debtor are reserved, including, without limitation, to oppose any such request.

9.  This Stipulation constitutes the sole and entire agreement of the Parties with respect to the subject matter contained herein, and supersedes all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, with respect to such subject matter.

10. If any term or provision of this Stipulation is invalid, illegal or unenforceable in any jurisdiction, such invalidity, illegality or unenforceability shall not affect any other term or provision of this Stipulation or invalidate or render unenforceable such term or provision in any other jurisdiction.

11. This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which together shall be deemed to be one and the same agreement. A signed copy of this Stipulation delivered by facsimile, e-mail or other means of electronic transmission shall be deemed to have the same legal effect as delivery of an original signed copy of this Stipulation.

**STIPULATED AND AGREED:**

| | |
|---|---|
| ROSEN & ASSOCIATES, P.C. <br> *Attorneys for the Debtor and Debtor in Possession* | MEYER, SUOZZI, ENGLISH & KLEIN, P.C. <br> *Counsel for the Official Committee of Unsecured Creditors* |
| By: _/s/ Sanford Philip Rosen_ <br>     Sanford P. Rosen, Esq. <br> 747 Third Avenue <br> New York, NY 10017-2803 <br> srosen@rosenpc.com | By: _/s/ Jil Mazer-Marino_ <br>     Thomas R. Slome, Esq. <br>     Jil Mazer-Marino, Esq. <br> 990 Stewart Avenue, Suite 300 <br> P.O. Box 9194 <br> Garden City, New York 11530 <br> tslome@msek.com <br> jmazermarino@msek.com |

SO ORDERED:

Dated:  New York, New York
        April 12, 2019

*s/ Mary Kay Vyskocil*
Honorable Mary Kay Vyskocil
United States Bankruptcy Judge

4

# EXHIBIT A

**Robert FX Sillerman**
**2019 Budget**

| | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 | Total 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash Receipts* | $ 699,774 | $ - | $ 475,000 | $ 50,000 | $ 710,000 | $ - | $ - | $ - | $ - | $ - | $ 1,934,774 |
| **Total Receipts** | **$ 699,774** | **$ -** | **$ 475,000** | **$ 50,000** | **$ 710,000** | **$ -** | **$ -** | **$ -** | **$ -** | **$ -** | **$ 1,934,774** |
| | | | | | | | | | | | |
| 151 East 72nd St Expenses | $ 43,023 | $ 48,481 | $ 40,416 | $ 29,513 | $ 40,416 | $ 4,714 | $ - | $ - | $ - | $ - | $ 206,563 |
| Southampton Expenses | 81,899 | 74,399 | 73,576 | 73,576 | - | - | - | - | - | - | 303,451 |
| New Hampshire Expenses | 8,718 | 8,893 | 20,837 | 30,570 | 20,395 | 20,570 | 32,198 | 20,570 | 32,198 | 30,179 | 225,130 |
| Other Expenses | | | | | | | | | | | |
| Manhattan Storage | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 8,000 |
| Corporation Service Company | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,000 |
| Ed Murphy | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 10,000 |
| Medical/Dental - RFXS | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 50,000 |
| Medical/Dental - LBS | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 50,000 |
| Accountants/Attorneys | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 50,000 |
| US Trustee | 1,674 | 1,546 | 1,576 | 1,615 | 886 | 531 | 600 | 484 | 600 | 580 | 10,091 |
| Assistant (Ally) | 10,000 | 5,000 | 5,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 90,000 |
| AnnaMaria Vistica | 6,000 | - | - | - | - | - | - | - | - | - | 6,000 |
| Relocation Expenses* | - | 35,000 | 30,000 | - | - | - | - | - | - | - | 65,000 |
| **Total Expenses** | **$ 169,115** | **$ 191,119** | **$ 189,206** | **$ 163,074** | **$ 89,497** | **$ 53,615** | **$ 60,598** | **$ 48,854** | **$ 60,598** | **$ 58,558** | **$ 1,084,235** |
| Net Cash Flow | $ 530,659 | $ (191,119) | $ 285,794 | $ (113,074) | $ 620,503 | $ (53,615) | $ (60,598) | $ (48,854) | $ (60,598) | $ (58,558) | $ 850,539 |
| Cumulative Net Cash Flow | $ 530,659 | $ 339,540 | $ 625,335 | $ 512,261 | $ 1,132,764 | $ 1,079,149 | $ 1,018,550 | $ 969,696 | $ 909,098 | $ 850,539 | $ 850,539 |

