UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:

Robert Francis Xavier Sillerman,
Robert F. X. Sillerman,
Robert F. Sillerman,
Robert X. Sillerman,

                                   Debtor.
---------------------------------------------------------------X

Chapter 11

Case No. 17-13633 (MKV)

**ORDER ON CONSENT AUTHORIZING THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS TO ISSUE
SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS
AND EXAMINATION OF BRETT TORINO AND OPW, LLC**

**WHEREAS**, the Official Committee of Unsecured Creditors (the "**Committee**") in the above-referenced case, filed the motion [ECF No. 279] (the "**Motion**") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, for an order authorizing the issuance of subpoenas to the persons and entities identified on Schedule 1 to the Motion, including Brett Torino and OPW, LLC;

**WHEREAS**, Brett Torino and OPW, LLC voluntarily produced documents to the Committee and have otherwise cooperated with the Committee's investigation of the Debtor's property, liabilities and financial condition; and

**WHEREAS**, counsel for the Committee and counsel for Brett Torino and OPW, LLC, entered into discussions with respect to the Motion as it relates to Brett Torino and OPW, LLC, and agree and consent to the terms of this Order;

**NOW, THEREFORE** it is hereby

**ORDERED** that the Committee is authorized to issue such subpoenas as may be necessary to compel the production of documents from and the testimony of, Brett Torino and OPW, LLC in connection with the administration of this chapter 11 case, including seeking documents and

1

testimony related to the Debtor, his assets, including the bankruptcy estate's potential claims and causes of action, direct and indirect investments, and liabilities; and it is further

**ORDERED** that this order is without prejudice to the rights of the Committee to seek further discovery of the Debtor or of any other person or entity; and it is further

**ORDERED** that this order is without prejudice to the rights of Brett Torino and OPW, LLC to assert any objections to any subpoenas which the Committee may issue to Brett Torino and OPW, LLC pursuant to this order; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve any issues with respect to this Order including, without limitation, the requested production of documents and scheduling of the oral examination.

Dated: New York, New York
       May 13, 2019

                       *s/ Mary Kay Vyskocil*
                       Honorable Mary Kay Vyskocil
                       United States Bankruptcy Judge

CONSENTED TO BY:

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


By:       */s/ Thomas R. Slome*
         Thomas R. Slome
         Jil Mazer-Marino
990 Stewart Avenue, Suite 300
Garden City, New York 11530
(516) 741-6565
tslome@msek.com
jmazermarino@msek.com
*Counsel to the Official Committee of Unsecured Creditors*


*[ADDITIONAL SIGNATURE ON THE NEXT PAGE]*

ARCHER & GREINER, P.C.


By:       */s/ Allen G. Kadish*
        Allen G. Kadish
630 Third Avenue, 7th Floor
New York, New York 10017
(212) 682-4940
akadish@archerlaw.com
*Counsel for Brett Torino and OPW, LLC*