UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Robert Francis Xavier Sillerman,
Robert F. X. Sillerman,
Robert F. Sillerman,
Robert X. Sillerman,

                                Debtor.
-------------------------------------------------------------X

Chapter 11

Case No. 17-13633 (MKV)

# ORDER AUTHORIZING THE ISSUANCE OF SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND EXAMINATION OF WITNESSES TO NON-DEBTOR THIRD PARTIES

Upon the motion (the "**Motion**") [ECF No. 279] of the Official Committee of Unsecured Creditors (the "**Committee**") in the above-referenced case, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, for an order authorizing the issuance of subpoenas to the persons and entities identified on Schedule 1 hereto (the "**2004 Parties**") as well as Brett Torino and OPW, LLC; and good and sufficient notice of the Motion having been given [ECF No. 281]; and no other or further notice of the Motion being required; and there having been no objection to the Motion; and after due deliberation and good and sufficient cause appearing therefore, it is

**ORDERED** that the Committee is authorized to issue such subpoenas as may be necessary to compel the production of documents from and the testimony of, each of the 2004 Parties in connection with the administration of this chapter 11 case, including seeking documents and testimony related to the Debtor, his assets, including the bankruptcy estate's potential claims and causes of action, direct and indirect investments, and liabilities; and it is further

**ORDERED** that this order is without prejudice to the rights of the Committee to seek further discovery of the Debtor or of any other person or entity; and it is further

**ORDERED** that this Court shall retain jurisdiction to resolve any issues with respect to this Order including, without limitation, the requested production of documents and scheduling of the oral examination.

Dated: New York, New York
       May 13, 2019

                                          *s/ Mary Kay Vyskocil*
                                        Honorable Mary Kay Vyskocil
                                        United States Bankruptcy Judge

## **SCHEDULE 1**

## **2004 PARTIES**

Citizens Bank, a division of Citizens Bank, N.A.

Citibank, N.A.

ESFX Holdings LLC

Hany Fam

Iliad Research and Trading, L.P.

Sean Beckner

Tomorrow Foundation