**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re

Robert Francis Xavier Sillerman                    Chapter 11
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,                           Case No. 17-13633 (MKV)
aka Robert X. Sillerman,

                            Debtor.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York, and am not a party to this proceeding.

On May 9, 2019, I served (a) the *Debtor's Motion, Pursuant to 11 U.S.C. § 105, 363, and 1107 and Rule 9019 of The Federal Rules of Bankruptcy Procedure, for Entry of Order (1) Authorizing the Debtor's Entry into the Settlement Agreement with Plaintiffs and Others in (I) Certain Consolidated Amended Class Action and (II) Action Objecting to Dischargeability Pending in the United States District Court, (2) Approving Settlement Agreement with Plaintiffs in Certain Action Pending in New York Supreme Court, and (3) Approving Settlement Agreement with Dean Ziehl, as Litigation Trustee of the SFX Litigation Trust* [Doc. No. 301], and (b) the Notice of the Debtor's Motion [Doc. No. 302]: upon the parties whose names and addresses are set forth on the service list annexed hereto, by priority mail by depositing true copies of the same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the

United States Postal Service within the state of New York.

Dated:  New York, New York
       May 13, 2019

                                                /s/ Carrie L. Manganiello
                                                Carrie L. Manganiello

## Service List

Alpha Capital Anstalt
Attn: Konrad Ackermann
Lettstrasse 32, 9490
Vaduz, Principality of LIECHENSTEIN

Chancery Lane Chambers
Suite 2. Auckland House
P.O. Box 1567
Anguilla, B.W.I.