**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
In re

Robert Francis Xavier Sillerman        Chapter 11
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,                Case No. 17-13633 (MKV)
aka Robert X. Sillerman,

                          Debtor.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York, and am not a party to this proceeding.

On May 10, 2019, I served (a) the *Debtor's Motion, Pursuant to 11 U.S.C. § 105, 363, and 1107 and Rule 9019 of The Federal Rules of Bankruptcy Procedure, for Entry of Order (1) Authorizing the Debtor's Entry into the Settlement Agreement with Plaintiffs and Others in (I) Certain Consolidated Amended Class Action and (II) Action Objecting to Dischargeability Pending in the United States District Court, (2) Approving Settlement Agreement with Plaintiffs in Certain Action Pending in New York Supreme Court, and (3) Approving Settlement Agreement with Dean Ziehl, as Litigation Trustee of the SFX Litigation Trust* [Doc. No. 301], and (b) the Notice of the Debtor's Motion [Doc. No. 302]: upon the parties whose names and addresses are set forth on the service list annexed hereto, by priority mail by depositing true copies of the same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the

United States Postal Service within the state of New York.

Dated:  New York, New York
        May 13, 2019

                                                          /s/ Carrie L. Manganiello
                                                          Carrie L. Manganiello

## Service List

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.

Meyer, Suozzi, English & Klein, P.C,
Counsel to the Official Committee of
  Unsecured Creditors
990 Stewart Avenue
Garden City, NY 11530-9194
Attn.: Thomas R. Slome, Esq.

Acquisition Group Ltd.
Attn: Adam Arviv, President
118 Yorkville Ave. Suite 604
Toronto, Ontario M5R 1C2
CANADA

Ahaka Acquisitions Inc.
Attn: David Baazov
600-2000 McGill College Ave.
Montreal, Quebec H3A 3H3
CANADA

Abbey Spanier, LLP
Attorneys for Altimeo Investissement,
  Altimeo Optimum
212 East 39th St
New York, NY 10016
Attn: Nancy Kaboolian, Esq.

Abbey Spanier, LLP
Attorneys for Andrew Mule, et al.
212 East 39 St.
New York, NY 10016
Attn: A. Abbey, S. Rodd, N. Kaboolian

Abbey Spanier, LLP
Attorneys for WCM Alternatives:
  Event Drive Fund, WCM Master Trust,
  The Merger Fund, The Merger Fund VL,
  Edward S. Gutman
212 East 39th Street
New York, NY 10016
Attn: Nancy Kaboolian, Esq.

American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Halvern, PA 19355-0701
Attn: Gregory P Deegan

American Express Legal
P.O. Box 119
Suffern, NY 10901
Attn: Anthony J. Migliaccio, Jr., Esq.

ATG Capital
Attn: John O'Rourke
808 Solar Isle Dr.
Fort Lauderdale, FL 33301

Barry Honig, Collateral Agent
555 South Federal Hwy
Suite 450
Boca Raton, FL 33432

Bespoke Real Estate LLC
903 Montauk Hwy
Water Mill, NY 11976

Bridgecare Maintenance
c/o Ms. Natalie Terilli
P.O. Box 1797
Bridgehampton, NY 11932

Bonial & Associates P.C.
Attorneys for Authorized Agent for Toyota
  Motor Credit Corporation
PO Box 9013
Addison, TX 75001
Attn: Natalie E. Lea

Robinson & Cole LLP
Attorneys for C. Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.

Chaleff & Rogers
P.O. Box 990
Water Mill, NY 11976

3

Citizen's Bank
P.O. Box 7000
Providence, RI 02940

Seward & Kissel. LLP
Attorneys for Deutsche Bank Trust
   Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John Ashmead, Esq.
        Catherine V. LoTempio, Esq.

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.

Fried Frank
One New York Plaza
New York, NY 10004

FXM Investment Corporation
902 Broadway - 11th Fl.
New York, NY 10010

Golenbock Eisman Assor Bell &
  Peskoe, LLP
Attorneys for John Howard
711 Third Ave
New York, NY 10017
Attn: Andrew Peskoe, Esq.

Guevoura Fund Ltd.
c/o Brower Piven
475 Park Avenue South
New York, NY 10016
Attn: Daniel Kuznicki, Esq.

