**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor*
 *in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> ROBERT FRANCIS XAVIER SILLERMAN, <br> *aka* Robert F.X. Sillerman, <br> *aka* Robert F. Sillerman, <br> *aka* Robert X. Sillerman, <br><br> Debtor. | Chapter 11 <br><br> Case No. 17-13633 (MKV) |

**NOTICE OF ADJOURNMENT OF HEARING ON
DEBTOR'S MOTION FOR AN ORDER (I) APPROVING THE DISCLOSURE
STATEMENT RELATING TO THE DEBTOR'S CHAPTER 11 PLAN OF
REORGANIZATION, (II) SCHEDULING A HEARING ON CONFIRMATION,
AND (III) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR
<u>CONFIRMATION OF THE PLAN OF REORGANIZATION</u>**

**PLEASE TAKE NOTICE** that the hearing on the motion of Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman, improperly named in the involuntary petition commencing this case as Robert Francis Xavier Sillerman,[1] the above-captioned debtor and debtor in possession (the "**Debtor**"), for an order (i) approving the disclosure statement relating to the Debtor's chapter 11 plan of reorganization, (ii) scheduling a hearing on confirmation, and (iii) establishing notice and objection procedures for confirmation of the plan of reorganization [Doc.

---

[1] Mr. Sillerman has never been known as Robert Francis Xavier Sillerman.

No. 175], scheduled for June 19, 2019, at 10:00 a.m. has been adjourned to **August 7, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District New York, Alexander Hamilton United States Custom House, One Bowling Green, New York, NY 10004, Courtroom 501.

Dated: New York, New York
       June 18, 2019

                                            **ROSEN & ASSOCIATES, P.C.**
                                            *Counsel to the Debtor and Debtor*
                                               *in Possession*

By: _____
       Paris Gyparakis, Esq.

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100