**ROSEN & ASSOCIATES, P.C.**
Attorneys for the Debtor
 and Debtor in Possession
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re

| | |
|---|---|
| Robert Francis Xavier Sillerman | Chapter 11 |
| aka Robert F.X. Sillerman, | |
| aka Robert F. Sillerman, | Case No. 17-13633 (MKV) |
| aka Robert X. Sillerman, | |

                                                   Debtor.
-------------------------------------------------------------x

**CERTIFICATE OF SERVICE OF**
**NOTICE OF PRESENTMENT OF PROPOSED**
**THIRD AMENDED TOLLING AGREEMENT**

      The undersigned, under penalty of perjury, hereby certifies as follows:

      I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

      On July 8, 2019, I served the Notice of Presentment of Proposed Third Amended Tolling Agreement (and Third Amended Tolling Agreement) (Docket No. 362) upon the parties whose names and addresses are set forth on the service list annexed hereto, by regular first-class mail by depositing true copies of the same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated:  New York, New York
          July 8, 2019

                                                     /s/ Carrie L. Manganiello
                                                       Carrie L. Manganiello

## Service List

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.

Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Attn: Thomas R. Slome, Esq.

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.

Golenbock Eisman Assor Bell
 & Peskoe, LLP
Attorneys for John Howard
711 Third Ave
New York, NY 10017
Attn: Andrew Peskoe, Esq.

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
 Inc., LucasKing, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
 Inc., Lucas King, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: James V. Garvey, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
 Trustee o SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.

Willkie Farr & Gallagher LLP
Attorneys for ID Wheel (FL) LLC and
 IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
      James H. Burbage, Esq.

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust
 Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.
      Catherine V. LoTempio, Esq.

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
      Gabriel L. Olivera, Esq.

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
 Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
 Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Wesley T. Kozeny, Esq.

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
     Adam E. Malatesta, Esq.

Leo V. Gagion, Esq.
Office of the New York State
  Attorney General
Counsel to NYS Dept. of Taxation
 and Finance
28 Liberty Street, 17th Floor
New York, NY 10005

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street. Suite 400
New York, NY 10281
Attn: Patricia Schrage

Pillsbury Winthrop Shaw Pittman LLP
Attorneys for ECN Aviation Inc.
 f/k/a Element Aviation Inc.
1540 Broadway
New York, NY 10036
Attn: Leo T. Crowley, Esq.
     David S. Forsh, Esq.

Hinckley, Allen & Snyder LLP
Attorneys for VistaJet US, Inc.
30 South Pearl Street, Suite 901
Albany, New York 12207
Attn: Christopher V. Fenlon, Esq.

Izower Feldman, LLP
Attorneys for OPW and Brett Torino
1325 Franklin Avenue, Suite 255
Garden City, New York 11530
Attn: Ronald D. Lefton, Esq.

Archer & Greiner, P.C.
Attorneys for OPW and Brett Torino
630 Third Avenue
New York, New York 10017
Attn: Allen G. Kadish, Esq.

Abbey Spanier, LLP
Attorneys for Andrew Mule, et al.
212 East 39 St.
New York, NY 10016
Attn: A. Abbey, S. Rodd, N. Kaboolian

Robert F.X. Sillerman
352 Plain Road
Hinsdale, NH 03451

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530
Attn: Howard B. Kleinberg, Esq.

Acquisition Group Ltd.
Attn: Adam Arviv, President
118 Yorkville Ave. Suite 604
Toronto, Ontario M5R 1C2
CANADA

Ahaka Acquisitions Inc.
Attn: David Baazov
600-2000 McGill College Ave.
Montreal, Quebec H3A 3H3
CANADA

Alpha Capital Anstalt
Attn. Konrad Ackermann
Lettstrasse 32
9490 Vaduz, LIECHTENSTEIN

Barton Gullong
1785 NW Harbor Place
Stuart, FL 34994

Deutsche Bank
345 Park Avenue, 24th Floor
New York, NY 10154

Fried Frank
One New York Plaza
New York, NY 10004

IDL Wheel (FL) LLC
c/o W.P. Carey Inc.
50 Rockefeller Plaza, Second Fl.
New York, NY 10020
Attn: Jason Fox

Rexford Capital LLC
78 SW 7th St.
Miami, FL 33130
Attn: Kimberly Langston,
     Managing Member

IDrive Mezz Lender (FL) LLC
c/o W.P. Carey
50 Rockefeller Plaza, Second Floor
New York, NY 10020

Iroquois Master Fund Ltd.
205 East 42 St.
New York, NY 10017
Attn. Richard Abbe

Jim Christodoulis
35 Rochester Avenue
Toronto, Ontario M4N 1N7
CANADA

John Howard
745 5th Ave, 7th Fl.
New York, NY 10151

Kevin Poor
750 Beulahs Lane
Idaho Falls, ID 83401

Mitchell J. Slater
c/o Kirkland & Ellis LLP
Attn: Matthew Solum, P.C.
601 Lexington Avenue
New York, NY 10022

Ryan Seacrest Revocable Trust
c/o Ryan Seacrest Productions
9454 Wilshire Blvd.
Los Angeles, CA 90212
Attn: Jeff Refold

Stout LLP
One South Wacker Dr., 38th Fl.
Chicago, IL 60606