**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in Bronx, New York and I am not a party to this proceeding.

On June 26, 2019, I served the First Monthly Statement of Fees and Expenses of Rosen & Associates, P.C., Counsel to the Debtor and Debtor in Possession, for the Period March 1, 2019 through March 31, 2019 [Docket No. 354] upon the parties whose names and email addresses are set forth on the service list annexed hereto by emailing the same to such parties at their respective email addresses.

Dated: New York, New York
       June 26, 2019

                                                                       /s/ Carrie L. Manganiello
                                                                         Carrie L. Manganiello

**Service List**

Robert F.X. Sillerman
151 E. 72nd Street
New York, NY 10021
fxrfxs@gmail.com

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014
Attn.: Richard Morrissey, Esq.
Richard.Morrissey@usdoj.gov

ID Wheel (FL) LLC
c/o W.P. Carey Inc.
50 Rockefeller Plaza
New York, NY 10020
Attn.: Christopher Hayes, Executive Director
chayes@wpcarey.com

VistaJet US, Inc.
20 Wooster Street, 6th Floor
New York, NY 10012
Attn.: Christopher Kulawik
Christopher.Kulawik@vistajet.com
Lauren Amato, Billing Coordinator
Lauren.Amato@vistajet.com

Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Attn.: Alan J. Lipkin, Esq.
alipkin@willkie.com

Hinckley Allen
30 South Pearl Street, Suite 901
Albany, NY 12207
Attn.: Christopher V. Fenlon, Esq.
cfenlon@hinckleyallen.com

Hinckley Allen
28 State Street
Boston, MA 02109
Attn.: Jennifer V. Doran, Esq.
jdoran@hinckleyallen.com

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530
Attn.: Thomas R. Slome, Esq.
tslome@msek.com
Jil Mazer-Marino, Esq.
jmazermarino@msek.com

RSR Consulting, LLC
1330 Avenue of the Americas, 23rd Fl.
New York, NY 10019
Attn: Robert S. Rosenfeld
rsrosenfeld@rsrconsultingllc.com