**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

## CERTIFICATE OF SERVICE

The undersigned, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in New York, New York and am not a party to this proceeding.

On July 18, 2019, I caused a true and accurate copy of the *Notice of Presentment of Stipulation Regarding Debtor's Guaranty of Loan Made by Creditor ID Wheel (FL) LLC* [Doc. No. 375] to be served upon (i) the parties whose names and email addresses are set forth on the service list annexed hereto as *Exhibit A,* via electronic mail, by emailing the notice to such parties at their respective email addresses; and (ii) upon the parties whose names and addresses are set forth on the service list annexed hereto as *Exhibit B*, via first-class mail by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
       July 19, 2019

                                                                   _____
                                                                   Paris Gyparakis

# EXHIBIT A

## Electronic Mailing List

Cullen and Dykman LLP
Proposed Counsel to the Official Committee
of Unsecured Creditors
100 Quentin Roosevelt Boulevard
Garden City, NY 11530-9194
Email:jmazermarino@cullenanddykman.com
tslome@cullenanddykman.com

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.
Email: menright@rc.com

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn.: Brian D. Glueckstein, Esq.
Email: gluecksb@sullcrom.com

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
 Inc., LucasKing, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.
Email: meidelman@vedderprice.com
mjedelman@vedderprice.com

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
Trustee of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.
Email: yjaffe@rctlegal.com

Willkie Farr & Gallagher LLP
Attorneys for ID Wheel (FL) LLC and
 IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
Email: alipkin@willkie.com

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust
 Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.
Email: ashmead@sewkis.com

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
Email: metkin@lowenstein.com
golivera@lowenstein.com

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
 Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.
Email: shramsaran@km-law.com
 wkozeny@km-law.com

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
 Adam E. Malatesta, Esq.
Email: adam.malatesta@lw.com

Ted A. Berkowitz, Esq.
Office of the New York State Attorney
General Counsel to NYS Dept. of Taxation
 and Finance
28 Liberty Street, 17th Floor
New York, NY 10005
Email: tberkowitz@moritthock.com

Pillsbury Winthrop Shaw Pittman LLP
Attorneys for ECN Aviation Inc. f/k/a
Element Aviation Inc.
1540 Broadway
New York, NY 10036
Attn: Leo T. Crowley, Esq.
Email: leo.crowley@pillsburylaw.com

Enid Nagler Stuart
Assistant Attorney General
Special Bankruptcy Counsel
Office of the New York State
 Attorney General
28 Liberty Street, 17th Floor
New York, NY 10005
Email: enid.stuart@ag.ny.gov

**EXHIBIT B**

**Mailing List**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.