**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor
 in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                     Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

**NOTICE OF ADJOURNMENT OF HEARING ON
DEBTOR'S MOTION FOR AN ORDER (I) APPROVING THE DISCLOSURE
STATEMENT RELATING TO THE DEBTOR'S CHAPTER 11 PLAN OF
REORGANIZATION; (II) SCHEDULING A HEARING ON CONFIRMATION; AND
(III) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR
<u>CONFIRMATION OF THE PLAN OF REORGANIZATION</u>**

**PLEASE TAKE NOTICE** that the hearing on the motion of Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman, improperly named in the involuntary petition commencing this case as Robert Francis Xavier Sillerman,[1] the above-captioned debtor and debtor-in-possession (the "**Debtor**"), for an order (i) approving the disclosure statement relating to the Debtor's chapter 11 plan of reorganization, (ii) scheduling a hearing on confirmation, and (iii) establishing notice and objection procedures for confirmation of the plan of reorganization [Doc. No. 175], scheduled for August 7, 2019 at 10:00 a.m. has been adjourned to **September 12, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Mary

---

[1] Mr. Sillerman has never been known as Robert Francis Xavier Sillerman.

Kay Vyskocil, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton United States Custom House, One Bowling Green, New York, NY 10004, Courtroom 501.

Dated: New York, New York
       July 31, 2019

                                **ROSEN & ASSOCIATES, P.C.**
                                *Counsel to the Debtor and Debtor*
                                   *in Possession*

                                By: /s/ Sanford P. Rosen
                                       Sanford P. Rosen

                                747 Third Avenue
                                New York, NY 10017-2803
                                (212) 223-1100