**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor
  in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                      Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

### NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the hearing on the *Application of the Official Committee of Unsecured Creditors for Entry of Order Authorizing Retention and Employment of Cullen and Dykman LLP as Substitute Counsel for the Official Committee of Unsecured Creditors* [Doc. Nos. 374 and 396] and the pretrial conference in the adversary proceeding styled, *Iliad Research and Trading, L.P. v. Robert Francis Xavier Sillerman* [Adv. Proc. No. 19-01119-mkv], originally scheduled for August 7, 2019 at 10:00 a.m. have been adjourned to **August 7, 2019 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004.

*[signature page follows]*

Dated: New York, New York
August 5, 2019

                                            **ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor
 in Possession*

By: _____/s/_____
        Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100