CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
Telephone: (516) 357-3700
Thomas R. Slome, Esq.
Jil Mazer-Marino, Esq.
Elizabeth M. Aboulafia, Esq.

*Counsel to the Official Committee of Unsecured Creditors*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                                   Debtor.

Chapter 11

Case No. 17-13633 (MKV)

---------------------------------------------------------------x

**NOTICE OF HEARING ON MOTION FOR ENTRY OF AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SCHEDULING CONFIRMATION HEARING; (III) ESTABLISHING A VOTING RECORD DATE; (IV) APPROVING SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION THEREOF; (V) APPROVING THE FORM OF BALLOT AND ESTABLISHING PROCEDURES FOR VOTING ON THE PLAN; (VI) APPROVING THE FORM OF NOTICE TO NON-VOTING CLASSES UNDER THE PLAN; (VII) APPROVING THE FORM OF NOTICE OF THE CONFIRMATION HEARING; (VIII) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE PLAN; AND (IX) SETTING RELATED DEADLINES**

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors (the "**Committee**") of the above-captioned debtor and debtor in possession Robert Francis Xavier Sillerman, aka Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman (the "**Debtor**") filed the annexed *Motion for Entry of an Order (I) Approving Disclosure Statement;*

1

*(II) Scheduling Confirmation Hearing; (III) Establishing a Voting Record Date; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Form of Ballot and Establishing Procedures for Voting on the Plan; (VI) Approving the Form of Notice to Non-Voting Classes Under the Plan; (VII) Approving the Form of Notice of the Confirmation Hearing; (VIII) Establishing Notice and Objection Procedures for Confirmation of the Plan; and (IX) Setting Related Deadlines* ("**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408, Courtroom 501, on **October 10, 2019, at 10:00 a.m.** (prevailing Eastern time).

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the basis for the objection and the specific grounds therefore, and shall be filed with the Court electronically in accordance with General Order M-399 by registered users of the Court's case filing system (the User's Manual for the Electronic Case Filing System can be found at http://www.nysb.uscourts.gov, the official website for the Court), with two hard copies delivered directly to Chambers and served so as to be actually received no later than **October 3, 2019 at 4:00 p.m.** (prevailing Eastern time) (the "**Objection Deadline**"), upon: (a) counsel for the Committee, Cullen and Dykman LLP, 100 Quentin Roosevelt Blvd., Garden City, New York 11530, Attn: Thomas R. Slome, Jil Mazer-Marino and Elizabeth M. Aboulafia; (b) counsel for the Debtor, Rosen & Associates, P.C., 747 Third Avenue, New York, New York 10017-2803, Attn: Sanford P. Rosen; and (c) the Office of the United States Trustee for the Southern District

of New York, U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey.

**PLEASE TAKE FURTHER NOTICE** that if an objection or other response to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

Dated: Garden City, New York
      August 30, 2019

                    CULLEN AND DYKMAN LLP

By:   */s/ Jil Mazer-Marino*
       Thomas R. Slome
       Jil Mazer-Marino
       Elizabeth M. Aboulafia
100 Quentin Roosevelt Blvd.
Garden City, New York 11530
(516) 741-656357-3700

*Counsel to the Official Committee of Unsecured Creditors*

1810410