**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

## NOTICE OF ADJOURNMENT

**PLEASE TAKE NOTICE** that the following matters, originally scheduled for September 5, 2019 at 10:00 a.m., have been adjourned to **September 25, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, Courtroom 501, One Bowling Green, New York, NY 10004:

(i) The hearing on the *Debtor's Motion for Authority to Pay an Expense Deposit to Proposed Lender* [Doc. Nos. 394 and 395];

(ii) The hearing on the *Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* [Doc. No. 404]; and

(iii) The status conference.

[*signature page follows*]

Dated: New York, New York
September 3, 2019

                                        **ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor
 in Possession*

By: _____
       Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100