**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor and Debtor
  in Possession*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Motion for the Entry of an Order (I) Approving the Disclosure Statement Relating to the Debtor's Chapter 11 Plan of Reorganization, (II) Scheduling a Hearing on Confirmation, and (III) Establishing Notice and Objection Procedures for Confirmation of the Plan of Reorganization* [Doc. No. 175], originally scheduled for September 12, 2019 at 10:00 a.m. has been adjourned to **October 10, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District New York, Alexander Hamilton United States Custom House, Courtroom 501, One Bowling Green, New York, NY 10004.

*[signature page follows]*

Dated: New York, New York
September 5, 2019

                                         **ROSEN & ASSOCIATES, P.C.**
                                         *Counsel to the Debtor*

                                         By: _____
                                                   Paris Gyparakis

                                         747 Third Avenue
                                         New York, NY 10017-2803
                                         (212) 223-1100