**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                              Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a<br>Utah limited partnership,<br><br>                              Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>                              Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## NOTICE OF MOTION TO DISMISS ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that upon the motion (the "**Motion**") dated September

12, 2019 [Adv. Proc. Doc. No. 21], Robert F.X. Sillerman aka Robert F. Sillerman, aka Robert

X. Sillerman, improperly named in the involuntary petition commencing this case as Robert

Francis Xavier Sillerman[1] (the "**Debtor**"), by and through his counsel, Rosen & Associates, P.C., will move at a hearing before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004 on **October 3, 2019 at 10:00 a.m. (prevailing Eastern Time)**, or as soon thereafter as counsel can be heard, for the entry of an order dismissing the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Motion shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, shall set forth the grounds for such response or objection with specificity, and shall be filed with this Court electronically in accordance with General Order M-399 (General Order M-399 and the Procedures for Filing, Signing and Verification of Documents by Electronic Means can be found at http://www.nysb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of this Court's filing system, and by all other parties in interest on a CD-ROM or other electronic media, preferably in PDF or any Windows-based word processing format, with a hard copy delivered directly to Judge Vyskocil's chambers, and served in accordance with General Order M-399 upon (i) Rosen & Associates, P.C., counsel to the Debtor, 747 Third Avenue, New York, NY 10017, Attn.: Sanford P. Rosen, Esq.; (ii) the Office of the United States Trustee, 201 Varick Street, Suite 1006, New York, NY 10014, Attn.: Richard Morrissey, Esq.; (iii) Cullen and Dykman LLP, proposed counsel to the Official Committee of Unsecured Creditors, 100 Quentin Roosevelt Boulevard, Garden City, NY 11530-4850, Attn.: Jil Mazer-Marino, Esq. & Thomas R. Slome, Esq.; and (iv) all other

---

[1] Mr. Sillerman has never been known as Robert Francis Xavier Sillerman.

parties in interest who have requested notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure **so as to be received no later than 5:00 pm on September 26, 2019.**

Dated: New York, New York
      September 12, 2019

                                  **ROSEN & ASSOCIATES, P.C.**
                                  *Counsel to the Debtor*

                                By: _____
                                      Paris Gyparakis
                                      Sanford P. Rosen

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100