**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

### NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Debtor's Motion for an Order Authorizing Payment of Expense Deposit to Proposed Lender* [Doc. No. 394], originally scheduled for September 25, 2019 at 10:00 a.m. has been adjourned to **October 10, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District New York, One Bowling Green, New York, NY 10004.

Dated:　New York, New York
　　　　　September 24, 2019

　　　　　　　　　　　　　　　　　　　　　**ROSEN & ASSOCIATES, P.C.**
　　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtor*

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　Paris Gyparakis

　　　　　　　　　　　　　　　　　　　　　747 Third Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10017-2803
　　　　　　　　　　　　　　　　　　　　　(212) 223-1100