**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                                        Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a Utah limited partnership,<br><br>                                        Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>                                        Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## **CERTIFICATE OF SERVICE**

**Paris Gyparakis**, under penalty of perjury, hereby certifies as follows:

I am over 18 years of age, reside in New York, New York and I am not a party to this proceeding.

On September 16, 2019, I served the *Defendant's Motion to Dismiss Complaint* [Adv. Proc. Doc. No. 21] upon the parties whose names and addresses are set forth on the annexed service list, by regular first-class mail, by depositing true copies of same in post-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Service within the state of New York.

Dated: New York, New York
         September 25, 2019

                                                                    _____
                                                                            Paris Gyparakis

# Service List

Office of the United States Trustee
201 Varick Street, Room 1006
New York, NY 10014-9449
Attn: Richard C. Morrissey, Esq.

Cullen and Dykman LLP
Attorneys for the Official Committee of
  Unsecured Creditors
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
Attn: Thomas R. Slome, Esq.
       Jil Mazer-Marino, Esq.

Robinson & Cole LLP
Attorneys for Barton Gullong
280 Trumbull Street
Hartford, CT 06103-3597
Attn: Michael R. Enright, Esq.

Fried Frank
One New York Plaza
New York, NY 10004

Golenbock Eisman Assor Bell
  & Peskoe, LLP
Attorneys for John Howard
711 Third Ave
New York, NY 10017
Attn: Andrew Peskoe, Esq.

Mitchell J. Slater
c/o Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Matthew Solum, P.C.

Sullivan & Cromwell LLP
Attorneys for ESFX Holdings LLC
125 Broad Street
New York, NY 10004-2498
Attn: Brian D. Glueckstein, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
  Inc., LucasKing, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: Michael M. Eidelman, Esq.

Vedder Price P.C.
Attorneys for React Presents, Inc., Clubtix,
  Inc., Lucas King, and Jeffrey Callahan
222 North LaSalle Street
Chicago, IL 60601
Attn: James V. Garvey, Esq.

Iliad Research and Trading, L.P.
c/o SilvermanAcampora LLP
100 Jericho Quadrangle, Ste. 300
Jericho, NY 11753
Attn: Anthony Charles Acampora, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation Trustee
of SFX Litigation Trust
810 Seventh Avenue, Suite 410
New York, NY 10019
Attn: Yonah Jaffe, Esq.

Reid Collins & Tsai LLP
Attorneys for Dean Ziehl, as Litigation
  Trustee of SFX Litigation Trust
1601 Elm Street, Ste 4250
Dallas, TX 75201
Attn: Eric D. Madden, Esq.

Willkie Farr & Gallagher LLP
Attorneys for ID Wheel (FL) LLC and
  IDrive Mezz Lender (FL) LLC
787 Seventh Avenue
New York, NY 10019
Attn: Alan J. Lipkin, Esq.
       James H. Burbage, Esq.

Seward & Kissel LLP
Attorneys for Deutsche Bank Trust
  Company Americas
One Battery Park Plaza
New York, NY 10004
Attn: John R. Ashmead, Esq.
       Catherine V. LoTempio, Esq.

Lowenstein Sandler LLP
Attorneys for Guevoura Fund Ltd.
One Lowenstein Drive
Roseland, NJ 07068
Attn: Michael S. Etkin, Esq.
       Gabriel L. Olivera, Esq.

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
 Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Sabita Hajaree Ramsaran, Esq.

Kozeny & McCubbin, L.C. LLC
Attorneys for Toyota Motor Credit
 Corporation
12400 Olive Blvd., Ste 555
St. Louis, MO 63141
Attn: Wesley T. Kozeny, Esq.

Latham & Watkins LLP
Attorneys for Ryan Seacrest
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Attn: Jeffrey E. Bjork, Esq.
    Adam E. Malatesta, Esq.

Leo V. Gagion, Esq.
Office of the New York State
 Attorney General
Counsel to NYS Dept. of Taxation
 and Finance
28 Liberty Street, 17th Floor
New York, NY 10005

U.S. Securities and Exchange Commission
Brookfield Place
200 Vesey Street. Suite 400
New York, NY 10281
Attn: Patricia Schrage, Esq.

Pillsbury Winthrop Shaw Pittman LLP
Attorneys for ECN Aviation Inc.
 f/k/a Element Aviation Inc.
31 West 52nd Street
New York, NY 10019-6131
Attn: Leo T. Crowley, Esq.

Hinckley, Allen & Snyder LLP
Attorneys for VistaJet US, Inc.
30 South Pearl Street, Suite 901
Albany, New York 12207
Attn: Christopher V. Fenlon, Esq.

Izower Feldman, LLP
Attorneys for OPW and Brett Torino
1325 Franln Avenue, Suite 255
Garden City, NY 11530
Attn: Ronald D. Lefton, Esq.

Archer & Greiner, P.C.
Attorneys for OPW and Brett Torino
630 Third Avenue
New York, NY 10017
Attn: Allen G. Kadish, Esq.

Abbey Spanier, LLP
Attorneys for Andrew Mule, et al.
212 East 39 St.
New York, NY 10016
Attn: Arthur N. Abbey, Esq.
    Stephen T. Rodd, Esq.
    Nancy Kaboolian, Esq.

Robert F.X. Sillerman
352 Plain Road
Hinsdale, NH 03451

Brower Piven
A Professional Corporation
136 Madison Avenue, 5th Floor
New York, NY 10016
Attn: David A.P. Brower, Esq.

Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530
Attn: Howard B. Kleinberg, Esq.

Montgomery McCracken Walker &
 Rhoads LLP
437 Madison Ave.
New York, NY 10022
Attn: Edward L. Schnitzer, Esq.

Montgomery McCracken Walker &
 Rhoads LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103-7505
Attn: David Dormont, Esq.