**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Defendant*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>        Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |
| Iliad Research and Trading, L.P., a Utah limited partnership,<br><br>        Plaintiff,<br><br>v.<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman, an individual,<br><br>        Defendant. | Adv. Proc. No. 19-01119 (MKV) |

## NOTICE OF ADJOURNMENT OF HEARING

  **PLEASE TAKE NOTICE** that the hearing on the *Defendant's Motion to Dismiss Adversary Proceeding* [Adv. Proc. Doc. No. 21], originally scheduled for October 3, 2019 at 10:00 a.m. has been adjourned to **November 5, 2019 at 10:00 a.m. (prevailing Eastern Time)** before the Honorable Mary Kay Vyskocil, United States Bankruptcy Judge, in Courtroom 501 of the United States Bankruptcy Court for the Southern District New York, Alexander Hamilton United States Custom House, One Bowling Green, New York, NY 10004.

Dated: New York, New York
September 30, 2019

                                  **ROSEN & ASSOCIATES, P.C.**
*Counsel to the Defendant*

By: _____
      Paris Gyparakis

747 Third Avenue
New York, NY 10017-2803
(212) 223-1100