**ROSEN & ASSOCIATES, P.C.**
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen
Paris Gyparakis

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br><br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                   Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that Robert F.X. Sillerman aka Robert F. Sillerman, aka Robert X. Sillerman, improperly named in the involuntary petition commencing this case as Robert Francis Xavier Sillerman,[1] the above-captioned debtor ("**Debtor**"), through his undersigned counsel, hereby withdraws: (i) the *Debtor's Motion for an Order Authorizing (A) Debtor to Incur Debt Pursuant to 11 U.S.C. Section 364 Secured by a Senior Lien on Certain Estate Property and with Priority over All Administrative Expenses of the Kind Specified in 11 U.S.C. Section 503(b) or 507(d); and (B) Payment of Expense Deposit to Proposed Lender* [Doc. No. 394]; (ii) the *Debtor's Motion, Pursuant to 11 U.S.C. §§ 105, 363 and 1107 and Rule 9019 of the Federal Rules of Bankruptcy Procedure, for Entry of Order Approving Settlement Agreements with (i) ESFX Holdings LLC; and*

---

[1] Mr. Sillerman has never been known as Robert Francis Xavier Sillerman.

*(ii) Iliad Research and Trading, L.P.* [Doc. No. 479]; and the *Debtor's First Modified Plan of Reorganization* [Doc. No. 454].

Dated: New York, New York
       October 10, 2019

                          **ROSEN & ASSOCIATES, P.C.**
                          *Counsel to the Debtor*

                          By: /s/ Sanford P. Rosen
                                Sanford P. Rosen

                          747 Third Avenue
                          New York, NY 10017-2803
                          (212) 223-1100