UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                                         Debtor.
---------------------------------------------------------------x

Chapter 11

Case No. 17-13633 (MKV)

## ORDER DIRECTING THE
## APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon the *Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated August 8, 2019 [ECF No. 404] (the "Motion") of the Committee of Unsecured Creditors (the "Committee") for an order appointing a chapter 11 trustee in the case of debtor Robert Francis Xavier Sillerman (the "Debtor") or, alternatively, converting the chapter 11 case to a chapter 7 case; and the *Declaration of Jil Mazer-Marino in Support of Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Section 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated July 16, 2019 [ECF No. 406]; and the *Declaration of Neil Bivona in Support of Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated July 16, 2019 [ECF No. 405]; and the *Joinder of Temenos Villa 22, LLC, Luxury Properties, LLC, Ultimate Luxury Properties, LLC, and Lance Lundberg to Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Section 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated August 23, 2019 [ECF No. 416]; and the *Response and Reservation of Rights of OPW*

*L.L.C. to Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated August 29, 2019 [ECF No. 422]; and *Debtor's Response in Opposition to the Committee of Unsecured Creditors' Motion for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated August 29, 2019 [ECF No. 425]; and *Debtor's Declaration in Support of Debtor's Response in Opposition to the Committee's Motion for an Order Appointing a Chapter 11 Trustee or Converting the Case to a Chapter 7 Case* dated August 29, 2019 [ECF No. 426]; and the *Joinder of React Presents, Inc., Clubtix, Inc., Lucas King and Jeffery Callahan to Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated August 30, 2019 [ECF No. 429]; and *Official Committee of Unsecured Creditors' Reply to Debtor's Opposition to the Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated September 3, 2019 [ECF No. 437]; and the *Declaration of Jil Mazer-Marino in Further Support of Official Committee of Unsecured Creditors' Motion Pursuant to Bankruptcy Code Sections 1104(a) and 1112(b) for Order Appointing a Chapter 11 Trustee or Converting Case to a Chapter 7 Case* dated September 23, 2019 [ECF No. 462]; and *Debtor's Declaration (I) in Further Support of Debtor's Response in Opposition to Committee's Motion for Order Appointing a Chapter 11 Trustee or Converting Case to Chapter 7; and (II) in Support of Debtor's Reply to Committee's Objection to Debtor's Motion for Order Approving DIP Loan Expense Reimbursement* dated September 23, 2019 [ECF No. 464]; and a hearing on the Motion having been held on September 25, 2019 (the "<u>Hearing</u>"); and good and sufficient notice of the

Motion and the Hearing having been given [ECF No. 407] and no other or further notice being required; and upon the record of the Hearing and all proceedings in this case; and the *Memorandum Opinion and Order Granting Motion to Appoint a Chapter 11 Trustee* dated and entered October 8, 2019 [ECF No. 505]; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and objections, if any, to the relief requested in the Motion having been overruled on the merits; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**, pursuant to 11 U.S.C. § 1104(a) and 11 U.S.C. § 1112(b), that the U.S. Trustee shall, as soon as practicable, appoint a Chapter 11 Trustee.

Dated: New York, New York
October 10, 2019

*s/ Mary Kay Vyskocil*
HONORABLE MARY KAY VYSKOCIL
UNITED STATES BANKRUPTCY JUDGE