UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                                    Chapter 11

Robert Francis Xavier Sillerman,                         Case No. 17-13633 (MKV)
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                         Debtor.

--------------------------------------------------------x

### <u>NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE</u>

TO:    Yann Geron, Esq.
       Reitler Kailas & Rosenblatt, LLC
       885 Third Avenue, 20th Floor
       New York, New York 10022
       Telephone: (212) 209-3092

       You are hereby notified of your appointment as Chapter 11 trustee of the estate of

*Robert Francis Xavier Sillerman, aka Robert F.X. Sillerman, aka Robert F. Sillerman,*

*aka Robert X. Sillerman*, subject to Court approval.  The Chapter 11 Trustee bond is

initially set at $-- million.  The bond may require adjustment as the Chapter 11 Trustee

collects and liquidates assets of the Debtor's estates, and the Chapter 11 Trustee is

directed to inform the Office of the United States Trustee when changes to the

bond amount are required or made.

Dated: New York, New York
October 15, 2019

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
Region 2

By: /s/ *Richard C. Morrissey*
Richard C. Morrissey
Trial Attorney
33 Whitehall Street, 21st Floor
New York, New York 10004
Tel. No. (212) 510-0500