ROSEN & ASSOCIATES, P.C.
*Counsel to the Debtor*
747 Third Avenue
New York, NY 10017-2803
(212) 223-1100
Sanford P. Rosen

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Robert Francis Xavier Sillerman<br>*aka* Robert F.X. Sillerman,<br>*aka* Robert F. Sillerman,<br>*aka* Robert X. Sillerman,<br><br>                  Debtor. | Chapter 11<br><br>Case No. 17-13633 (MKV) |

**ROSEN & ASSOCIATES, P.C.'S FIRST SUPPLEMENTAL**
**STATEMENT PURSUANT TO RULE 2016(b) OF**
**THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

       Rosen & Associates, P.C. ("**Rosen**"), as and for its first supplemental statement, pursuant to Rule 2016(b) of the Federal Rules of Bankruptcy Procedure, respectfully represents:

       1.    On October 16, 2019 Rosen received a payment of $50,000 from The Laura Sillerman Revocable Trust (the "**Trust**").

       2.    The Trust made such payment on behalf the above-captioned debtor, for services to be rendered and expenses to be incurred on his behalf as a debtor out of possession.

Dated: New York, New York
       October 22, 2019

                                                        ROSEN & ASSOCIATES, P.C.

                                                        By: /s/ Sanford P. Rosen
                                                              Sanford P. Rosen

                                                        747 Third Avenue
                                                       New York, NY 10017-2803
                                                       (212) 223-1100