**Jil Mazer-Marino, Esq.**
**Thomas R. Slome, Esq.**
**CULLEN AND DYKMAN LLP**
**100 Quentin Roosevelt Boulevard**
**Garden City NY 11530**
**Tel. (516) 357-3700**
jmazermarino@cullenllp.com
tslome@cullenllp.com

*Counsel to the Official Committee of Unsecured Creditors*

---------------------------------------------------------------x
In re:

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                     Chapter 11

                     Case No. 17-13633 (MKV)

              Debtor.
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF HEARING ON MOTION FOR ENTRY OF AN ORDER (I) APPROVING DISCLOSURE STATEMENT; (II) SCHEDULING CONFIRMATION HEARING; (III) ESTABLISHING A VOTING RECORD DATE; (IV) APPROVING SOLICITATION PACKAGES AND PROCEDURES FOR DISTRIBUTION THEREOF; (V) APPROVING THE FORM OF BALLOT AND ESTABLISHING PROCEDURES FOR VOTING ON THE PLAN; (VI) APPROVING THE FORM OF NOTICE TO NON-VOTING CLASSES UNDER THE PLAN; (VII) APPROVING THE FORM OF NOTICE OF THE CONFIRMATION HEARING; (VIII) ESTABLISHING NOTICE AND OBJECTION PROCEDURES FOR CONFIRMATION OF THE PLAN; AND (IX) SETTING RELATED DEADLINES**

      **PLEASE TAKE NOTICE** that the hearing on the *Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Establishing a Voting Record Date; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Form of Ballot and Establishing Procedures for Voting on the Plan; (VI) Approving the Form of Notice to Non-Voting Classes Under the Plan; (VII) Approving the Form of Notice of the Confirmation Hearing; (VIII) Establishing Notice and Objection*

*Procedures for Confirmation of the Plan; and (IX) Setting Related Deadlines* [Dkt. No. 432] is adjourned to **November 19, 2019 at 10:00 a.m**.

**Dated:  Garden City, New York
            October 25, 2019**                    **CULLEN AND DYKMAN LLP**

**By:    */s/ Jil Mazer-Marino*
Jil Mazer-Marino, Esq.
Thomas R. Slome, Esq.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
Tel. (516) 357-3700
jmazermarino@cullenllp.com
tslome@cullenllp.com**

*Counsel to the Official Committee of Unsecured Creditors*

1821329