**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss

*General Counsel to Yann Geron, Chapter 11 Trustee*
  *of Robert F.X. Sillerman*

Hearing Date: February 11, 2020
Hearing Time: 10:00 a.m. (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
In re                                                          :

ROBERT FRANCIS XAVIER SILLERMAN,    :    Chapter 11
a/k/a Robert F.X. Sillerman,                         :
a/k/a Robert F. Sillerman,                           :    Case No. 17-13633 (MKV)
a/k/a Robert X. Sillerman,                           :
                                                   Debtor.    :
---------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF CERTAIN MATTERS IN**
**THE ABOVE-REFERENCED CASE AND RELATED**
**ADVERSARY PROCEEDING TO FEBRUARY 11, 2020**

**PLEASE TAKE NOTICE** that the hearing to consider the following matters, scheduled for January 28, 2020 at 10:00 a.m. (EST) has been adjourned to **February 11, 2020 at 10:00 a.m. (EST)**, and will take place before the Honorable May Kay Vyskocil, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004, Courtroom 501:

1)    Status Conference by Yann Geron, Chapter 11 Trustee;

2)    Debtor's Motion for the Entry of an Order (I) Approving the Disclosure Statement Relating to the Debtor's Chapter 11 Plan of Reorganization, (II) Scheduling a Hearing on Confirmation, and (III) Establishing Notice and Objection Procedures

1

for Confirmation of the Plan of Reorganization (the "Debtor's Disclosure Statement Approval Motion") [Docket No. 175][1];

3) Motion for Entry of an Order (I) Approving Disclosure Statement; (II) Scheduling a Confirmation Hearing; (III) Establishing a Voting Record Date; (IV) Approving Solicitation Packages and Procedures for Distribution Thereof; (V) Approving the Form and Ballot and Establishing Procedures for Voting on the Plan; (VI) Approving the Form of Notice to Non-Voting Classes Under the Plan; (VII) Approving the Form of Notice of the Confirmation Hearing; (VIII) Establishing Notice and Objection Procedures for Confirmation of the Plan; and (IX) Setting Related Deadlines [Docket No. 432]; and

4) Defendant's Motion to Dismiss Complaint in Adv. Pro. No. 19-1119 [Adv. Pro. Docket No. 21].

Dated: New York, New York
December 12, 2019

                    **KLESTADT WINTERS JUERELLER**
                    **SOUTHARD & STEVENS, LLP**

By: */s/ Lauren C. Kiss*
     Sean C. Southard
     Fred Stevens
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, New York 10036-7203
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: ssouthard@klestadt.com
             fstevens@klestadt.com
             lkiss@klestadt.com

*General Counsel to Yann Geron, Chapter 11 Trustee of Robert F.X. Sillerman*

---

[1] A request will be made by the Trustee to Debtor's counsel to officially withdraw the Debtor's Disclosure Statement Approval Motion.