UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                                    Debtor.
-------------------------------------------------------------X

Chapter 11

Case No.: 17-13633 (MKV)

**ORDER GRANTING APPLICATIONS, BY PROFESSIONALS
FOR THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the (i) *First and Final Fee Application of Meyer, Suozzi, English & Klein, P.C., as Counsel to the Official Committee of Unsecured Creditors for a Final Award of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 23, 2019 Through July 31, 2019* [ECF No. 494]; (ii) *First Interim Application of RSR Consulting, LLC, as Financial Advisor to the Official Committee of Unsecured Creditors for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 28, 2019 Through August 31, 2019* [ECF No. 496]; and (iii) *First Interim Fee Application of Cullen and Dykman LLP, as Counsel to the Official Committee of Unsecured Creditors, for an Interim Award of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from June 29, 2019 Through October 31, 2019* [ECF No. 546] (together, the "Applications");[1] and upon *Notice of Hearing on Applications by Professionals for the Official Committee of Unsecured Creditors, for Allowance and Award of Compensation for Services Rendered and Reimbursement of Expenses from January 23, 2019 through October 31,*

---

[1] All capitalized terms used and not defined herein shall have the meaning ascribed to them in the Applications.

2019 [ECF. No. 547] (the "Notice of Hearing"); and upon due and proper service of the Applications and the Notice of Hearing [ECF No. 548]; and upon consideration of *Chapter 11 Trustee's Limited Objection and Reservation of Rights to Applications by Professionals for the Official Committee of Unsecured Creditors for Allowance and Award of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 23, 209 Through October 31, 2019* [ECF No. 558] (the "Limited Objection"); and it appearing that the Limited Objection to the Applications has been consensually resolved and that this Order may be entered upon consent of the Committee, MSEK, RSR, the U.S. Trustee, and the Chapter 11 Trustee; and upon the deadline to object to the Applications having expired with no further objection to the Applications having been filed on the Court's ECF system; ;; ; and after due deliberation and sufficient cause having been shown therefor;

   **IT IS HEREBY ORDERED THAT**:

   1.  The Applications are granted to the extent set forth below and in the attached **Schedule A**.

   2.  The fees and expenses sought in the Applications are allowed on an interim basis and subject to final Court approval under Bankruptcy Code section 330.

   3.  The Chapter 11 Trustee for the Debtor's estate shall not pay the fees and expenses allowed hereby absent further order of the Court.

   4.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
   December 18, 2019

          *s/ Mary Kay Vyskocil*
          HONORABLE MARY KAY VYSKOCIL
          UNITED STATES BANKRUPTCY JUDGE

**Schedule A**

**Compensation and Reimbursement of Expenses Granted Pursuant to**
**Applications of Professionals for the Official Committee of Unsecured Creditors**
**for the Period January 23, 2019 Through October 31, 2019**

Case No. 17-13633 (MKV)
Case Name: *In re Robert Francis Xavier Sillerman, aka Robert F.X. Sillerman, aka Robert F. Sillerman, aka Robert X. Sillerman*

| (1)<br>Applicant<br>(and Fee Period Covered) | (2)<br>Date/<br>Docket Number of Application | (3)<br>Interim Fees Requested on Application | (4)<br>Fees Allowed for the Fee Period | (5)<br>Fees Paid for the Fee Period[1] | (6)<br>Total Fees to be Paid | (7)<br>Interim Expenses Requested on Application | (8)<br>Expenses Allowed for the Fee Period | (9)<br>Expenses Paid for the Fee Period |
|---|---|---|---|---|---|---|---|---|
| Meyer, Suozzi, English & Klein, P.C.<br>(1/23/2019 - 7/31/2019) | 10/7/2019<br>ECF No. 494 | $547,487.50 | $547,487.50 | $47,319.74 | $0.00 | $10,352.41 | $10,352.41 | $848.00 |
| RSR Consulting, LLC<br>(1/28/2019 - 8/31/2019) | 10/7/2019<br>ECF No. 496 | $305,011.00 | $305,011.00 | $19,222.75 | $0.00 | $673.45 | $673.45 | $108.65 |
| Cullen and Dykman LLP<br>(6/29/2019 - 10/31/2019) | 11/22/2019<br>ECF No. 546 | $428,411.50 | $428,411.50 | $0.00 | $0.00 | $6,320.23 | $6,320.23 | $0.00 |

Date signed: December 18, 2019                    Initials: *MKV*, USBJ

---

[1] Fees and expenses for the Fee Period were previously paid by the Debtor pursuant to the *Final Order, Pursuant to 11 U.S.C. §§ 105(a) and 331, Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* entered May 31, 2019 [ECF No. 334].