UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                      Debtor.

-------------------------------------------------------------x

Chapter 11

Case No. 17-13633 (RG)

# ORDER TO SHOW CAUSE

      The Official Committee of Unsecured Creditors having filed a Motion to Appoint a Chapter 11 Trustee or Convert the Case to Chapter 7 on August 8, 2019 [ECF No. 404], and the Court having entered an Order Appointing a Trustee on October 8, 2019 [ECF No. 505], and the circumstances of the Debtor having subsequently changed, and the Court having previously determined that cause may exist to convert this case pursuant to 11 U.S.C. § 1112(b) [ECF No. 505], it is hereby

      ORDERED, that the Trustee show cause at 10:00 a.m. on February 18, 2020 before the Honorable Robert E. Grossman, Bankruptcy Judge, in Courtroom 501, United States Bankruptcy Court, One Bowling Green, New York, New York, why the Debtor's case should not be converted to a case under Chapter 7 for cause pursuant to 11 U.S.C. § 1112(b), and it is further

      ORDERED, that the Clerk of the Court give notice of this Order to the Trustee, the Office of the United States Trustee, all creditors listed in the petition and any party filing a notice of appearance in this case, by regular mail on or before January 24, 2020, and it is further

      ORDERED, that opposition to the relief requested in this Order to Show Cause shall be filed with the Court so as to be received on or before February 11, 2020 at 4:00 p.m.



Dated: January 9, 2020
      New York, New York

_____
Robert E. Grossman
United States Bankruptcy Judge