UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

In re

Robert Francis Xavier Sillerman,
aka Robert F.X. Sillerman,
aka Robert F. Sillerman,
aka Robert X. Sillerman,

                      Debtor.

----------------------------------------------------------- x

Chapter 11

Case No. 17-13633 (RG)

## ORDER CONVERTING CHAPTER 11 CASE
## TO CHAPTER 7 OF THE BANKRUPTCY CODE

Upon the Order to Show Cause issued on January 9, 2020 (ECF Doc. No. 571) with respect to the above-captioned chapter 11 case, and the Committee of Unsecured Creditors having previously filed a Motion to Appoint a chapter 11 Trustee or Convert the Case to Chapter 7 on August 8, 2019 (ECF Doc. No. 404), and the Court having previously entered an Order Appointing a Chapter 11 Trustee on October 8, 2019 (ECF Doc. No. 505), and the Court having previously determined that cause may exist to convert this case pursuant to 11 U.S.C. § 1112(b) (ECF Doc. No. 505), and based upon the hearing held before this Court on February 18, 2020, and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that this case is hereby converted to a case under chapter 7 of the Bankruptcy Code for cause pursuant to 11 U.S.C. § 1112(b), and it is further

**ORDERED**, that the chapter 11 Trustee shall file (i) a schedule of unpaid debts incurred after the commencement of the Chapter 11 case within 15 days of

the date of this order, and (ii) a final report within 30 days of the date of this order, pursuant to Federal Rule of Bankruptcy Procedure 1019(5).

Dated: February 18, 2020
New York, New York



Robert E. Grossman
United States Bankruptcy Judge