**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Sean C. Southard
Fred Stevens
Lauren C. Kiss

*General Counsel to Yann Geron, Chapter 7
Trustee of Robert F.X. Sillerman*

Presentment Date and Time: July 22, 2020 at 10:00 a.m. (EST)

Objection Deadline: July 17, 2020 at 4:00 p.m. (EST)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re : | |
| : | |
| ROBERT FRANCIS XAVIER SILLERMAN, : | Chapter 7 |
| a/k/a Robert F.X. Sillerman, : | |
| a/k/a Robert F. Sillerman, : | Case No. 17-13633 (REG) |
| a/k/a Robert X. Sillerman, : | |
| : | |
| Debtor. : | |

---------------------------------------------------------x

**NOTICE OF PRESENTMENT OF ORDER AUTHORIZING (I) THE RETENTION AND EMPLOYMENT OF MARAGELL, LLC AS CONSULTANT TO THE TRUSTEE AND (II) THE PAYMENT TO MARAGELL, LLC OF UP TO $10,000 FOR SERVICES PERFORMED**

**PLEASE TAKE NOTICE** that upon the *Application for an Order Authorizing (I) the Retention and Employment of Maragell, LLC as Consultant to the Trustee and (II) the Payment to Maragell, LLC of up to $10,000 for Services Performed* (the "Application"), Yann Geron, the Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of Robert Francis Xavier Sillerman, the above-captioned debtor (the "Debtor") will present the proposed order (the "Proposed Order") annexed to the Application as Exhibit B to the Honorable Robert E. Grossman, United States Bankruptcy Judge, for signature on **July 22, 2020 at 10:00 a.m. (EST)**, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Application and entry of the Proposed Order, or any portion thereof (an "Objection") shall be made in writing, filed with the Court by registered users of the Court's electronic case filing system and, by all other parties in interest, mailed to the Clerk of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, NY 10004 on a 3.5 inch

floppy disk or compact disc, preferably in Portable Document Format (PDF), Microsoft Word, or any other Windows-based word processing format and served upon counsel to the Trustee, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Fred Stevens, Esq., Email: fstevens@klestadt.com, so as to be actually received **no later than 4:00 p.m. on July 17, 2020** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that unless a written Objection to the Application or entry of the Proposed Order is timely filed prior to the Objection Deadline, together with proof of service, and delivered as set forth in the foregoing paragraph, there will not be a hearing and the Proposed Order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written Objection is timely filed by the Objection Deadline, the Court will notify the moving and objecting parties of the date and time of the hearing. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: New York, New York
July 7, 2020

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Sean C. Southard
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: ssouthard@klestadt.com
fstevens@klestadt.com
lkiss@klestadt.com

*General Counsel to Yann Geron, Chapter 7 Trustee of Robert F.X. Sillerman*

2