**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
In re                                                  :
                                                       :
ROBERT FRANCIS XAVIER SILLERMAN,   :      Chapter 7
a/k/a Robert F.X. Sillerman,                  :
a/k/a Robert F. Sillerman,                    :      Case No. 17-13633 (RG)
a/k/a Robert X. Sillerman,                    :
                                                       :
                    Debtor.            :
---------------------------------------------------------x

### ORDER AUTHORIZING THE TRUSTEE TO PAY MORGAN & BROTHER MANHATTAN STORAGE CO., INC. UP TO $15,000 ON ACCOUNT OF OVERDUE, CURRENT, AND FUTURE STORAGE COSTS AND RELATED FEES AS THEY BECOME DUE

Upon the motion (the "Motion") of Yann Geron (the "Trustee"), the chapter 7 trustee of the estate of Robert Francis Xavier Sillerman (the "Debtor"), by and through his counsel, Klestadt Winters Jureller Southard & Stevens, LLP, for an order, pursuant to 11 U.S.C. §§ 105(a) and 503(b), authorizing the Trustee to pay to Morgan & Brother Manhattan Storage Co., Inc. (the "Storage Facility") up to $15,000 on account of overdue storage costs accrued post-petition, current storage costs due, and future storage costs and related fees as they become due; and due and proper notice of the Motion thereon having been given to all creditors and parties in interest as required by Fed. R. Bankr. P. 2002; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. The Storage Facility has an allowed administrative expense claim for the post-petition services it provided to the Debtor's estate pursuant to section 503(b)(1)(A) of the Bankruptcy Code.

3. The Trustee is authorized to pay up to $15,000 to the Storage Facility on account of overdue storage costs accrued post-petition, current storage costs due, and future storage costs and related fees as they become due; without prejudice to the Trustee's ability to seek further Court authorization to pay amounts exceeding $15,000 to the Storage Facility.

4. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: July 11, 2020
New York, New York



Robert E. Grossman
United States Bankruptcy Judge