*March cash receipt includes February deposit of $562,500

RFXSSillerman2019Budget (003):Monthly Cash Flow

4/5/2019; 4:09 PM

## NYC Townhouse

| | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | Total 2019 |
|---|---|---|---|---|---|---|---|
| Fixed Expenses | $ 43,023 | $ 43,023 | $ 24,055 | $ 24,055 | $ 24,055 | $ 4,714 | $ 162,925 |
| Property Taxes | - | - | - | - | - | - | - |
| Homeowners Insurance | - | 5,458 | - | 5,458 | - | - | 10,916 |
| Excess Liability | - | - | 15,134 | - | 15,134 | - | 30,268 |
| Auto Insurance | - | - | 1,227 | - | 1,227 | - | 2,454 |
| | $ 43,023 | $ 48,481 | $ 40,416 | $ 29,513 | $ 40,416 | $ 4,714 | $ 206,563 |

### Fixed Expenses Breakdown

| | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | Total 2019 |
|---|---|---|---|---|---|---|---|
| Verizon | $ 135 | $ 135 | $ 135 | $ 135 | $ 135 | $ - | $ 675 |
| Verizon | 38 | 38 | 38 | 38 | 38 | - | 190 |
| Verizon | 100 | 100 | 100 | 100 | 100 | - | 500 |
| Verizon | 100 | 100 | 100 | 100 | 100 | - | 500 |
| Mobile phones/ipad service | 350 | 350 | 350 | 350 | 350 | - | 1,750 |
| 151 Staff Payroll, payroll taxes & Ins. | 25,000 | 25,000 | 15,000 | 15,000 | 15,000 | - | 95,000 |
| Staff Travel (Metrocard/taxis) | 100 | 100 | 100 | 100 | 100 | - | 500 |
| Staff phones/ipad | 150 | 150 | 150 | 150 | 150 | - | 750 |
| Fedex/Postage/Shipping | 250 | 250 | 250 | 250 | 250 | - | 1,250 |
| TWC - East 72nd Street | 350 | 350 | - | - | - | - | 700 |
| Erika Cleaners | 200 | 200 | - | - | - | - | 400 |
| Lexus Payment | 696 | 696 | - | - | - | - | 1,392 |
| Garage - iPark | 592 | 592 | - | - | - | - | 1,184 |
| Gas | 170 | 170 | - | - | - | - | 340 |
| Subscriptions | 20 | 20 | 20 | 20 | 20 | - | 100 |
| Office Supplies | 135 | 135 | 135 | 135 | 135 | - | 675 |
| Scarsdale Security | 87 | 87 | 87 | 87 | 87 | - | 435 |
| Select Exterminating | 131 | 131 | 131 | 131 | 131 | - | 655 |
| Household Supplies | 500 | 500 | 500 | 500 | 500 | - | 2,500 |
| Food/Groceries | 2,000 | 2,000 | - | - | - | - | 4,000 |
| Computer Supplies/Services | 500 | 500 | 500 | 500 | 500 | - | 2,500 |
| Repairs & Maintenance | 1,500 | 1,500 | 500 | 500 | 500 | - | 4,500 |
| RFXS personal expenses | 2,200 | 2,200 | - | - | - | - | 4,400 |
| La Palestra | 550 | 550 | - | - | - | - | 1,100 |
| Car Services | 310 | 310 | 100 | 100 | 100 | - | 920 |
| NYC Water Board | 145 | 145 | 145 | 145 | 145 | - | 725 |
| Con Edison | 2,000 | 2,000 | 1,000 | 1,000 | 1,000 | - | 7,000 |
| Maggie Casola -73rd Rent | 3300 | 3300 | 3300 | 3300 | 3300 | 3300 | 19,800 |
| TWC - 73rd St | 235 | 235 | 235 | 235 | 235 | 235 | 1,410 |
| Select Exterminating | 104 | 104 | 104 | 104 | 104 | 104 | 624 |
| Con Edison - 73rd St | 75 | 75 | 75 | 75 | 75 | 75 | 450 |
| Other | 1000 | 1000 | 1000 | 1000 | 1000 | 1000 | 6,000 |
| | 43,023 | 43,023 | 24,055 | 24,055 | 24,055 | 4,714 | 162,925 |

## Southampton

|  | March 2019 | April 2019 | May 2019 | June 2019 | Total 2019 |
|---|---:|---:|---:|---:|---:|
| Fixed Expenses | $ 71,055 | $ 63,555 | $ 62,732 | $ 62,732 | $ 260,075 |
| Property Taxes | 7,919 | 7,919 | 7,919 | 7,919 | 31,676 |
| Homeowners Insurance | 2,925 | 2,925 | 2,925 | 2,925 | 11,700 |
|  | $ 81,899 | $ 74,399 | $ 73,576 | $ 73,576 | $ 303,451 |