Hampton Rustic Landscapes
PO Box 547
Wainscott, NY 11975

Horberg Enterprises LP
Attn: Howard Horberg
289 Prospect Ave.
Highland Park, IL 60035

Iliad Research and Trading. L.P.
303 East Wacker Drive, Ste 1040
Chicago, IL 60601

Iroquois Master Fund Ltd.
Attn. Richard Abbe
205 East 42 St.
New York, NY 10017

Jim Christodoulis
35 Rochester Avenue
Toronto, Ontario M4N 1N7
CANADA

John H. Ford
90 Horseshoe Hill Road
Bolinas, CA 94924

John Lemak IRA
2000 McKinney Ave., Suite 1800
Dallas, TX 75201
Attn: Ryan McGrew

John O'Rourke
541 Revere Rd.
Merion Station, PA 19066

JSL Kids Partners
John Lemak, Manager
4410M Bordeaux Ave
Dallas, TX 75205

Kevin Poor
750 Beulahs Lane
Idaho Falls, ID 83401

Laura Baudo Sillerman
151 East 72 Street
New York, NY 10021

Lexus Financial
PO Box 4102
Carol Stream, IL 60197-4102

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.,
　Gregory L. Burford
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
　　　Gabriel L. Olivera, Esq.

Massachusetts Mutual
P.O. Box 75045
Charlotte, NC 28275-0045

MH Investment Trust
Moishe Hartstein, Trustee
9 Dolson Rd.
Monsey, NY 10952

Michael H. Ference
8 John St.
Demarest, NJ 07627

Mitchell J. Slater
c/o Kirkland & Ellis LLP
Attn: George Klidonas
601 Lexington Avenue
New York, NY 10022

MJX Theatrical LLC
902 Broadway, 11th Fl.
New York, NY 10010

Osher Capital Partners, LLC
c/o LH Financial
510 Madison Ave, Suite 1400
New York, NY 10022
Attn: Ari Kluger

Paradox Capital Partners, LLC
4 south Orange Ave., No. 170
South Orange, NJ 07079
Attn: Harvey Kesner

Rexford Capital LLC
78 SW 7th St.
Miami, FL 33130
Attn: Kimberly Langston

Arnold & Porter
Attorneys for Pasquale A. Manocchia,
　Andrew Bazos, John David Miller,
　Michael Meyer, The Estate of Joseph
　Rascoff, Edward Simon, Mitchell Joseph
　Slater, and D. Geoffrey Armstrong
250 West 55th Street
New York, NY 10019
Attn: Benjamin Mintz, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
　Inc., Lucas King, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.
　　　James V. Garvey, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
　Trustee of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
　Trustee of SFX Litigation Trust
1601 Elm Street, Ste 4250
Dallas, TX 75201
Attn: Eric D. Madden

Richard Molinsky
51 Lord's Hwy East
Weston, CT 06883

Schaeffer Venaglia Handler &
　Fitzsimmons, LLP
1001 Avenue of the Americas, 10th Fl.
New York, NY 10018

Stout LLP
One South Wacker Dr., 38th Fl.
Chicago, IL 60606

The Bridge Golf Club Inc.
PO Box 1797
Bridgehampton, NY 11932

Wheels Up
220 West 42 St., 9th Floor
New York, NY 10036

Williams Montgomery & John Ltd.
233 South Wacker Drive, Ste. 6800
Chicago, IL 60606

Willkie Farr & Gallagher LLP
  Attorneys for ID Wheel (FL) LLC and
   IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
       James H. Burbage, Esq.

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street. Suite 400
New York, NY 10281
Attn: Patricia Schrage

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Credit Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.
       Wesley T. Kozeny, Esq.

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
       Adam E. Malatesta, Esq.

Leo V. Gagion, Esq.
Office of the New York State
  Attorney General
Counsel to NYS Dept. of Taxation
  and Finance
28 Liberty Street, 17th Floor
New York, NY 10005

Enid Nagler Stuart
Asst. Attorney General, Special
  Bankruptcy Counsel
Office of the NYS Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005

Pillsbury Winthrop Shaw Pittman LLP
Attorneys for ECN Aviation Inc.
1540 Broadway
New York, NY 10036
Attn: Leo T. Crowley, Esq.
       David S. Forsh, Esq.

Hinckley, Allen & Snyder LLP
Attorneys for VistaJet US, Inc.,
30 South Pearl Street, Suite 901
Albany, New York 12207
Attn: Christopher V. Fenlon, Esq.

Archer & Greiner, P.C.
Attorneys for OPW L.L.C. & Brett Torino
630 Third Avenue
New York, NY 10017
Attn: Allen G. Kadish, Esq.

Izower Feldman, LLP
Attorneys for OPW L.L.C. & Brett Torino
1325 Franklin Avenue, Suite 255
Garden City, New York 11530
Attn: Ronald D. Lefton, Esq.

Robert F.X. Sillerman
151 East 72nd Street
New York, NY 10021