### Fixed Expenses Breakdown

|  | March 2019 | April 2019 | May 2019 | June 2019 | Total 2019 |
|---|---:|---:|---:|---:|---:|
| DB Mortgage Payment | $ 14,438 | $ 14,438 | $ 14,438 | $ 14,438 | $ 57,752 |
| Bart Gullong Mortgage Payment | 26,660 | 26,660 | 26,660 | 26,660 | 106,640 |
| Verizon | 145 | 145 | 145 | 145 | 580 |
| Verizon | 112 | 112 | 112 | 112 | 448 |
| Verizon | 47 | 47 | 47 | 47 | 188 |
| Staff Payroll, taxes & insurance | 10,000 | 10,000 | 10,000 | 10,000 | 40,000 |
| Staff Mobile Phones | 100 | 100 | 100 | 100 | 400 |
| Fedex/Postage/shipping | 65 | 65 | 65 | 65 | 261 |
| LIPA | 332 | 332 | 332 | 332 | 1,328 |
| PSEGLI | 435 | 435 | 435 | 435 | 1,740 |
| National Grid | 1,875 | 1,875 | 1,875 | 1,875 | 7,500 |
| SCWA | 300 | 300 | 300 | 300 | 1,200 |
| Lexus Payment | 723 | 723 |  |  | 1,446 |
| Gas/Maint. | 100 | 100 |  |  | 200 |
| Storage Fees | 4,968 | 1,968 | 1,968 | 1,968 | 10,872 |
| Subscriptions | 15 | 15 | 15 | 15 | 60 |
| Norsic & Sons | 390 | 390 | 390 | 390 | 1,560 |
| Nardy & All Terrain Pest Control | 500 | 500 | 500 | 500 | 2,000 |
| Landscaping | 9,500 | 5,000 | 5,000 | 5,000 | 24,500 |
| Repairs & Maintenance | 250 | 250 | 250 | 250 | 1,000 |
| Pet Food/Services | 100 | 100 | 100 | 100 | 400 |
|  | 71,055 | 63,555 | 62,732 | 62,732 | 260,075 |

| | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 | Total 2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **New Hampshire** | | | | | | | | | | | |
| Fixed Expenses | $ 8,718 | $ 8,718 | $ 20,395 | $ 20,395 | $ 20,395 | $ 20,395 | $ 20,395 | $ 20,395 | $ 20,395 | $ 20,179 | $ 180,382 |
| Property Taxes | - | - | - | 10,000 | - | - | - | - | - | 10,000 | 20,000 |
| Homeowners Insurance | - | 175 | 442 | 175 | - | 175 | 442 | 175 | 442 | - | 2,026 |
| Excess Liability | - | - | - | - | - | - | 10,134 | - | 10,134 | - | 20,268 |
| Auto Insurance | - | - | - | - | - | - | 1,227 | - | 1,227 | - | 2,454 |
| | $ 8,718 | $ 8,893 | $ 20,837 | $ 30,570 | $ 20,395 | $ 20,570 | $ 32,198 | $ 20,570 | $ 32,198 | $ 30,179 | $ 225,130 |
| | | | | | | | | | | | |
| **Fixed Expenses Breakdown** | | | | | | | | | | | |
| AT&T | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 300 |
| Fairpoint Communications | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 130 | 1,300 |
| Staff Cell phone | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 138 | 1,380 |
| Staff Payroll, Payroll Taxes, Insurance | 5,967 | 5,967 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 99,934 |
| Postage/shipping | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 250 |
| Comcast | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 198 | 1,980 |
| Cota & Cota | 333 | 333 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 3,867 |
| Hinsdale Water Dept | 45 | 45 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 60 | 570 |
| Eversource | 175 | 175 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 2,350 |
| ADT | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 55 | 550 |
| Auto Expense | 100 | 100 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 150 | 1,750 |
| Lexus Payment | - | - | 696 | 696 | 696 | 696 | 696 | 696 | 696 | 696 | 5,568 |
| Gas | 125 | 125 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 1,450 |
| Sand Hill Mini Storage | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 105 | 1,050 |
| Landscaping | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 4,583 |
| Household Supplies | 300 | 300 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,600 |
| Food/Groceries | 200 | 200 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 16,400 |
| RFXS Personal Expenses | - | - | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 8,000 |
| LBS Personal Expenses | - | - | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 16,000 |
| Pets | - | - | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 4,000 |
| Repairs & Maintenance | 333 | 333 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 333 | 4,500 |
| | 8,718 | 8,718 | 20,395 | 20,395 | 20,395 | 20,395 | 20,395 | 20,395 | 20,395 | 20,179 | 180,382 |